UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20358-BKC-LMI
CHAPTER 13

IN RE:
JOSUE CEPERO
and LETICIA CEPERO,
    Debtors
                            /

**DEBTORS' MOTION FOR CONTEMPT AGAINST HAMMOCKS COMMUNITY ASSOCIATION INC., AND IT'S PRESIDENT, MARGLLI GALLEGO**

The Debtors request that this Honorable Court enter an Order holding Hammocks Community Association Inc., ("The Association") and it's President, Marglli Gallego, in contempt, for violation of the automatic stay, pursuant to §362 and states:

1. On August 16, 2017, the Debtors filed a voluntary petition under Chapter 13 of Title 11 of the U.S. Bankruptcy Code.

2. One of the creditors listed in the Debtor's schedules is Hammocks Community Association Inc., who is the Debtors' Homeowner's Association on the Debtor's homestead property located at 9541 Southwest 148th Place, Miami, FL 33196

3. Pursuant to the Debtor's Amended Chapter 13 Plan, the Debtors arrearage and monthly payments are being paid through the plan.

4. Shortly after this case was filed, the Debtors attended an Homeowner's Association Meeting and the president of The Association, with full knowledge that the Debtors are in bankruptcy, would not allow the Debtors to ask a question at the meeting and was told everyone in attendance at the meeting that The Association does not have

1

to answer any questions to people who are behind on their maintenance, even if they are in bankruptcy.

5. The undersigned immediately contacted Mr. Robbins, the attorney for The Association at the time, who claimed he was at the meeting and did not hear this interaction, but that he would talk to Ms. Gallego to make sure it never happened again.

6. At the following Association Meeting, the Debtors attempted to ask another question of Ms. Gallego and received the same response.

7. The undersigned immediately then contacted Mr. Robbins and left a message but the undersigned did not hear back from him. Undersigned later found out that Mr. Robbins is no longer representing the Association. The undersigned then requested the Debtors to obtain Affidavits from other residents who heard any kind of interaction between Ms. Gallgeo and the Debtors. Attached to this Motion as exhibits are three Affidavits, from two neighbors and a former employee of the Association indicating continuing violations by Ms. Gallego and threatening the Debtors with foreclosure and physical violence. Ms. Gallego has also been telling residents the Debtors are thieves and will be taking the Debtors' home and did not care that they were in bankruptcy. See Exhibits A, an Affidavit from Maria Alonso, Exhibit B, an Affidavit from Doria Wosk and Exhibit C, an Affidavit from a former employee of the Association, Bernarda Colon.

8. The Debtors have been told to avoid any communication, or any contact with the President of The Association, Ms. Marglli Gallego.

9. As of the filing of this Motion, Hammocks Community Association Inc., and it's President, Marglli Gallego, have failed and/or refused to stop contacting the

Debtors in an attempt to collect a debt that is being paid through the Debtors' Amended Chapter 13 Plan.

WHEREFORE, based upon the foregoing, this Motion is being filed and the undersigned is seeking punitive damages as well as attorney fees and costs for the filing of this Motion and any other relief this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by email to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Russell Robbins, counsel for Hammocks Association at rrobbins@!brlawyers.com and those set forth in the NEF, this 24th day of July 2018 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to Hammocks Community Association Inc., 9020 Hammocks Blvd, Miami, FL 33196-1301, Hammocks Community Association Inc., Attn: Marglli Gallego, President, 9020 Hammocks Blvd, Miami, FL 33196, Alfaro & Fernandez, P.A., Registered Agent of Hammocks Community Association Inc., 5801 Northwest 151 Street, Suite 305, Miami Lakes, FL 33014.

> Law Offices of Michael J. Brooks, Michael A Frank
>     & Rodolfo H. De La Guardia, Jr.
>     Attorneys for the Debtor
>     Suite 620 •
>     10 Northwest LeJeune Road
>     Miami, FL 33126
>     Telephone (305) 443-4217
>     Email- Pleadings@bkclawmiami.com
>
> By   /s/   Michael J. Brooks
>    Michael J. Brooks
>    Florida Bar No. 434442