## SWORN AFFIDAVIT

State of Florida        )
                        )
County of Miami-Dade    )

Maria Alonso, being first duly sworn, deposes and says:

1. My name is Maria Alonso.
2. I am of legal age, sound mind and make these statements of my own free will.
3. I am the President of Heron at The Hammocks Condominium Association, Inc., which is a condominium within Hammocks Community Association, Inc. and, as such, I attend meetings of the board of directors of Hammocks and other events related to the Hammocks.
4. On July 9, 2017, a Sunday afternoon, a group of us did a manifestation on the sidewalk which is a public area in front of the Hammocks Master Association.
5. Marglli Gallego came out of the Master Association and started and argument with Josue and Leticia Cepero.
6. Ms. Gallego was recording Josue Cepero and calling Leticia Cepero "Leticia Cecuero" which is a way of calling her a "cuero" which is a word in Spanish that means a whore. Leticia has this recording of Ms. Gallego.
7. Ms. Gallego later had the Hammocks attorney, Basulto and Robbins, send each of the protestors a cease and desist even though none of the protestors had even spoken to Ms. Gallego.
8. On July 10, 2017, I went to pay my association fee for the month of July 2017 together with Gail Sharpe, another board member at Heron. Josue Cepero was also there to make his association payment. While speaking to Maria Gil at the accounting window where payments are made, out came Ms. Gallego and who said that Hammocks does not take or accept Josue Cepero's payment. This too was recorded on a mobile phone.
9. On August 3, 2017, after a Hammocks meeting, Ms. Gallego approached me and Leticia Cepero and said that Leticia owed money to Home Depot, Capital One and to her neighbors and that she was a thief. She also said that Leticia owed the Hammocks $30,000.00 and that she does not pay her account. She told Leticia that she was in bankruptcy chapter 13, and that she was going to take Leticia's house and that she knew

Exhibit A

she had a Lexus. She again said that Leticia was a thief. Ms. Gallego yelled this to Leticia in front of me. I told Leticia that we should leave and that she should not listen to Ms. Gallego.

10. On another occasion, Ms. Gallego challenged Leticia to a fist fight to which Leticia responded that she was a lady and lady's do not fist fight.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Maria Alonso

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared Maria Alonso who is personally known to me, and who executed the foregoing instrument and acknowledges that he executed said instrument for the purposes herein expressed.

Dated this _17_ day of July, 2018.     Witness my hand and Official Seal.

My commission expires:

_____
Signature of Notary Public Certificate of Service

Notary Public State of Florida
Joel Cuellar Tamargo
My Commission GG 187305
Expires 02/18/2022