## SWORN AFFIDAVIT

State of Florida            )
                            )
County of Miami-Dade        )

Doria Wosk, being first duly sworn, deposes and says:

1. My name is Doria Wosk.
2. I am of legal age, sound mind and make these statements of my own free will.
3. I am the owner of 9660 SW 152nd Avenue, Apt. 16, Miami, Florida 33196, since 2001, which is a unit within Lakewood Estates Patio Homes Condominium Association, Inc.
4. Lakewood Estates Patio Homes is a condominium within Hammocks Community Association, Inc. and, as such, I attend meetings of the board of directors of Hammocks.
5. In February, 2017, while Marglli Gallego was the treasurer of the board for the Hammocks, Ms. Gallego asked me to come to the Hammock's main office at the Club House because she had something very important to tell me.
6. Ms. Gallego gave me envelopes and Absentee Ballots for me to have the homeowners have to fill in their name and address and sign the envelope and the Absentee Ballot. Be, careful if you go to the Pelican community because that is where the Cepero's live. She stated that the Cepero's "are thieves and liars and tried to defraud the Hammocks. The Ceperos are not paying the Hammock's monthly maintenance and they owe us $20,000.00.
7. Sometime in August 2017, I met with Ms. Gallego at the Hammocks clubhouse. I was there to pick up the Hammocks Magazines that I needed to distribute in the neighborhoods. At that meeting, Ms. Gallego again said to me that Josue and Leticia Cepero were thieves and liars and that they refuse to pay the $20,000.00 they owed in Hammocks monthly maintenance fees. Ms. Gallego also said to me that these "sinverguenzas", which means shameless, even declared bankruptcy to not pay their monthly maintenance dues. Ms. Gallego also said that Josue Cepero had tried to defraud the Hammocks and this was the reason she had not given him anymore jobs.
8. I was not aware of such confidential details about the Ceperos filing bankruptcy until Ms Gallego mentioned it to me.
9. Sometime in September or October 2017, I was walking out of the main office at the Hammocks clubhouse when I encountered Ms. Gallego at the entrance steps. During the brief encounter and while talking about general issues and regarding having fired the Hammocks attorney Andrew Cetraro and having hired attorney Marisol Basulto and to be careful with our Property Manager at Lakewood, Ms. Gallego stated to me again that Josue and Leticia Cepero were defaming her character when they were the thieves and liars and that they refuse to pay the $20,000.00 debt to the Hammocks. She also said that she used to give Josue work at the Hammocks and that they were ungrateful and to be careful with them.

FURTHER AFFIANT SAYETH NAUGHT.

_Wosk_ (signature)

Exhibit B

Doria Wosk

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared Doria Wosk who is personally known to me, and who executed the foregoing instrument and acknowledges that he executed said instrument for the purposes herein expressed.

Dated this _13_ day of July, 2018.      Witness my hand and Official Seal.

My commission expires:

                                                                              Signature of Notary Public Certificate of Service

Notary Public State of Florida
Joel Cuellar Tamargo
My Commission GG 187365
Expires 02/18/2022