July 14, 2018

Re: Josue & Leticia Cepero

To whom it may concerned,

As a former employee from Hammocks community Association; From May 2015 to April 7, 2017. Performing a job at the accounting department I witness that the Cepero's Account was late once by the first quarter of 2017.

As per Marglli Gallego (Treasure Board member of Hammocks Community Association) the Cepero's will be owned a lot more money, since then she stars telling other people that the Cepero's where not good people and they were not paying the association fees.

Other owners asked me if it was true that the Cepero's owned a lot of money to the association because Marglli were telling; I did not confirm this information with no body since I believe that this kind of information is totally private.

If need further information, you may contact me at 305-815-9706

Sincerely,

*[signature]*
Bernarda Colon

*[Notary stamp: HECTOR RODRIGUEZ, Notary Public - State of Florida, Commission # GG 194171, My Comm. Expires May 8, 2022, Bonded through National Notary Assn.]*

*[handwritten:]* Miami Dade County
July 14 2013
ID. DRIVER LICENSE
A652-060-62-702-1

Exhibit C