UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20358-BKC-LMI
CHAPTER 13

IN RE:
JOSUE CEPERO and
LETICIA CEPERO,

        Debtors.
_____/

### AFFIDAVIT IN OPPOSITION OF DEBTORS' MOTION FOR CONTEMPT AGAINST HAMMOCKS COMMUNITY ASSOCIATION, INC. AND ITS PRESIDENT, MARGLLI GALLEGO

STATE OF FLORIDA    :

                          : SS.

MIAMI-DADE COUNTY  :

Marglli Gallego ("Affiant") on behalf of Hammocks Community Association, Inc., and as its current president states:

1. During the time period which debtors allege misconduct at a homeowner's association meeting affiant was not the president of the association.

2. Affiant became the president of the association on March 13, 2018.

3. Affiant unequivocally denies any and all allegations that she told everyone in attendance at any association meeting that the debtors are in bankruptcy and that the association does not have to answer any questions to people who are behind on their maintenance.

4. The association and Affiant also deny continuing violations of any kind or threats of foreclosure and physical violence.

5. Affiant denies telling residents the debtors are thieves or that they are going to take their home.

6. The association, the debtors, and one of the affiants in the affidavit in support of the motion (Maria Alonso), are currently involved in litigation regarding defamation of the association and its board.

7. The other affiants in support of the motion are from disgruntled former employees of the association and debtors' cohorts who continued to defame the association and its board.

8. The debtors' motion is an attempt to intimidate and retaliate against the association and its president for defending the rights of the association.

FURTHER AFFIANT SAYETH NOT.

_____
MARGLLI GALLEGO

Sworn to and subscribed before me this __1__ day of August, 2018, by Marglli Gallego who presented identification and/or is personally known to me and who says that she executed this instrument to the best of her knowledge and belief.

_____
Notary Public, State of Florida
Print Name: Mariuska Brito

MARIUSKA BRITO
MY COMMISSION # GG110935
EXPIRES June 11, 2021

My Commission expires: June 11, 2021