UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20358-BKC-LMI
CHAPTER 13

In Re:

JOSUE CEPERO and
LETICIA CEPERO,

    Debtors.

_____/

## CREDITOR'S NOTICE OF FILING FIRST SET OF INTERROGATORIES

    Creditor HAMMOCKS COMMUNITY ASSOCIATION, INC. (hereinafter referred to as "Creditor"), by and through its undersigned counsel, hereby serves its Notice of Filing and serving First Set of Interrogatories, and states as follows:

    In addition to filing this notice, Creditor states it has not filed these interrogatories in the electronic filing system, in accordance with the Local Rules; however, the same have been served via electronic communications.

    Respectfully submitted this 15th day of November, 2018.

                                                     /s/ *Carlos F. Rodriguez*
                                                    Carlos F. Rodriguez
                                                    FBN.: 97655
                                                    Attorney for Creditor, Hammocks Community Association, Inc.
                                                    MARIN, ELJAIEK, LOPEZ AND MARTINEZ, P.L.
                                                    2601 S. Bayshore Drive, 18th Floor
                                                    Miami, Florida 33133
                                                    Telephone: 305-444-5969
                                                    Facsimile: 305-444-1939
                                                    Crodriguez@mellawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of November, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

Michael J. Brooks
Attorney for the Debtor
Law Offices of Michael J. Brooks, Michael A. Frank & Rodolfo H. De La Guardia, Jr.
10 NW LeJeune Road, Suite 620
Miami, FL 33126
Telephone: (305) 443-4217
Primary E-mail: Pleadings@bkclawmiami.com

Michael A. Frank
Attorney for the Debtor
Law Offices of Michael J. Brooks, Michael A. Frank & Rodolfo H. De La Guardia, Jr.
10 NW LeJeune Road, Suite 620
Miami, FL 33126
Telephone: (305) 443-4217
Primary E-mail: Pleadings@bkclawmiami.com