UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                             Case No. 17-20358-BKC-LMI
                                                                   Chapter 13
JOSUE CEPERO
and LETICIA CEPERO
    Debtors
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[  ] Plaintiff         [  ] Defendant         [ x ] Debtor         [  ] Other _____

Date of Hearing/Trial: November 29, 2018 at 2:30 p.m.

Type of Hearing/Trial:   Evidentiary hearing on Debtor's Amended Motion for Contempt [ECF 159.

SUBMITTED BY:   Michael A. Frank, Esquire

                10 Northwest LeJuene Road, Suite 620

                Miami, FL 33126

                (Tel.)  (305) 443-4217

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. Sworn Affidavit from Maria Alonso | President of Heron at the Hammocks Condo Assoc., Inc., A condominium within Hammocks Community Association Inc., | July 24, 2018 [ECF 140] and on August 22, 2018 [ECF 159] | | |
| 2. Sworn Affidavit from Doria Wosk | Owner of 9660 Southwest 152nd Avenue, Apt 16, Miami, FL 33196, which is a unit within Lakewood Estates Patio Homes Condominium Association Inc., which is a condominium within Hammocks Community Association Inc., | July 24, 2018 [ECF 140] and on August 22, 2018, [ECF 159] | | |
| 3. Affidavit from Bernarda Colon | A former employee at Hammocks Community Association Inc., from May 2015 to April 7, 2017, who performed in the accounting department. | July 24, 2018 [ECF 140] and on August 22, 2018 [ECF 159] | | |