UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20358-BKC-LMI
CHAPTER 13

IN RE:
JOSUE CEPERO
and LETICIA CEPERO
  Debtors.
            /

## DEBTORS' WITNESS LIST

The Debtors, JOSUE CEPERO and LETICIA CEPERO, pursuant to Court's Order Setting Final Evidentiary Hearing on Debtors' Amended Motion for Contempt against Hammocks Community Association Inc., and it's President, Marglli Gallego, in contempt, for violation of the automatic stay, pursuant to Section 362, [ECF 159], submit this Witness List, and state as follows:

### WITNESSES

1. The Debtors, JOSUE and LETICIA CEPERO, 9541 Southwest 148th Place, Miami, FL 33196.

2. Witness, Maria Alonso, President of Heron at The Hammocks Condominium Association, Inc., a condominium within Hammocks Community Association Inc., and, as such, attends meetings of the board of directors of Hammocks. The witness will testify as to the allegations in the Motion.

3. Witness, Doria Wosk, who lives at 9660 Southwest 152nd Avenue, Apt 16, Miami, FL 33196, which is a unit within Lakewood Estates Patio Homes Condominium Association, Inc., and is a condominium within Hammocks Community Association Inc., and, as such, attends meetings of the board of directors of Hammocks. The witness will testify as to the allegations in the Motion.

4.   Witness, Bernarda Colon, a former employee of Hammocks Community Association, from May 2015 to April 2017, who worked in the accounting department. The witness will testify to the allegations in the motion.

5.   All rebuttal witnesses.

6.   All impeachment witnesses.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent via email to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com Carlos Rodriguez, counsel for the Hammocks at Crodriguez@mellawyers.com and all other set forth in the NEF, this 26th day of November 2018.
.

> Law Offices of Michael J. Brooks, Michael A. Frank
>     & Rodolfo H. De La Guardia, Jr.
> Attorneys for the Debtor
> Suite 620 • Union Planters Bank Building
> 10 Northwest LeJeune Road
> Miami, FL 33126-5431
> Telephone (305) 443-4217
> Facsimile (305) 443-3219
> Email- Pleadings@bkclawmiami.com
>
> By /s/ Michael A. Frank
>    Michael A. Frank
>    Florida Bar No. 339075