U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20358-BKC-LMI

CHAPTER 13

IN RE:

JOSUE CEPERO
and LETICIA CEPERO,
    Debtors.
_____/

## STIPULATION OF UNCONTESTED FACTS

The Debtors, hereby stipulate to the following facts, without the consent of Marglli Gallego, and she is unrepresented by counsel, in anticipation of final evidentiary hearing on the Debtor's Amended Motion for Contempt against Hammocks Community Association Inc., and it's President, Marglli Gallego, [ECF 159]:

1. The Debtors filed a voluntary Petition for Relief under 11 U.S.C., Chapter 13 on August 16, 2017.

2. Marglli Gallego is presently the President of Hammocks Community Association Inc.

3. The Debtors reside in the Hammocks Community Association Inc., at 9541 Southwest 148 Place, Miami, FL 33196.

4. The Hammocks Community Association Inc., is being paid through the Chapter 13 plan and are current with their payments.

## UNRESOLVED ISSUES

5. Marglli Gallego claims she was not the president of the Association in August of 2017.

6. Marglli Gallego claims not to have made statements to the Debtors to pay the arrearage owed to the association.  The debtors claim that a demand was made with the intent to embarrass the debtors in front of other members of the Association in violation of the automatic stay.

7. Marglli Gallego claims that she did not disparage the debtors. The debtors claim that Marglli Gallego did make disparaging remarks to the Debtors in front of numerous people in August of 2017, as well as the homeowner association meetings, in violation of the automatic stay.

Respectfully,

 //s//
Michael A. Frank, Esquire
Florida Bar No. 339075
10 Northwest LeJeuen Road, Suite 620
Miamii, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: November 27, 2018

        LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
           & RODOLFO H. DE LA GUARDIA, JR.
        Attorneys for the Debtors
        Suite 620 • Union Planters Bank Building
        10 Northwest LeJeune Road #620
        Miami, FL  33126
        Telephone        (305) 443-4217
        Email- Pleadings@bkclawmiami.com

        By  /s/ Michael A. Frank
            Michael A. Frank
            Florida Bar No. 339075