

**ORDERED in the Southern District of Florida on December 3, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20358-BKC-LMI
CHAPTER 13

IN RE:
JOSUE CEPERO
and LETICIA CEPERO,
    Debtors.
_____/

## AGREED ORDER ON DEBTOR'S AMENDED MOTION FOR CONTEMPT AGAINST HAMMOCKS COMMUNITY ASSOCIATION, INC. AND IT'S PRESIDENT, MARGLLI GALLEGO

THIS CAUSE having come on to be heard on the Debtors' Amended Motion for Contempt against Hammocks Community Association, Inc., and it's President, Marglli Gallego, [ECF 159], this Court noting agreement of parties, and based upon the record, it is,

**ORDERED**:

1. Without admission of guilt or finding in favor of Debtors, Hammocks Community Association, Inc., on behalf of itself and it's President, Marglli Gallego, shall pay to the Debtors' attorney Michael A. Frank, the amount of $3,000.00, as attorney fees

for the filing of the Amended Motion for Contempt against Hammocks Community Association, Inc., and it's President, Marglli Gallego, within 14 days from the date of this Order.  Such payment shall not be considered a sanction against Hammocks Community Association or its President, Marglli Gallego.

     2.     Hammocks Community Association, Inc., and it's President, Marglli Gallego shall refrain from any further contact with the Debtors, Josue and Leticia Cepero, during the bankruptcy and until such time as the bankruptcy has been discharged and/or dismissed.  During such time, there shall be no communication from any representative with Hammocks Community Association, Inc., and/or it's President, Marglli Gallego, and either her individually, or her capacity of her representative of the Association, with reference to the bankruptcy filed by Josue and Leticia Cepero, the Debtors' debts, the Debtors' creditors or any other business relationships the Debtors may have relating to the Bankruptcy. This includes a prohibition against Hammocks Community Association, Inc., and/or it's President, Marglli Gallego, to communicate with or about the debtors, in person, or in writing, or with any other Association members, including but not limited to, from communicating to anyone regarding any matter relating to the bankruptcy, the Debtors' failure to pay maintenance payments, or any other financial matters of the Debtors.

     3.     In the event the Chapter 13 Plan remains effective and approved, and such plan directs Hammocks Community Association, Inc., to accept monthly Association payments, the Association will comply with such plan.

     4.     In the event Josue and Leticia Cepero remain in compliance with the Chapter 13 Plan, Debtors shall be entitled to all benefits of every other condominium association owner, including but not limited to, access to all the common areas, be entitled to vote on

all condominium matters and shall be provided with all condominium materials that are provided to other Association members.

5. Notwithstanding Debtors rights as condominium association owners, Debtors shall refrain from any further contact with the Hammock Community Association, Inc's President, Marglli Gallego during or immediately following Association board meetings; and shall direct any formal communications with Mrs. Gallego in her capacity as the President of the Association in writing.

6. The parties agree the communications, negotiations of this agreed order, discovery made by the parties in connection with the evidentiary hearing associated with the Motion and this Order, shall remain confidential, and shall not be disclosed with any third parties. The uploading of this Order does not constitute a violation of the confidentiality of the agreement.

7. A violation of any provisions herein will subject the violating party to additional sanctions by this Court after notice and a hearing.

# # #

Submitted by:
Michael J. Brooks, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael J. Brooks, Esquire
Nancy Neidich, Trustee
Carlos Rodriguez, Esquire

Attorney, Michael J. Brooks, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.