

ORDERED in the Southern District of Florida on December 6, 2018.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20358-BKC-LMI
CHAPTER 13

IN RE:
JOSUE CEPERO
and LETICIA CEPERO,
    Debtors.
                      /

### ORDER ON DEBTOR'S AMENDED MOTION FOR CONTEMPT AGAINST HAMMOCKS COMMUNITY ASSOCIATION, INC. AND IT'S PRESIDENT, MARGLLI GALLEGO

THIS CAUSE having come on to be heard for trial on November 29, 2018 at 2:30 p.m., on the Debtors' Amended Motion for Contempt against Hammocks Community Association, Inc., and it's President, Marglli Gallego, [ECF 159], this Court, and based upon the evidence presented at trial and based upon the record, it is,

**ORDERED**:

1.    The Court takes judicial notice of the Order entered against Marglli Gallego against in her capacity as president of Hammocks Community Association Inc., dated December 4, 2018, [ECF 189].

2. Based upon the evidence presented, specifically from the witness, Doria Wosk, and the fact that the witness provided evidence that there was a physical threat made against the co-debtor, Leticia Cepero, and to prevent any further altercations between Ms. Gallego in her individual capacity, which is an addition to the Order entered against her in her capacity as the President of Hammocks Community Association, Inc., Ms. Gallego shall refrain from any further contact with the Debtors, Josue and Leticia Cepero, during the bankruptcy, and until such time as the bankruptcy has been discharged and/or dismissed.

3    During such time, there shall be no communication from, Marglli Gallego, individually, or in her capacity as the president of the Hammocks Community Association Inc., with reference to the bankruptcy filed by Josue and Leticia Cepero, the Debtors' debts, the Debtors' creditors or any other business relationships the Debtors may have relating to the Bankruptcy. This includes a prohibition against Marglli Gallego, individually, to approach the Debtors, to communicate with or about the debtors, in person, or in writing, or with any other Association members, including but not limited to, from communicating to anyone regarding any matter relating to the bankruptcy, the Debtors' failure to pay maintenance payments, or any other financial matters of the Debtors

4. The request for fees and sanctions against Marglli Gallego, individually, is denied.

### #

Submitted by:
Michael J. Brooks, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com
Copies furnished to:
Michael J. Brooks, Esquire
Nancy Neidich, Trustee
Carlos Rodriguez, Esquire

Attorney, Michael J. Brooks, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.