## SWORN AFFIDAVIT

State of Florida            )
                            )
County of Miami-Dade        )

Maria Alonso, being first duly sworn, deposes and says:

1. My name is Maria Alonso.
2. I am of legal age, sound mind and make these statements of my own free will.
3. I am the President of Heron at The Hammocks Condominium Association, Inc. (the "Heron Community"), which is a condominium within Hammocks Community Association, Inc. ("Hammocks").
4. The Heron Community is a private community over which the Hammocks has no right or authority.
5. The Officers and Directors of the Hammocks have no power or authority within the Heron Community property.
6. The Hammocks security personnel has no power or authority within the Heron Community property.
7. My husband, Esteban Alonso, and I own four units at the Heron Community.
8. On May 15, 2019, an incident occurred at 14921 SW 104th Street, which was documented under Miami-Dade Police Department Case No: PD190515174168.
9. On May 15, 2019, I went to the Heron Community to deliver eggs to Ms. Gail Sharp, who resides at 14859 SW 104 Street, Building 8, Apt. 103, who is also the secretary at the Heron Community, and also to my tenant, Ms. Rosa Lopez, who resides in Building 3, Apt. 201. I was also picking up rent from my other tenant at Building 23, Apt 12, Mr. Guillermo Terront and Ms. Piedad Meneces.
10. Upon arriving at the Heron Community and before meeting up with Ms. Sharp, I ran into Carlos Avila, a retired Miami-Dade Police Officer from the Hammocks Station, who congratulated me on winning the Heron elections.
11. I had also told Josue and Leticia Cepero that I would be at one of my rental apartments and to contact me when they were at Heron Community so we can get together.

12. While I was speaking with Ms. Sharp, I received a telephone call from Mrs. Cepero saying that they were at the Heron Community and that Ms. Gallego had blocked them in with a Hammocks vehicle and with two other Hammocks security vehicles.

13. Mrs. Cepero told me that Ms. Gallego was preventing them from leaving the Heron Community and that they feared for their life.

14. I told Mrs. Cepero to call the police immediately.

15. I got into my vehicle and drove to where the Ceperos were being detained by Ms. Gallego and Hammocks security personnel and I called the police when I arrived.

16. When I arrived, I also saw Ms. Gallego and Hammocks security personnel, Marlo was one of them, detaining the Ceperos and the Ceperos sitting inside their vehicle unable to freely leave the Heron Community.

17. I witnessed Mr. Ceperos holding a paper to the window and showing it to Ms. Gallego, who was standing outside their vehicle.

18. I later saw that that paper was the stay away order against Ms. Gallego signed by the federal judge which prohibited Ms. Gallego from contacting or approaching the Ceperos.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Maria Alonso

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared Maria Alonso who is personally known to me, and who executed the foregoing instrument and acknowledges that he executed said instrument for the purposes herein expressed.

Dated this 6 day of August, 2019.    Witness my hand and Official Seal.

My commission expires:

_____
Signature of Notary Public Certificate of Service

Notary Public State of Florida
Mercedes Rey Lopez
My Commission GG 187383
Expires 02/18/2022