| Agency Of Occurence | Date Written | | Agency Report Number |
|---|---|---|---|
| 030 | 05/15/2019 | **OFFENSE-INCIDENT REPORT**<br>**MIAMI-DADE POLICE DEPARTMENT** | PD190515174168 |

## REPORT SUMMARY (ORIGINAL)

☐ Law Enforcement/Exempt ☐ Domestic Violence ☐ Gang Related ☐ Juvenile in Report ☐ Juvenile Warn/Dismiss

Victims: 0  Offenders: 0  Stolen Vehicles: 0  Offenses: 1  Properties: 0  SARS: NO  Drive By: NO

### INCIDENT (14921 SW 104TH ST)

| Original Reported Date | Title or Classification | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| WED, 05/15/2019 16:33 | DISTURBANCE | 05/15/2019 16:35 | 05/15/2019 16:40 | 05/15/2019 17:33 |

| Incident From | Incident To | District |
|---|---|---|
| WED, 05/15/2019 16:15 | WED, 05/15/2019 16:33 | HAMMOCKS |

| Incident Location | City | Zip | Grid | Area |
|---|---|---|---|---|
| 14921 SW 104TH ST | MIAMI | 33196 | 1852 | 3 |

| Business Name/Area Identifier | Location Type | Forced Entry | #Prem Ent. | Occupancy |
|---|---|---|---|---|
| | APARTMENT/CONDO | N/A | 0 | N/A |

## OFFENSES

### 777.7777(7777) MDPD MISC STATUTE

| | Description | Statute | Subsection | Ordinance |
|---|---|---|---|---|
| 1st | MDPD MISCELLANEOUS STATUTE | 777.7777(7777) | 7777 | |

| Type | Action | NCIC/UCR | Weapons | DV |
|---|---|---|---|---|
| OTHER | N/A | 0099 | | |

## VICTIM/WITNESS

### 1 - REPORTING PERSON-GALLEGO, MARGLLI

| | V/W Code | Offenses Indicator |
|---|---|---|
| 1 | REPORTING PERSON | 777.7777(7777) |

| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | Victim Type |
|---|---|---|
| GALLEGO, MARGLLI | OTHER ACTIVITY | ADULT |

| Address | City, State Zip Country |
|---|---|
| 14921 SW 104TH ST  Suite/Apt: 106 | MIAMI, FLORIDA 33196 US |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | FEMALE | 07/25/1981 | 37 | | YES | OTHER HISPANIC |

| Residence Type | Residence Status | Extent of Injury | Will victim prefer charges? |
|---|---|---|---|
| COUNTY | FULL YEAR | | |

Web Site | Email Address

**Phone Numbers**

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| CELL | 786-906-5188 | | |

### 4 - OTHER-ALONSO, MARIA D.

| | V/W Code | Offenses Indicator |
|---|---|---|
| 2 | OTHER | 777.7777(7777) |

| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | Victim Type |
|---|---|---|
| ALONSO, MARIA D. | OTHER ACTIVITY | ADULT |

| Address | City, State Zip Country |
|---|---|
| 11455 SW 82ND AVE | MIAMI, FLORIDA 33156 US |

| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
|---|---|---|---|---|---|---|
| WHITE | FEMALE | 12/30/1960 | 58 | | YES | OTHER HISPANIC |

| Residence Type | Residence Status | Extent of Injury | Will victim prefer charges? |
|---|---|---|---|
| COUNTY | FULL YEAR | | |

Web Site | Email Address

**Phone Numbers**

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| CELL | 305-327-5418 | | |

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT | Agency Report Number |
|---|---|---|---|
| 030 | 05/15/2019 | MIAMI-DADE POLICE DEPARTMENT | PD190515174168 |

## VICTIM/WITNESS

### 5 - OTHER - CEPERO, JOSUE

| V/W Code | Offenses Indicator | | |
|---|---|---|---|
| 3  OTHER | 777.7777(7777) | | |
| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | | Victim Type |
| CEPERO, JOSUE | OTHER ACTIVITY | | ADULT |
| Address | City, State Zip Country | | |
| 9541 SW 148TH PL | MIAMI, FLORIDA 33196 US | | |
| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
| WHITE | MALE | 04/11/1959 | 60 | | YES | OTHER HISPANIC |
| Residence Type | Residence Status | Extent of Injury | | | Will victim prefer charges? |
| COUNTY | FULL YEAR | | | | |
| Web Site | Email Address | | |

**Phone Numbers**

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| CELL | 305-300-0856 | | |

### 3 - OTHER - CEPERO, LETICIA

| V/W Code | Offenses Indicator | | |
|---|---|---|---|
| 4  OTHER | 777.7777(7777) | | |
| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | | Victim Type |
| CEPERO, LETICIA | OTHER ACTIVITY | | ADULT |
| Address | City, State Zip Country | | |
| 9541 SW 148TH PL | MIAMI, FLORIDA 33196 US | | |
| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
| WHITE | FEMALE | 05/28/1959 | 59 | | YES | OTHER HISPANIC |
| Residence Type | Residence Status | Extent of Injury | | | Will victim prefer charges? |
| COUNTY | FULL YEAR | | | | |
| Web Site | Email Address | | |

