IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

IN AND FOR MIAMI-DADE, COUNTY FLORIDA

DOMESTIC VIOLENCE DIVISION

CASE NO.: 19-14050 FC04

MARGLLI GALLEGO,

 Petitioner,

v.

JOSUE CEPERO AND ~~LETICIA CEPERO~~

 Respondent.

_____/

## VERIFIED PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING VIOLENCE

The Petitioner, **MARGLLI GALLEGO**, by and through undersigned counsel hereby files her Verified Petition for Injunction for Protection against JOSUE CEPERO AND ~~LETICIA CEPERO~~, husband and wife, and in support states as follows:

1. Petitioner resides at: **14921 S.W. 104 ST., Apt #106, Miami, FL 33196. Petitioner seeks an injunction for protection.**

2. Petitioner's attorney's name, address, and telephone number is: **Elbert Alfaro, 5801 NW 151 Street, Suite #305, Miami Lakes, FL 33014.**

3. Respondent resides at: 9541 SW 148 place, Miami Florida 33196.

4. **Filing Fees:** Pursuant to 784.0485 (2)(a) Florida Statutes, no filing fees may be assessed.

5. The name and address of Respondent's last known place of employment or school is: **Unknown.**

1

6. Petitioner is employed or attends school at: **Confidential**.

**(DO NOT ENTER IF PLACE OF EMPLOYMENT OR SCHOOL TO BE KEPT CONFIDENTIAL FOR SAFETY.)**

7. Physical Description of Respondent:

   Date of Birth: **Unknown**                Sex: Male

   Race: **White**                           Sex: **Female**

   Height: **5 ft. 5 in.**                   Weight: **150 lbs.**

   Hair Color: **Brown**                     Eye Color: **Brown**

   Distinguishing marks or scars:

   Aliases (other names) Respondent uses or has used:

   Nickname(s):

8. Respondent's vehicle make, model, year, color, and tag: **Honda Accord, Grey**

9. Is Respondent in jail?: **No.**

   Date of arrest: **Not applicable.**

   Jail #: **Not applicable.**              Cell #: **Not applicable.**

10. Respondent's attorney's name, address, and telephone number is:

    **Unknown.**

11. The following describes any other court cases, including family, civil, criminal, dependency, or delinquency (juvenile), where the Petitioner and Respondent are involved (include case numbers):

12. Has the Petitioner ever gotten or tried to get an Injunction for Protection against the Respondent in this or any other court? **No.**

13. Has the Respondent ever gotten or tried to get an Injunction for Protection against the Petitioner in this or any other court? **Unknown.**

14. Petitioner is a victim of stalking because Respondent has:

    a. (X) Committed Stalking;

    b. (X) Previously threated, harassed, stalked, cyberstalked, or physically abused the Petitioner;

    c. ( ) Intentionally injured or killed a family pet;

    d. ( ) Used, or has threatened to use, against Petitioner any weapons such as guns or knives;

    e. (X) A criminal history involving violence or the threat of violence, if known:

    f. ( ) Another order of protection issued against him or her previously from another jurisdiction, if known;

    g. (X) Destroyed personal property, including, but not limited to, telephones or other communication equipment, clothing, or other items belonging to the Petitioner.

15. Below is a description of the specific incidents of stalking or cyberstalking:

    a. Petitioner is the President of the Homeowner's Association known as Hammocks Community Association.

