Dear residents,

This letter serves to inform you that we have been trimming trees since July and on August 17 & 18 we will be trimming trees in Pelican Point. We need you to fill out the required form in order to help you and fulfill your tree trimming requests on your property. We are working in the community and all of the common areas so we only ask for your patience due to the size of the Hammocks. We are working slowly but we are tending to everyone's requests. Remember, our insurance company has not paid us anything for Hurricane Irma. We are still in court with our insurance company since The Hammocks took care of everything related to Hurricane Irma with absolutely no help from outside agencies. We did all of this and we did not raise the assessment for anyone in The Hammocks nor did we put any special assessments in place, since we had all of that money in the reserves. We know that in Pelican Point there are residents spreading false rumors about the association. Those residents are Leticia Cepero, Josue Cepero, Alicia Paz and others who are spreading these false rumors for personal reasons and gains. Their purpose is to confuse the community in a negative manner. Attached you will find a copy of the court documents showing that there is a restraining order against The Cepero's since they attacked the board president on many occasions and the last occurrence was when they followed her to her son's school for malicious reasons with under aged children involved.

Just as a reminder of the services being provided to the residents that were never offered before:

-Monthly debris pickups at your property

-New gym with twice the size as before, located at Wild Lime

-New outside gyms that were not present before

-New outside playgrounds that were not present before

-Lake treatment involving carp fish and algae removal which was never done before nor was there any correct lake maintenance. Due to this lack of maintenance of the prior years there is an accumulation of algae in the lake that we are tending to and there was also a huge amount of garbage from Hurricane Irma that we are still picking up till this day

-We have the Hammocks maintenance department constantly cutting the lake area grass due to the constant and extreme rainstorms we have been having this year

If you have any questions please feel free to contact the property manager via telephone. We will have a meeting for the residents of Pelican Point on Wednesday August 7th, 2019 at 04:30 pm. Please bring your hammocks ID or your license.

Thank you for your time and attention

Hammocks Board of Directors

lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)
y Bookmarks (http://www2.miami-dadeclerk.com/PremierServices/Bookmarks.aspx?ReturnUrl=https://www2.miami-adeclerk.com/CJIS/CaseSearch.aspx)




# Miami-Dade County Criminal Justice Online System

◀◀ Back to Search

## Search Criteria

**Last Name:** CEPERO    **First Name:** JOSUE    **Sex:** Male    **Race:** White

## Case(s) List

Total of Cases: 1

| Case | Filed Date | Closed Date | First Charge |
|---|---|---|---|
| F-93-020400 | 06/23/1993 | 07/13/1993 | COKE/SELL/DEL/W/INT |

◀◀ Back to Search    ≡ Defendants

Criminal Justice Home (default.aspx) | Criminal Court Information (http://www.miami-dadeclerk.com/courts_criminal.asp) |
Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH) |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/CJIS/CaseSearch.aspx)
Clerk's Home (http://www.miami-dadeclerk.com/home.asp) |
Privacy Statement (https://www8.miamidade.gov/global/disclaimer/privacy-and-security.page) | (http://www.miamidade.gov)
Disclaimer (https://www8.miamidade.gov/global/disclaimer/disclaimer.page) |
Contact Us (http://www.miami-dadeclerk.com/contact.asp) | About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

RTV 13

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**Margili Gallego**
Petitioner,

v.

**Josue Cepero**
Respondent,

SERVED
DATE 6/10/19
TIME 1420
ADDRESS SERVED
HDSC
SHERIFF OF MIAMI-DADE COUNTY
MIAMI-DADE COUNTY, FLORIDA
BY E. Phillips D.S.
BADGE NO. 5719

Case No.: 2019-011650-FC-04

☒ DOMESTIC VIOLENCE DIVISION
☐ ORIGINAL ORDER
☒ EXTENSION

ISSUED:    June 10, 2019
EXPIRES:   AUGUST 9, 2019
OR UNTIL THE FINAL JUDGMENT OF
INJUNCTION FOR PROTECTION
IF ENTERED, IS SERVED
ON RESPONDENT

FILED
JUN 10 2019
CLERK OF CIRCUIT &
COUNTY COURTS

## TEMPORARY INJUNCTION FOR PROTECTION AGAINST STALKING VIOLENCE - EXTENSION

The Petition for Injunction for Protection Against Stalking Violence under section 784.0485, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter under the laws of Florida. The term "Petitioner" as used in this injunction includes the person on whose behalf this injunction is entered.

**It is intended that this protection order meet the requirements of 18 U.S.C. §2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.**

### NOTICE OF HEARING

Because this Temporary Injunction for Protection Against Stalking Violence has been issued without notice to Respondent, Petitioner and Respondent are instructed that they are scheduled to appear and testify at a **fifteen minute** hearing regarding this matter on:

**August 09, 2019** at **11:00 AM,**

when the Court will consider whether the Court should issue a Final Judgment of Injunction for Protection Against Stalking Violence, which shall remain in effect until a date certain, or until modified or dissolved by the Court, and whether other things should be ordered. The hearing will be before the Honorable **LODY JEAN**, in the **North Dade Justice Center located at 15555 Biscayne Boulevard, Miami FL. 33160, Court Room 2-2.** If Petitioner and/or Respondent do not appear, this temporary injunction may be continued in force, extended, or dismissed, and/or additional orders may be granted. Children are not permitted to testify unless a motion is filed pursuant to Fla.Fam.L.R.P.12.407, and an order allowing the testimony is granted prior to the hearing. **All witnesses and evidence, if any, must be presented at this time.**

NOTICE: Because this is a civil case, there is no requirement that these proceedings be transcribed at public expense. YOU ARE ADVISED THAT IN THIS COURT: Only Injunctions for Protection Against Domestic Violence Cases, filed pursuant to section 741.30 Florida Statutes, will be electronically recorded by the court. If your case is filed pursuant to chapter 784 (Repeat, Dating, or Sexual Violence), No recording is required to be made by the court. You may arrange in advance, at your

TEMPORARY INJUNCTION FOR PROTECTION AGAINST STALKING - EXTENSION – Case No.: 2019-011650-FC-04
Page 1 of 8