UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20358-BKC-LMI

IN RE:	CHAPTER 13

JOSUE CEPERO
and LETICIA CEPERO,
    Debtors.
                           /

### AMENDED NOTICE OF TAKING RULE 2004 EXAMINATION
### (AMENDED AS TO JUDGE)

TO:   Marglli Gallego, individually
        14921 Southwest 104th Street Apt#106
        Miami, FL 33196

      **PLEASE TAKE NOTICE** that the undersigned attorney will take the Rule 2004 Examination of :

    NAME:    Marglli Gallego
    DATE:    February 12, 2020
    TIME:    2:30 p.m.
    PLACE:   Law Office Brooks, Frank & De La Guardia
                10 Northwest LeJeune Road, Suite 620
                Miami, FL 33126

    The examination may continue from day to day until completed.  If the examinee receives this Notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

    The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony.  The scope of the examination shall be as described in Bankruptcy Rule 2004.  Pursuant to Local Rule 2004-1 no order shall be necessary.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and have made a good faith attempt to resolve the issues prior to the filing of the Notice and that a true and correct copy of this Notice examination was sent by email to Miguel F. Parlade, Esquire at miguel_parlade@hotmail.com and all others set forth in the NEF and by regular mail to Miguel F. Parlade, Esquire, Post Office Box 771747, Miami, FL 33177, Marglii Galego, 14921 Southwest 104th Street, Apt 106, Miami, FL 33196 and Hammocks Community Association Inc., 9020 Hammocks Blvd, Miami, FL 33196.

                                            LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
                                                              & RODOLFO H. DE LA GUARDIA, JR.
                                                              Attorneys for the Debtors
                                                              Suite 620 • Union Planters Bank Building
                                                              10 Northwest LeJeune Road
                                                              Miami, FL 33126-5431
                                                              Telephone (305) 443-4217
                                                              Email- Pleadings@bkclawmiami.com


                                                    By   /s/ Michael J. Brooks
                                                              Michael J. Brooks
                                                              Florida Bar No. 434442


*INTERESTED PARTY SHOULD CONTACT TH E ATTORNEY FOR THE DEBTORS IN ORDER TO CONFIRM THE DATE AND TIME OF THE DEPOSITION.*

**EXAMINEE IS RESPONSIBLE FOR PROVIDING CERTIFIED TRANSLATOR IF NEEDED**