## PERSONAL MONEY ORDER

Office AU # 0066544    11-24 / 1210(8)

Remitter: JOSUE CEPERO
Purchaser: JOSUE CEPERO
Purchaser Account: 2800404556
Operator I.D.: u537621
Funding Source: Cash

PAY TO THE ORDER OF    ***NANCY K. NEIDICH***

***Five hundred dollars and no cents***

Payee Address:
Memo: CHAPTER 13 TRUSTEE P.O BOX2009 MEMPHIS,TN 38101-2019 us
CASE 17-20358- BKC- LMI

WELLS FARGO BANK, N.A.
13700 N KENDALL DR
MIAMI, FL 33186
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND

**Purchaser Copy**

SERIAL #: 6654404164
ACCOUNT#: 4861-509859

May 15, 2019

***$500.00***

VOID IF OVER US $ 500.00

**NON-NEGOTIABLE**

---

Wells Fargo Bank
Transaction Receipt

Branch #0066544 2        Bank Check

Cash In        $500.00
TOTAL          $500.00

Transaction # 068 0083
04:17PM   05/15/19

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, REINA