## MIAMI-DADE POLICE DEPARTMENT
## STATEMENT FORM

Statement of:                     Case No. _____

NAME: GAIL SHARPE
ADDRESS: 14859 SW 104 Street, Apt 103
CITY/STATE/COUNTRY: MIAMI, FLORIDA
ZIP: 33196-2431    RESIDENCE PHONE: (305) 408-8730
DOB: Nov 30, 1947    BUSINESS PHONE: ( )

This statement is being taken at _____ (Location)

Miami, Florida, on Wednesday (Day), May 22, 2019 (Date), at 2:00 pm (Time)

STATEMENT: On Wednesday May 15, 2019 I was talking with Maria Alonso the President of the Heron Board of Directors around 4:20pm in the Heron parking area in front of Bldg 8, 14859 S.W. 104 Street, Apt 103. She began to receive phone call notification on her cell phone but did not answer. She then got a text message to say Leticia Cepero was being blocked in the Heron. We both decided to drive our separate vehicles to try to locate where in Heron Leticia was. I got in my car & arrived at the scene within a minute or two.

At approx 4:39pm I arrived in front of Bldg 2 to see several Hammock Public Safety vehicles in front of Bldg 1 and a ~~Honda~~ vehicle being blocked from driving in the Heron roadway in front of Bldg 1. I began to take a video immediately and slowly drove past the scene to record what was happening. I was then approached by Marylli Gallego who was walking toward my moving vehicle. I decided to try to leave the area by turning my car around in the limited driveway/parking spaces available where I was when I saw her approaching my vehicle. She walked to the back of my vehicle and

Under penalties of perjury, I, GAIL SHARPE (Name), declare that I have read the foregoing statement, pages one through 2 and that the facts stated in it are true and correct.

                                   Gail Sharpe
                                  Signature of Affiant

Sworn to and subscribed before me pursuant to Florida State Statute 117.10.

____-20____      _____      _____
Date              Badge #          Notarizing Officer

32.12.01-25A
114.21.23 (Rev. 11/99)

Page 2

continued walking around my car and to the front passenger side and then stood in front of my ~~vicle~~ vehicle blocking me from moving forward. I was closing the windows of my car while she was doing this because she had first approached the driver's side of my vehicle and I was concerned for my safety due to her previous demonstrations of anger, and her previous occasions of hostility and threatening behavior toward me. (She has been sent 2 letters from ~~a~~ Heron Attorneys putting her on notice not to approach any Heron board member and I have been a Heron board member since late 2015, serving consecutive terms.)

Maryelli Gallego continued to stand in front of my vehicle blocking me. I tried to reverse the car to go around her but she walked toward the car as I was reversing, continuing to block me. I tried reversing the car a second time and she continued to block me. She began to use her fist to pound on my front car hood as I very slowly began to move the car forward. She then motioned with her hand calling others toward her. I felt even more threatened when she did this. So I kept moving the car forward. She then slowly stepped out of the way of my moving car and as I drove past her she again used her fist to bang on the rear passenger door of the car. I was finally able to leave that area.

