**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                                                 Case Number: 17-20358-LMI
                                                                                       Chapter 13
JOSUE CEPERO and
LETICIA CEPERO

_____Debtor(s)_____/

## WITNESS LIST FOR REMOTE EVIDENTIARY HEARING

COMES NOW Hammocks Community Association and Marglli Gallego, by and through the undersigned, and files this Witness List for Remote Evidentiary Hearing based upon the requirements by this Court as established by the Order Setting Continued Evidentiary hearing and establishing related deadlines (ECF # 279) and state as follows:

A. Witness List:

1. Marglli Gallego, President of Hammocks Community Association
2. Leticia Cepero, Debtor

B. Matters on which the remote witness will provide testimony.

1. Marglli Gallego will provide testimony on the events that occurred on May 15, 2019, the events that led to the 2019 Association letter (Petitioner's Exhibit No. 13)(Only if the exhibit is admitted into evidence), and regarding the filing of the complaint on November 30, 2020 against Leticia Cepero and the dismissal of the case on December 10,2020.
2. Leticia Cepero will provide testimony on Respondent's Exhibit F and G, the circumstances surrounding the event that occurred on May 15, 2019, and the events leading to the 2019 Association letter (Petitioner's Exhibit No. 13)(Only if the exhibit is admitted into evidence), statements made by the debtor about the association and Marglli Gallego, the basis for those statements, as well as any prejudice or bias that the debtor has towards Hammocks Community Association and Marglli Gallego stemming from psychological issues.

C. The city, state, and country where the remote witness will be located while testifying.

All witnesses will be located in Miami, Florida while testifying.

D. The type of place from which the remote witness will testify.
Marglli Gallego will testify from an attorney's office. Leticia Cepero will testify from her

attorney's office who confirmed her attendance along with the presence of a translater.

E.  Whether anyone will be in the room with the remote witness during testimony.

Marglli Gallego will be in the room with Sabino Jauregui (criminal counsel for Hammocks Community Association), Elbert Alfaro (general counsel for Hammocks Community Association), as well as the undersigned.  Pursuant to the declarations made by debtors' counsel, Leticia Cepero will be present along with joint debtor Josue Cepero, her attorney of record Michael Brooks, witness Diana Pico, and attorney Louis Arslanian.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was transmitted to the parties listed below via electronic delivery on this 5th day of February 2021:

Michael J. Brooks, Esq. on behalf of Debtors; pleadings@bankruptcynow.com, mbrooks@bankruptcynow.com;brooks.michaelr100502@notify.bestcase.com

David E. Hicks, Esq. on behalf of Creditor JPMorgan Chase Bank, N.A.
tbyington@kelleykronenberg.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Steven G. Powrozek, Esq. on behalf of Creditor Wells Fargo Bank, NA.
spowrozek@logs.com, LOGSECF@logs.com

Lindsey Savastano on behalf of Creditor Wells Fargo Bank, NA.
LSavastano@flwlaw.com, NJackson@flwlaw.com

/s/ Miguel Parlade
Miguel Parlade, Esq.
Fla. Bar. 388068
Attorney for Marglli Gallego and
Hammock Community Association
P.O. Box 771747
Miami, FL  33177
(305) 235-9040