# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA www.flsb.uscourts.gov

In re:                                                                                  Case No. 17-20358-BKC-LMI
                                                                                        Chapter 13
JOSUE CEPERO and
LETICIA CEPERO
_____/

## AMENDED EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ ] Plaintiff        [ ] Defendant        [ ] Debtor        [X] Other Hammocks Community Association/Marglli Gallego   Date of Hearing/Trial: February 26, 2020, February 11, 2021, and February 12, 2021

Type of Hearing/Trial: Evidentiary hearing on Debtors' Motion for Contempt (ECF 199 & 289)

SUBMITTED BY:  Miguel Parlade, Esquire
                              P.O. Box 771747
                              Miami, FL  33177

                              (Tel.) 305-235-9040

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| A. Hammocks Community Association's Request for Admissions to Debtors | Document | | | |
| B. Notice of Filing Discovery Requests | Document | | | |
| C. Email showing delivery of Discovery Requests | Document | | | |
| D. USPS service acknowledgement of Discovery Requests | Document | | | |
| E. Heron Map | Document | | | |

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| F. Picture of Debtors in their vehicle Holding up a letter taken on May 15, 2019 | Photograph | | | |
| G. Letter from Heron Board | Document | | | |
| H. Picture of physical injuries of Marglli Gallego sustained on May 15, 2019 | Photograph | | | |
| I. Affidavit of Jorge Matus | Document | | | |
| J. Affidavit of Marlo Urueta | Document | | | |
| K. Affidavit of Maria Gil | Document | | | |
| L. 911 Call of Marglli Gallego On 5/15/2019 | Audio File | | | |
| M. Video taken from Josue Cepero's Phone on 5/15/2019 | Video File | | | |
| N. Video taken from Leticia Cepero's Phone on 5/15/2019 | Video File | | | |