## AFFIDAVIT OF MARLO URUETA

Before the undersigned authority personally appeared **Marlo Urueta**, who being first duly sworn, deposes and says:

1. My full name is Marlo Urueta.

2. I am over the Age of 18.

3. I am employed as security guard for Hammocks Community Association.

4. I was called to the scene by my supervisor Matus who was already on site responding to an incident.

5. When I arrived, I observed a vehicle occupied by Josue Cepero and Leticia Cepero, located in front of Marglli Gallego's apartment.

6. I recognize Josue Cepero and Leticia Cepero as homeowners from Pelican Point.

7. The vehicle was in front of Marglli Gallego's apartment facing Marglli Gallego's vehicle.

8. Maria Alonso was in her 4-door gold vehicle and she began yelling at Marglli Gallego who was also already present on the scene. I saw a basket full of eggs in Maria Alonso's passenger seat. This got my attention as we have reports of eggs being thrown in the community at workers, property, board officer, etc.

9. We called the Police. Gail Sharpe who is also a member of the community arrived and we observed Gail Sharpe drive her vehicle into Marglli Gallego.

1

10. The Police arrived and made initial contact with the Ceperos and then with Maria Alonso.

11. Afterward we informed the officer that Marglli Gallego was the complainant that initially contacted the Police.

12. The officers were denying our statements and telling us it wasn't true.

13. The officers failed to ask Gail Sharpe for her license or any vehicle information even after we informed the officers that Gail Sharpe had struck Marglli Gallego with her vehicle. But the officers said that Marglli Gallego was in the way

14. Marglli Gallego had visible bruises in her legs.

_____
MARLO URUETA
STATE OF FLORIDA

        ss

COUNTY OF DADE

Sworn to and subscribed before me on October 31, 2019, by Marlo Urueta who produced drivers license as identification. J630-541-64-132-0

_____
Notary Public – State of Florida

Notary Seal

MARIUSKA BRITO
MY COMMISSION # GG110935
EXPIRES June 11, 2021

2