## AFFIDAVIT OF MARIA GIL

Before the undersigned authority personally appeared **MARIA GIL**, who being first duly sworn, deposes and says:

1. My full name is Maria Gil.

2. I am over the Age of 18.

3. I am employed at Hammock's Accounting Department.

4. On May 15, 2019 at approximately 4:45 p.m., Judith Espejo, resident of Heron, Neighbor to Marglli Gallego, and Director of the Board, arrived at the Hammock's Office with Mike Gonzalez.

5. Mike Gonzalez is the minor child of Marglli Gallego.

6. Mike was visibly very nervous, crying, and inconsolable. He kept asking why his mother told him to hide underneath the seat of the car.

7. Mike repeatedly requested to get in contact with his mother to make sure she was safe.

8. Mike told us a car was following them since he was picked up from his school and the pursuers wanted to kill them.

*Maria Gil*
MARIA GIL

STATE OF FLORIDA
                    ss
COUNTY OF DADE

Sworn to and subscribed before me on October  31 , 2019, by  Maria Gil   who produced  drivers license  as identification.  G400-543-66-861-0

Notary Public – State of Florida

MARIUSKA BRITO
MY COMMISSION # GG110935
EXPIRES June 11, 2021

Notary Seal

1