UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JOSUE CEPERO and
LETICIA CEPERO

        CASE NO. 17-20358-LMI
        CHAPTER 13

**<u>CREDITOR'S NOTICE OF FILING FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, SECOND REQUEST FOR ADMISSIONS, AND SECOND SET OF INTERROGATORIES</u>**

        Debtors.
_____/

    Creditor, HAMMOCKS COMMUNITY ASSOCIATION, INC. (hereinafter "Association"), by and through the undersigned counsel, hereby serves its Notice of Filing and serving its First Request for Production of Documents, Second Request for Admissions, and Second Set of Interrogatories in accordance with this Court's Order Specially Setting Evidentiary Hearing (D.E. 217). Additionally, Association states that these requests have not been filed in the electronic filing system, in accordance with the Local Rules and that they have been served via electronic communications to those parties listed in the Certificate of Service.

Dated this 29th day of January 2020.

        LAW OFFICES OF MIGUEL PARLADÉ, P.A.
        Attorney for the Creditor
        P.O. Box 771747
        Miami, Florida 33177
        Telephone: (305) 235-9040

        By: ___/s Miguel Parlade_____
        MIGUEL PARLADÉ, ESQ.
        FL BAR NO.: 0388068

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was transmitted to the parties listed below via electronic correspondence and U.S. mail to:

Michael J. Brooks, Esq. and Michael A. Frank, Esq., Attorneys for Debtors, Law Offices of Michael J. Brooks, Michael A. Frank Y Rodolfo H. De La Guardia, Jr., 10 NW Lejeune Rd., Ste. 620, Miami, FL 33126. Pleadings@bkclawmiami.com

        LAW OFFICES OF MIGUEL PARLADÉ, P.A.
        Attorney for the Creditor
        P.O. Box 771747
        Miami, Florida 33177
        Telephone: (305) 235-9040

        By: ___/s Miguel Parlade_____
        MIGUEL PARLADÉ, ESQ.
        FL BAR NO.: 0388068