2/19/2020 Gmail - SERVICE OF COURT DOCUMENT(S) AND DISCOVERY REQUESTS, CASE NO. 17-20358 LMI, IN Re: Josue Cepero and Leti...

Case 17-20358-LMI    Doc 303-5    Filed 02/09/21    Page 1 of 1

 Gmail                                              Miguel Parlade <parladelaw@gmail.com>

# SERVICE OF COURT DOCUMENT(S) AND DISCOVERY REQUESTS, CASE NO. 17-20358 LMI, IN Re: Josue Cepero and Leticia Cepero

**Miguel Parlade <parladelaw@gmail.com>**                          Wed, Jan 29, 2020 at 2:54 PM
To: Pleadings@bkclawmiami.com

Court: Bankruptcy Court for the Southern District of Florida
Case: In Re: Josue Cepero and Leticia Cepero
Case No.: 17-20358 LMI
Documents being transmitted: Creditor's Notice of Filing Discovery Requests, Creditor's Second Request for Admissions to Debtors, Creditor's Second Interrogatories to Debtors, and Creditor's First Request for Production to Debtors.

Dear Counsel,

Please find the aforementioned documents. Should you have any difficulties in retrieving them, please let me know immediately.

--
Sincerely,

Miguel F. Parlade, Esq.
Law Offices of Miguel Parlade, P.A.
P.O. Box 771747
Miami, FL  33177
ph.  (305) 235-9040
fax. (305 722-3690

CONFIDENTIALITY NOTE

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and is to remain confidential and may be subject to applicable attorney/client and/or work product and/or party communication privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

4 attachments

- **Notice of Filing Discovery Requests.pdf**
  126K
- **Admissions.pdf**
  251K
- **Request for Production of Documents.pdf**
  212K
- **Interrogatories.pdf**
  312K