# Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0242 9750 66**

| | | Priority Mail® Postage: | $7.75 |
|---|---|---|---|
| Trans. #: | 483017274 | Total: | $7.75 |
| Print Date: | 01/29/2020 | | |
| Ship Date: | 01/29/2020 | | |
| Expected Delivery Date: | 01/30/2020 | | |

From: MIGUEL F PARLADE
LAW OFFICES OF MIGUEL PARLADE
PO BOX 771747
MIAMI FL 33177-0030

To: MICHAEL A FRANK
LAW OFFICES OF BROOKS, FRANK, AND DE LA GUARDIA
10 N LEJEUNE RD
STE 620
MIAMI FL 33126-5473

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*[handwritten: Cepero Discovery Documents]*

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service!*
Check the status of your shipment on the USPS Tracking® page at usps.com

# USPS Tracking®

FAQs >

Track Another Package +

Remove X

**Tracking Number:** 9405503699300242975066

Your item was delivered to the front desk, reception area, or mail room at 12:23 pm on January 30, 2020 in MIAMI, FL 33126.

USPS Premium Tracking™ Available ∨

## ✓ Delivered

January 30, 2020 at 12:23 pm
Delivered, Front Desk/Reception/Mail Room
MIAMI, FL 33126

Feedback

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Premium Tracking ∨

Product Information ∨

See Less ∧