



Heron Incident (5-16-19)