There is an open criminal investigation against Marglli Gallego in which the Hammocks master association is involved. Attached is confirmation provided by the Florida State Attorney's Office that stated the records of Marglli Gallego's case cannot be release because there is a pending criminal investigation. (Florida Statutes 119.071(2)(c). SEE ATTACHMENT #1 CORRESPONDENCE WITH THE FLORIDA STATE ATTORNEY'S OFFICE. "PUBLIC RECORDS REQUEST"

Heron Board has been working very hard for years making sure that Heron is properly maintained and its funds do not fall into the hands of the people who in the past few years have depleted all of the Hammocks reserve funds. We at Heron do not want those individuals doing at Heron what they have been doing at the Hammocks master association all these years. Their intent is to get on the Heron board and to do what they have been doing at the Hammocks master association.

- The questionable use of funds by the Hammocks Master is presently being looked into by Miami-Dade County Police. The Florida State Attorney's Office is actively investigating these people and the Hammocks master has been ordered to provide all the documents requested in the subpoena served on the Hammocks master association.

- The Hammocks master continues to hide its financial records from the Heron and the Hammocks owners and from the Florida State Attorney's Office.

- Marglli Gallego hired a criminal attorney to defend her personally and to fight the subpoena served on the Hammocks master association by the Florida State Attorney's Office.

- The Hammocks master also hired a law firm to fight the Florida State Attorney's Office and to try to keep them from getting the financial records of the Hammocks Master Association.

- Why is Marglli Gallego and the Hammocks master association spending so much money on so many different attorneys and law firms just to fight the subpoena requesting information about the Hammocks master association?

- Do not allow their lies and distractions and false claims against the present Heron board to confuse you. Marglli Gallego has made these same false statements about the Heron board only to then have to deny them in court when Heron sued her. See Marglli Gallego's own words in the attached portion of the responses she gave in the court case Heron vs. Marglli Gallego. See Attachment #2

- In an abundance of caution and in response to election fraud committed at Heron's last election by Marglli Gallego and others associated with her and the Hammocks master, Heron has ensured that there will be 2 election monitors at the May 10, 2019 election.

- Marglli Gallego's only connection to Heron is a 1% she owns in one unit at Heron. She and her husband do not own any units together at Heron.

- Marglli Gallego has paid attorneys thousands of dollars to sue.
- How can Marglli Gallego can afford everything if she has no job and no source of income?
- From where is she getting all this money?
- The only thing Marglli Gallego does 7 days a week is run the Hammocks master association as if it were her personal business and fight the investigation against her and into the Hammocks master association by Miami-Dade Police and the Florida State Attorney's Office.

If you follow Marglli Gallego's directions on how to prevent an honest election, you will be part of her campaign to ruin the Heron physically and financially.

➢ Complete the ballot YOURSELF and mail it immediately. It will reach the management company in less than 3 days.
➢ Only Heron's election monitor will have extra envelopes or ballots in case you lose your unit's assigned envelope and ballot. Please contact the election monitor directly to request a replacement.
➢ No one from the Heron board will pick up your ballot without your request. We will not show up at your door and demand to take your ballot. **Period!**

Finally, look out your windows and doors to see the changes done by this Board:

- All of the parking lot lights are now LED, giving safe, bright and cheaper light.
- The grounds are clean, the grass, bushes and trees, are trimmed, and storm drains cleaned, ready for hurricane season.
- Untagged cars are removed from our private parking lot freeing up parking places for legitimate residents.
- Sidewalks and curbs have been repaired or replaced.
- 90% of the buildings have had the old piping replaced in the common areas.

And most importantly, the Heron is financially in the best shape it has been in many years.

Your Heron Board

ATTACHMENT 1

## PUBLIC RECORDS REQUEST MADE TO THE FLORIDA STATE ATTORNEY'S OFFICE

### Re: MARGLLI GALLEGO; court hearing on 4/4/2019

**REQUEST BY HERON TO PUBLIC RECORDS:**

[April 18, 2019 / 3:52 P.M.]
Good morning Mrs. Sherman,
I would like to request on the case of Marglli Gallego DOB: xx/xx/xx and Hammocks Community Association copies of subpoenas, motion court orders and transcript of court hearing for April 4, 2019.

