## AFFIDAVIT OF JORGE MATUS

Before the undersigned authority personally appeared **Jorge Matus,** who being first duly sworn, deposes and says:

1. My full name is Jorge Matus.

2. I am over the Age of 18.

3. I am employed as a security guard for Hammocks Community.

4. I received a call about a situation developing within the Hammocks Community and immediately arrived at the scene.

5. Upon my arrival, I observed two vehicles parked by Marglli Gallego's apartment.

6. The first vehicle was occupied by Josue Cepero and Leticia Cepero.

7. The second vehicle was occupied by Marglli Gallego.

8. Marglli Gallego's vehicle was in a position that indicated that she was trying to park her vehicle in her designated parking space and Josue Cepero and Leticia Cepero's vehicle was blocking her from parking.

9. I observed a female resident, telling Marglli Gallego that her son was now safe because she took the kid away from the scene to prevent anything from happening to him.

10. Marglli Gallego then began asking Cepero why they were following her.

11. Another resident, who was in a 4 door sedan, Maria Alonso began yelling at Marglli Gallego. Almost simultaneously another individual arrived in her

1

vehicle. I was later told her name is Gail Sharpe.

12. Marglli Gallego began asking why they were recording her and this is when Gail Sharpe, the last vehicle to arrive on the scene, drove her vehicle into Marglli Gallego causing injury.

13. The Police arrived soon after and immediately made contact with the Ceperos. Marglli Gallego approached them and said that she was the person who called the Police because she was being followed by the Ceperos.

14. The Police officers did not wish to speak to me nor to Marglli Gallego regarding this incident.

15. The officers never asked for Gail Sharpe's license or registration even after I told them that I saw her strike Marglli Gallego with her vehicle.

_____
JORGE MATUS

STATE OF FLORIDA

    ss

COUNTY OF DADE

Sworn to and subscribed before me on October  31 , 2019, by  Jorge Matus  who produced  drivers license  as identification. M326-420-76-105-0

_____
Notary Public - State of Florida

Notary Seal

MARIUSKA BRITO
MY COMMISSION # GG110935
EXPIRES June 11, 2021

2