## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                                                Case No.17-20358-LMI
                                                                      Chapter 13

**JOSUE CEPERO and**
**LETICIA CEPERO**

_____ Debtors    /

## DEBTOR'S NOTICE OF FILING OF
## TRANSCRIPT OF PRIOR HEARING

**COMES NOW** the Debtors and files this, the transcript for a hearing before the Court on February 26, 2020.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Filing form was sent via email to Creditors Attorney, Miguel F. Palade, parladelaw@gmail.com and all those set forth in the NEF.

        GBHB d/b/a BankruptcyNow
        Attorneys for the Debtor
        8410 SW 40th Street
        Miami, FL 33155
        Telephone(888)811-8989
        Facsimile

        By   /s/   Michael J. Brooks
           Michael J. Brooks
           Florida Bar No. 434442