**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                              Case No.17-20358-LMI
                                                                    Chapter 13

**JOSUE CEPERO and**
**LETICIA CEPERO**

                              Debtors     /


**DEBTOR'S NOTICE OF FILING OF**
**TRANSCRIPT OF DEPOSITION OF DIANA PICO**

**COMES NOW** the Debtors and files this, the transcript of the deposition of Diana Pico on January 28, 2021.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Filing form was sent via email to Creditors Attorney, Miguel F. Palade, parladelaw@gmail.com and all those set forth in the NEF.

                                                                    GBHB d/b/a BankruptcyNow
                                                                    Attorneys for the Debtor
                                                                    8410 SW 40th Street
                                                                    Miami, FL 33155
                                                                    Telephone(888)811-8989
                                                                    Facsimile

                                                            By   /s/   Michael J. Brooks
                                                                    Michael J. Brooks
                                                                    Florida Bar No. 434442