**Phone Numbers**

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| CELL | 786-863-9870 | | |

### 2 - OTHER - SHARP, GAIL

| V/W Code | Offenses Indicator | | |
|---|---|---|---|
| 5  OTHER | 777.7777(7777) | | |
| Name (Last, First, Middle or Business) | Synopsis of Involvement/Activity | | Victim Type |
| SHARP, GAIL | OTHER ACTIVITY | | ADULT |
| Address | City, State Zip Country | | |
| 14859 SW 104TH ST | MIAMI, FLORIDA 33196 US | | |
| Race | Sex | Date of Birth | Age | Juvenile | Hispanic | Ethnicity |
| WHITE | FEMALE | 11/30/1947 | 71 | | NO | OTHER |
| Residence Type | Residence Status | Extent of Injury | | | Will victim prefer charges? |
| COUNTY | FULL YEAR | | | | |
| Web Site | Email Address | | |

**Phone Numbers**

| Type | Phone Number | Extension | Best time to call |
|---|---|---|---|
| CELL | 305-408-8730 | | |

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT MIAMI-DADE POLICE DEPARTMENT | Agency Report Number |
|---|---|---|---|
| 030 | 05/15/2019 | | PD190515174168 |

## VEHICLE/VESSEL/AIRCRAFT

### 1 - VEHICLE-NISSAN VERSA

| Person Code | Property Type | Status |
|---|---|---|
| Other - SHARP, GAIL | AUTO | OTHER |

| Damage | Year | Make | Model | Style |
|---|---|---|---|---|
| N/A | 2009 | NISSAN | VERSA | SEDAN, 4 DOOR |

| Tag / Doc # | Reg Year | Decal Number | Tag Type | Reg State | Reg Country |
|---|---|---|---|---|---|
| KLQS50 | 2019 | 15702336 | REGULAR | FL | UNITED STATES OF AMERICA (US |

| Vehicle ID (VIN, Hull, FAA) | Top Color | Bottom Color | Method of Theft |
|---|---|---|---|
| 3N1BC13E29L386386 | BEIGE | BEIGE | N/A |

| Estimated Value | Insurance Company | Lien Holder |
|---|---|---|
| | GEICO GENERAL INSURANCE COMPANY | |

Description

| Vessel Name | Length (Ft) | Propulsion | Hull Material | Boat Type |
|---|---|---|---|---|
| | | | | |

| Original Reporting Agency | Original Report Number | Location of Original Theft | FCIC/NCIC |
|---|---|---|---|
| | | | N/A |

| Towed by | Storage Location | Hold | Reason/Authority |
|---|---|---|---|
| | | | |

| Recovery Address | Agency | District | Grid |
|---|---|---|---|
| | | | |

| Recovery Location | Recovery code | Date Recovered | Value Recoved |
|---|---|---|---|
| | | | |

### 2 - VEHICLE-HONDA ACCORD

| Person Code | Property Type | Status |
|---|---|---|
| Other - CEPERO, JOSUE | AUTO | OTHER |

| Damage | Year | Make | Model | Style |
|---|---|---|---|---|
| N/A | 2018 | HONDA | ACCORD | SEDAN, 4 DOOR |

| Tag / Doc # | Reg Year | Decal Number | Tag Type | Reg State | Reg Country |
|---|---|---|---|---|---|
| X93EF | 2019 | 16489294 | REGULAR | FL | UNITED STATES OF AMERICA (US |

| Vehicle ID (VIN, Hull, FAA) | Top Color | Bottom Color | Method of Theft |
|---|---|---|---|
| 1HGCV1F19JA268305 | GRAY | GRAY | N/A |

| Estimated Value | Insurance Company | Lien Holder |
|---|---|---|
| | GEICO GENERAL INSURANCE COMPANY | |

Description

| Vessel Name | Length (Ft) | Propulsion | Hull Material | Boat Type |
|---|---|---|---|---|
| | | | | |

| Original Reporting Agency | Original Report Number | Location of Original Theft | FCIC/NCIC |
|---|---|---|---|
| | | | N/A |

| Towed by | Storage Location | Hold | Reason/Authority |
|---|---|---|---|
| | | | |

| Recovery Address | Agency | District | Grid |
|---|---|---|---|
| | | | |

| Recovery Location | Recovery code | Date Recovered | Value Recoved |
|---|---|---|---|
| | | | |

## OFFICERS

### Unit: H3307

| | Agency Code | Badge | Title | Name | Loc Code | Role |
|---|---|---|---|---|---|---|
| 1 | 030 | 6658 | POLICE OFFICER | COBO, L. J. | 83 | REPORTING OFFICER |

### Supporting Officer(s)

| | Agency Code | Badge | Title | Name | Loc Code | Role |
|---|---|---|---|---|---|---|
| 2 | 030 | 2146 | POLICE SERGEANT | JACKSON, N. A. | 07083 | REVIEWING SUPERVISOR |

| Agency Of Occurence | Date Written | OFFENSE-INCIDENT REPORT MIAMI-DADE POLICE DEPARTMENT | Agency Report Number |
|---|---|---|---|
| 030 | 05/15/2019 | | PD190515174168 |