3

b. Respondents are husband and wife and reside within the community of Hammocks.

c. Petitioner and Respondent have a long standing dispute over the management of the communities. However, in recent months, Petitioner has been victimized and fears for her safety. Petitioner's vehicles had the tires slashed; her home has been vandalized with eggs; twice in the month of April a towed truck (that is under contract with the Respondent's association) showed up in the middle of the night to take her Petitioner's husband's truck, but most recently, Petitioner was followed and attacked while her son was with her in the car.

d. In February 2019, Petitioner brought an action in Civil Court to force the Board of Directors for Heron Association to hold elections for the Community of Heron and won. Most recently, Petitioner filed a Motion to recover attorneys fees and costs under Florida Statutes as the prevailing party. Since the action was filed, the Petitioner has been stalked and her life has been threatened.

e. Specifically, on Wednesday May 15, 2019, when petitioner was picking up her son from school, she noticed she was being followed by two vehicles. She drove back to her home and the vehicles continued to follow her.

f. The Petitioner contacted Hammocks security who was nearby, called 911 and a neighbor who took Petitioner's son to safety. The vehicles also stopped when she stopped and Petitioner then started recording the two vehicles following her and captured Respondents accompanying Maria Alonso, in her vehicle who carrying a basket of eggs in the driver's seat. (Several employees of the Hammocks were egged in a drive by while doing work within the community; and the Petitioner's home and her vehicles have been egged on several occasions in recent months).

g. Petitioner got out of her vehicle and began to walk over to the vehicles which were parked to ask them what they were doing, and before she could ask them, the driver of one of the vehicles, stepped on the gas and hit her with the car.

h. A Police Report was issued under case number PD190515174168.

i. In the past there have been multiple incidents were authorities had to be called, however, most concerning for petitioner is the incident of May 15, 2019, as she saw the Respondents at her son's school and they followed her to home where she was cornered and subsequently

4

hit her with the vehicle. Petitioner fears for her safety and that of her children as each incident has gotten more and more aggressive, with the last one sending her to the hospital with injuries to both her legs. Petitioner has several witnesses to the May 15, 2019 incident and would like to proceed with Injunction for Protection against Stalking Violence. In 2017 in November, the Respondent's stated that they would get a gun and kill the Petitioner. This was done in front of a police officer. A police report was made.

j. The Respondents continuously stalk the Petitioner and follow the petitioner when she picks ups her son at school. The last incident resulting in the Petitioner calling the police. Respondents' continuously harass the petitioner to force her to move from her home.

16. Petitioner alleges the following additional information:

   a. That the Respondent personally owns, possess, and/or is known to possess a firearm: **Unknown.**

   b. That is currently required for the Respondent to carry/use a firearm in the capacity of his/her job: **Unknown.**

   c. That the Respondent has a drug problem: **Unknown.**

   d. That the Respondent has an alcohol problem: **Unknown.**

   e. That the Respondent has a history of clinically diagnosed mental health problems: **Unknown.**

   f. Petitioner has known Respondent since (date): **Approximately 2013.**

   g. Respondent served in the U.S. military: **Unknown.**

   **WHEREFORE, the Petitioner asks the Court to give an injunction (mark the appropriate section(s)):** The Petitioner asks the Court to enter an TEMPORARY INJUNCTION for protection against Respondent that will be in place from now until the scheduled hearing in this matter, which will immediately restrain Respondent from committing any acts against Petitioner, and which will provide any terms the Court deems necessary for the protection of a victim, including any injunctions or directives to law enforcement agencies.

Petitioner asks the Court to enter, after a hearing has been held on this petitioner, a FINAL JUDGMENT for the protection prohibiting Respondent from committing any acts of against the Petitioner and:

**NOTE: The Court may consider the following "ex parte" (without notice and hearing). This relief may be awarded for up to 15 days.**

a. (X) Prohibiting Respondent from going to or within 500 feet of any place Petitioner lives **14921 S.W. 104 Street, Apt. #106, Miami, FL 33196, and 9020 Hammocks Blvd, Miami, FL 330196** or to any specific place frequented regularly by Petitioner and any named family members or individuals closely associated with the Petitioner; **(IDENTIFY ALL PLACES BY NAME, ADDRESS, AND RELATIONSHIP OF PERSON ON TO PETITIONER, IF APPLICABLE.)**

b. (X) Keeping the Respondent away from contacting the current place of employment or school the Petitioner located at, **CONFIDENTIAL,** or any future place of employment or school of Petitioner in State of Florida;

c. (X) Prohibiting Respondent from contacting Petitioner by telephone, mail, by e-mail, in writing, through social media, through another person, or in any other matter;

d. (X) Ordering Respondent that he or she shall not have in his or her case, custody, possession or control any firearm;

e. (X) Prohibiting Respondent from knowingly or intentionally going to or within 100 feet of Petitioner's motor vehicle, whether or not vehicle is occupied;

f. (X) Ordering such other relief as the Court decides is needed to protect a victim of stalking, including injunctions or directives to law enforcement agencies;