**RESPONSE FROM PUBLIC RECORDS, Florida State Attorney's Office**

[April 22, 2019 / 9:12 P.M.]
Good morning,
See Fla. Stat. §119.071(2)(c).

Thank you,
Heather Sherman
Assistant State Attorney

---

The Florida Statute §119.071(2)(c) states that the information cannot be released due to the ongoing criminal investigation against Marglli Gallego.

**Florida Statute §119.071(2)(c)**
Active criminal intelligence information and active criminal investigative information are exempt from s. 119.071(2)(c) and s. 24(a), Art. I of the State Constitution.

===================================================================

**MARGLLI GALLEGO'S RESPONSE TO THE CRIMINAL INVESTIATION AGAINST HER:**

"... all records for the Hammocks being subpoenaed; my personal bank records being subpoenaed; numerous vendors for the Hammocks being subpoenaed; my personal bank deposit box was temporarily ceased and was not released; Association employees have been questions by detectives, unit owners have been questioned by detectives"

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 2016-29884-CA 01

HERON AT THE HAMMOCKS CONDOMINIUM ASSOCIATION, INC; MARIA ALONSO,

    Plaintiffs,

vs.

MARGLLI GALLEGO,

    Defendant,

**ATTACHMENT 2**

## MARGLLI GALLEGO'S RESPONSES GIVEN IN COURT FOR THE CASE: HERON vs MARGLLI GALLEGO

10. What is the percentage of ownership interest you own in 14921 SW 104 Street, #1-106, Miami, Florida 33196?

**M.G.'s response:    1%**

12. What is the percentage of ownership interest you own in 14867 SW 104 Street, #24-12, Miami, Florida 33196?

**M.G.'s response:    1%**

16. With regard to the Heron at the Hammocks Condominium Association, Inc. funds that you claim were misappropriated, please answer the following:

a. Which funds were misappropriated?
b. From which account or accounts were the funds misappropriated?
c. How much money was misappropriated?
d. How were these funds misappropriated?
e. Who misappropriated these funds?

**I NEVER CLAIMED AS A MATTER OF FACT THAT FUNDS WERE MISAPPROPRIATED.**

---

10. ¿Qué porcentaje del título es suyo de la propiedad 14921 SW 104 Street, #1-106, Miami, Florida 33196?

**M.G.'s response:    1%**

12. ¿Qué porcentaje del título es suyo en la propiedad 14867 SW 104 Street, #24-12, Miami, Florida 33196?

**M.G.'s response:    1%**

16. Referente a los fundos de Heron at the Hammocks Condominium Association, Inc. que usted acusa fueron malversados por favor responda las siguientes preguntas:

a. ¿Cuáles fondos fueron malversados?
b. ¿De qué cuenta fueron malversados?
c. ¿Cuánto dinero fue malversado?
d. ¿Cómo fueron malversados estos fondos?
e. ¿Quién malverso estos fondos?

**YO NUNCA DIJE QUE FONDOS DE HERON HABIAN SIDO MALVERSADOS.**

Hay una investigación criminal abierta, en contra de Marglli Gallego en la cuál Hammocks Master Association está envuelta. Adjunto esta la confirmación proporcionada por la Oficina del Fiscal del Estado de la Florida, que indica que los registros del caso de Marglli Gallego no pueden ser liberados porque hay una investigación criminal pendiente. (Estatutos de la Florida 119.071(2)(c)). <u>Ver Adjunto #1 correspondencia con la Oficina del Fiscal del Estado de la Florida. "solicitud de registros públicos"</u>.

La Junta de Heron ha estado trabajando muy duro durante años asegurándose de que se mantiene correctamente y sus fondos no caen en manos de las personas que han agotado todas las reservas de los Hammocks. Su intención es apropiarse de la Junta de Heron y hacer lo mismo que han estado haciendo a Hammocks Master Association.