## ADMINISTRATION

| Clearance Type | Clearance Date | Exception Type | Juvenile/Adult |
|---|---|---|---|
| CLEAR BY EXCEPTION | 05/17/2019 00:00 | NOT APPLICABLE | ADULT |
| Case Status | Assignment Type | Referred By | Additional Forms |
| CLOSED | ASSIGNED INFO | | |
| Reporting Agency | AOA Agency | Other AOA | AOA Related Case |
| MIAMI-DADE | | | |
| Original Case Number | | | |

## NARRATIVES

**Written By: mdpd\U306658**  NARRATIVE  **Date and Time: 5/15/2019 6:26:31 PM**

I WAS DISPATCHED IN EMERGENCY MODE TO INCIDENT ADDRESS 14921 SW 104TH ST, REFERENCE A DISTURBANCE. UPON ARRIVAL CONTACT WAS MADE WITH REPORTING PERSON (GALLEGO, MARGLLI), WHO ADVISED SHE WAS FOLLOWED BY OTHER (CEPERO, JOSUE), OTHER (CEPERO, LETICIA) WHO WERE DRIVING VEHICLE 2018 HONDA ACCORD, FOR APPROXIMATELY 30 MINUTES. SHE ADVISED WHEN SHE PULLED INTO HER APARTMENT BUILDING, SHE GOT OFF THE VEHICLE AND NOTICE OTHER (ALONSO, MARIA DE LOS ANGELES) WAS ALSO THERE IN THE PARKING LOT.

REPORTING PERSON (GALLEGO, MARGLLI) BELIEVES OTHER (CEPERO, JOSUE), OTHER (CEPERO, LETICIA), OTHER (ALONSO, MARIA DE LOS ANGELES) WERE FOLLOWING HER TO DO HARM TO HER.

REPORTING PERSON (GALLEGO, MARGLLI) ALSO ADVISED OTHER (SHARP, GAIL) ARRIVED ON SCENE DRIVING VEHICLE 2009 NISSAN VERSA. REPORTING PERSON (GALLEGO, MARGLLI) ADVISED SHE WAS HIT BY OTHER (SHARP, GAIL) VEHICLE.

IT SHOULD BE NOTED REPORTING PERSON (GALLEGO, MARGLLI) HAS MULTIPLE ALTERCATIONS WITH OTHER (CEPERO, JOSUE), OTHER (CEPERO, LETICIA), OTHER (ALONSO, MARIA DE LOS ANGELES) AND OTHER (SHARP, GAIL) DUE TO THE FACT SHE IS HAMMOCKS HOA SUPERVISOR.

CONTACT WAS MADE WITH OTHER (CEPERO, JOSUE), AND OTHER (CEPERO, LETICIA), WHO ADVISED THEY WERE AT THE APARTMENT, BECAUSE THEY CAME TO SPEAK TO OTHER (ALONSO, MARIA DE LOS ANGELES). OTHER (ALONSO, MARIA DE LOS ANGELES) IS THE HOME OWNER ASSOCIATION PRESIDENT OF THE APARTMENT HERON. OTHER (CEPERO, JOSUE) ADVISED THEY WERE NOT FOLLOWING REPORTING PERSON (GALLEGO, MARGLLI).

CONTACT WAS MADE WITH OTHER (ALONSO, MARIA DE LOS ANGELES), WHO ADVISED SHE WAS THE APARTMENT SPEAKING TO HER TENANTS, AND WAITING FOR OTHER (CEPERO, JOSUE), OTHER (CEPERO, LETICIA) TO MEET WITH HER. SHE ADVISED AT NO POINT SHE WAS FOLLOWING REPORTING PERSON (GALLEGO, MARGLLI).

CONTACT WAS MADE WITH OTHER (SHARP, GAIL), WHO WAS SITTING IN HER VEHICLE. SHE STATED SHE ARRIVED TO RECORD THE INCIDENT ON HER PHONE, THAT WAS OCCURRING BETWEEN ALL PARTIES ON SCENE. OTHER (SHARP, GAIL) STATED REPORTING PERSON (GALLEGO, MARGLLI) NOTICED HER RECORDING AND CAME TO HER VEHICLE SCREAMING AT HER. WHEN OTHER (SHARP, GAIL) WAS ATTEMPTING TO LEAVING THE AREA, REPORTING PERSON (GALLEGO, MARGLLI) WOULD NOT GET OUT IN FRONT OF VEHICLE BLOCKING HER FROM LEAVING. OTHER (SHARP, GAIL) STATED THAT SHE DID NOT HIT REPORTING PERSON (GALLEGO, MARGLLI) WITH HER VEHICLE.

ALL PARTIES HAVE THE INCIDENT RECORDED ON THERE PHONES.

NO INJURIES REPORTED.

CASE CARD ISSUED.