6

    g. (X) Continuing the relief requested in a – f above, until modified or dissolved by the Court.

**NOTE: The Court may consider the following only with notice and hearing to the Respondent. These things may be ordered by the Court and remain in effect until modified or dissolved by the judge at either party's request, after further notice and hearing.**

    h. (X) Ordering Respondent to go to a batterer's intervention program and/or other treatment
    i. Other.

I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING.

I HAVE READ EVER STATEMENT MADE IN THIS PETITION AND I DECLARE THAT EACH STATEMENT IS TRUE AND CORRECT. I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE IN SECTION 837.011 FLORIDA STATUES, AND IF I HAVE MADE A KNOWINGLY FALSE STATEMENT, I MAY BE PROSECUTED.

_5-21-19_
Date

_[signature]_
MARGLLI GALLEGO

STATE OF FLORIDA
COUNTY OF DADE

Sworn to and subscribed before me on this 21st day of May, 2019 by MARGLLI GALLEGO who is personally known to me/produced _____ as identification, and who did take an oath.

_[signature]_
NOTARY PUBLIC SIGNATURE

PRINTED NOTARY SIGNATURE
My Commission Expires

YUDANY FERNANDEZ
Notary Public – State of Florida
Commission # GG 092006
My Comm. Expires Jul 4, 2021
Bonded through National Notary Assn.

7

5/21/2019 IMG-20190521-WA0004.jpg



5/21/2019

IMG-20190521-WA0003.jpg



IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY, FLORIDA

**Marglli Gallego**
   Petitioner,

        ☒ DOMESTIC VIOLENCE DIVISION
        ☐ FAMILY DIVISION

V.

Case No.: **2019-011650-FC-04**

**Josue Cepero**
   Respondent,

NOTICE OF RELATED CASES

Petitioner submits this Notice of Related Cases as required by Florida Rule of Judicial Administration 2.545(d). A related case may be <u>open</u> or <u>closed</u> civil, criminal, domestic violence, juvenile delinquency, juvenile dependency, guardianship or domestic relations case. A case is "related" to this domestic/repeat/dating/sexual violence or stalking case if it involves any other same parties, children, or issues and it is pending at the time the party files a domestic/repeat/dating/sexual violence or stalking case; if it affects the Court's jurisdiction to proceed; if an order in the related case may conflict with an order on the same issued in the new case; or if an order in the new case may conflict with an order in the earlier litigation.

**[CHECK ONE ONLY]**

☒ There are NO related cases.

☐ The following are the related cases (add additional pages if necessary):

---

**RELATED CASE NO. 1**

Case Name(s): _____
Petitioner: _____
Respondent: _____
Case Num: _____ Division: _____

Type of Proceeding [**Check all that apply**]:
☐ Dissolution of Marriage    ☐ Paternity    ☐ Child Support    ☐ Juvenile Dependency/Delinquency
☐ Criminal                       ☐ Guardianship    ☐ Domestic/Repeat/Sexual/Dating Injunction
☐ Other (specify)

---

**RELATED CASE NO.**
Case Name(s): _____
Petitioner: _____
Respondent: _____
Case Num: _____ Division: _____

Type of Proceeding [**Check all that apply**]:
☐ Dissolution of Marriage ☐ Paternity ☐ Child Support ☐ Juvenile Dependency/Delinquency
☐ Criminal ☐ Guardianship ☐ Domestic/Repeat/Sexual/Dating Injunction
☐ Other (specify)