- El uso cuestionable de los fondos por la junta de Hammocks Master Association actualmente está siendo examinado por la policía del Condado de Miami-Dade. La Oficina del Fiscal del Estado de la Florida está activamente comprometida en la investigación de estas personas y a Hammocks se le ha ordenado proporcionar todos los documentos solicitados en la citación servida a Hammocks Master Association.

- La Junta de Hammocks Master Association continúa ocultando todos los registros financieros de los propietarios de las unidades y de la Oficina del Fiscal del Estado de la Florida.

- Marglli Gallego contrató a un abogado criminalista para defenderla personalmente y luchar contra la citación servida a la junta de Hammocks Master Association por la Oficina del Fiscal del Estado de La Florida.

- Hammocks Master Association también contrató a un bufete de abogados para luchar contra la Oficina del Fiscal del Estado de la Florida y tratar de mantenerlos sin obtener los registros financieros de Hammocks Master Association.

- ¿Por qué Marglli Gallego y Hammocks Master Association gastan tanto dinero en tantos abogados y bufetes para evitar tener que entregar los registros financieros de Hammocks Master Association?

- No permitas que las mentiras, distracciones y falsas afirmaciones contra la Junta de Heron, te confundan. Marglli Gallego ha hecho estas mismas declaraciones falsas sobre la Junta de Heron para después negarlas en la corte cuando Heron la demando'. Véanse las propias palabras de Marglli Gallego en la parte adjunta, de las respuestas que dio en el caso de la corte <u>Heron vs. Marglli Gallego</u>. Consulte el anexo_ #2.

- En una abundancia de precaución, y en respuesta al fraude electoral cometido en las últimas elecciones de Heron por Marglli Gallego, otros asociados con ella, y Hammocks Master Association, Heron se ha asegurado que habrá 2 monitores electorales en las elecciones del 10 de Mayo, 2019.

- La única conexión de Marglli Gallego, con Heron es un 1% que posee en una unidad de Heron. Ella y su marido no son dueños en común de ninguna unidad en Heron.

- Marglli Gallego ha pagado a los abogados miles de dólares para demandar.

- ¿Cómo puede Marglli Gallego pagarlo todo si no tiene empleo ni fuente de ingresos?

- ¿De dónde va a conseguir todo ese dinero?

- Lo único que hace Marglli Gallego siete días a la semana es dirigir Hammocks Master Association como si fuera su negocio personal y luchar contra la investigación en contra de ella y de Hammocks Master Association abierta por la policía de Miami-Dade y la Oficina del Fiscal del Estado de la Florida.

Si sigues las instrucciones de Marglli Gallego sobre cómo prevenir una elección honesta, serás parte de su campaña para arruinar Heron, física y financieramente.

- Si no desea votar, destruya su boleta electoral.
- Complete la papeleta y envíela de inmediato. Llegará a la compañía de administración en menos de tres días.
- Solo el monitor de la elección de Heron tendrá sobres o papeletas adicionales en caso de que pierda el sobre asignado y la boleta de su unidad. Comuníquese directamente con el monitor de la elección para solicitar un reemplazo.
- Nadie de la Junta de Heron recogerá su boleta sin su petición. No apareceremos en su puerta a pedirle su boleta ¡PUNTO!

Finalmente, observe desde su ventana o su puerta para ver los cambios realizados por esta junta:

- Todas las luces de estacionamiento son ahora LED, dando más seguridad y luz brillante de forma más económica.
- Los jardines están limpios, el césped, arbustos y árboles están recortados y listos para la temporada de huracanes.
- Los autos sin placas se retiran de nuestro estacionamiento privado, liberando lugares de estacionamiento para los residentes legítimos.
- Las aceras y bordillos han sido reparados o reemplazados.
- Los cuartos de medidores eléctricos y los techos han sido arreglados para cumplir con el código de construcción.

Y lo más importante, la Junta de Heron esta económicamente en la mejor forma, de lo que ha estado en muchos años.

Su Junta de Heron,