**RELATED CASE NO. 1**
Case Name(s): _____
Petitioner: _____
Respondent: _____
Case Num: _____ Division: _____

Type of Proceeding [**Check all that apply**]:
☐ Dissolution of Marriage ☐ Paternity ☐ Child Support ☐ Juvenile Dependency/Delinquency
☐ Criminal ☐ Guardianship ☐ Domestic/Repeat/Sexual/Dating Injunction
☐ Other (specify)

**RELATED CASE NO. 1**
Case Name(s): _____
Petitioner: _____
Respondent: _____
Case Num: _____ Division: _____

Type of Proceeding [**Check all that apply**]:
☐ Dissolution of Marriage ☐ Paternity ☐ Child Support ☐ Juvenile Dependency/Delinquency
☐ Criminal ☐ Guardianship ☐ Domestic/Repeat/Sexual/Dating Injunction
☐ Other (specify)

**RELATED CASE NO. 1**
Case Name(s): _____
Petitioner: _____
Respondent: _____
Case Num: _____ Division: _____

Type of Proceeding [**Check all that apply**]:
☐ Dissolution of Marriage ☐ Paternity ☐ Child Support ☐ Juvenile Dependency/Delinquency
☐ Criminal ☐ Guardianship ☐ Domestic/Repeat/Sexual/Dating Injunction
☐ Other (specify)

The Petitioner acknowledges a continuing duty to inform the Court of any cases in this or any other state that could affect the current proceeding.

**I attest to the truthfulness of the claims made in this affidavit.**

Dated: **May 21, 2019**         Signature of Party: _____
                                Printed Name:       **Margli Gallego**

|  | IN THE CIRCUIT COURT OF THE |
|---|---|
|  | ELEVENTH JUDICIAL CIRCUIT IN |
|  | AND FOR MIAMI-DADE COUNTY, FLORIDA |

**Marglli Gallego**
    Petitioner,

      ☒ DOMESTIC VIOLENCE DIVISION

V.

      Case No.: **2019-011650-FC-04**

**Josue Cepero**
    Respondent,

      **PETITIONER'S MOTION FOR HEARING ON PETITION FOR INJUNCTION FOR PROTECTION**

I, **Marglli Gallego,** the Petitioner in the above reference case, hereby respectfully request a hearing on my Petition for Injunction for Protection Against Domestic/Repeat/Dating/Sexual Violence be set on the soonest available date. I understand that a hearing will take place after the Respondent receives notice and a copy of the Petition for Temporary Injunction I have filed.

*[signature]*
Marglli Gallego

**COPIES TO: (Check those that apply)**

Petitioner:
- ☐ by U.S. Mail
- ☑ by hand delivery in open court (Petitioner must acknowledge receipt in writing on the face of the original order- see below.)

Respondent:
- ☑ forwarded to sheriff for service
- ☐ by hand delivery in open court (Respondent must acknowledge receipt in writing on the face of the original order- see below.)
- ☐ by certified mail (may only be used when Respondent is present at the hearing and Respondent fails or refuses to acknowledge the receipt of a certified copy of this injunction.)

- ☑ Sheriff of Miami-Dade County
- ☐ State Attorney's Office
- ☐ Warrants Bureau
- ☐ Central Governmental Depository (if ordered)
- ☐ Department of Revenue
- ☐ Other: _____

Petitioner's Attorney:
- ☐ by U.S. Mail
- ☐ by hand delivery

Respondent's Attorney:
- ☐ by U.S. Mail
- ☐ by hand delivery

I CERTIFY the foregoing is a true copy of the original as it appears on file in the office of the Clerk of the Circuit Court of Miami-Dade County, Florida, and that I have furnished copies of this order as indicated above.

CLERK OF THE CIRCUIT COURT

By: _____
Deputy Clerk

ID # _____

As of: May 21, 2019