Diana Pico
January 28, 2021

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

CASE NO. 17-20358-LMI

Chapter 13


In Re:

JOSUE CEPERO and

LETICIA CEPERO

           Debtors.

_____/

       REMOTE VIDEO TELECONFERENCE DEPOSITION OF

                  DIANA PICO

            (VIA SPANISH INTERPRETER)




     DATE TAKEN:         January 28, 2021

     TIME:               10:06 a.m.- 10:51 a.m. ET

     WITNESS LOCATION:   Miami, Florida




Reported By:

Dayana Tellez, CER No. 1107

Appearing remotely via video teleconference from

Miami-Dade County, Florida

Diana Pico
January 28, 2021

```
 1                    APPEARANCES

 2   On behalf of Josue Cepero and Leticia Cepero:

 3        BANKRUPTCYNOW
          8410 South West 40th Terrace
 4        Miami, Florida 33155
          pleadings@bankruptcynow.com
 5        BY: LOUIS C. ARSLANIAN, ESQUIRE
          BY: MICHAEL J. BROOKS, ESQUIRE
 6        APPEARED VIA VIDEO TELECONFERENCE

 7   On behalf of Marglli Gallego and Hammock Community
     Association:
 8

 9        LAW OFFICES OF MIGUEL PARLADE, P.A.
          P.O. Box 771747
10        Miami, FL 33177
          parladelaw@gmail.com
11        BY: MIGUEL F. PARLADE, ESQUIRE
          APPEARED VIA VIDEO TELECONFERENCE
12

13   ALSO PRESENT:

14   JULIO GALLETTI, Spanish Interpreter

15   APPEARED VIA VIDEO TELECONFERENCE

16

17

18

19

20

21

22

23

24

25
```

Diana Pico
January 28, 2021

```
1                          INDEX

2    DEPOSITION OF DIANA PICO                   PAGE

3    Examination by Mr. Parlade                    6

4    Certificate of Oath for Interpreter          29

5    Certificate of Oath for Witness             30

6    Certificate of Reporter                     31

7    Certificate of Transcriptionist            32

8

9                 (No Exhibits Marked.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Diana Pico
January 28, 2021

```
 1                P R O C E E D I N G S

 2      Remote video teleconference deposition taken under

 3      oath before Dayana Tellez, CER No. 1107 and Notary

 4      Public in and for the State of Florida at Large, in

 5      the above cause.

 6                      — — — — — — —

 7                THE COURT REPORTER:  The parties

 8      participating in this proceeding acknowledge that I am

 9      not physically present in the proceeding room and that

10      I will be reporting this proceeding remotely.  They

11      further acknowledge that in lieu of an oath

12      administered in person, I will administer the oath

13      remotely.  This arrangement is pursuant to the Florida

14      Supreme Court Administrative Order No. AOSC-20-23.

15      The parties and their Counsel consent to this

16      arrangement and waive any objections to this manner of

17      reporting.  Please indicate your agreement by stating

18      your name and your agreement on the record.

19                MR. ARSLANIAN:  Louis Arslanian.  I agree.

20                MR. PARLADE:  Miguel Parlade.  I agree.

21                THE COURT REPORTER:  Will the interpreter

22      please say and spell your first and last name for the

23      record?

24                MR. GALLETTI:  Julio, J-U-L-I-O.  Last name,

25      Galletti, G-A-L-L-E-T-T-I.
```

Diana Pico
January 28, 2021

1            THE COURT REPORTER:  Thank you.  And can you

2    please indicate in what city and state you're located

3    in?

4            MR. GALLETTI:  I'm in Coral Gables, Florida.

5            THE COURT REPORTER:  Thank you.  And can you

6    please raise your right hand.  Do you swear or affirm

7    that you'll be translating from English to Spanish and

8    Spanish to English to the best of your abilities?

9            THE INTERPRETER:  I do.

10           THE COURT REPORTER:  Thank you.

11   THEREUPON,

12                  JULIO GALLETTI,

13   the Interpreter, was sworn to truly and correctly

14   interpret English into Spanish and Spanish into

15   English.

16           THE COURT REPORTER:  And can you please

17   kindly present your government-issued ID?  Okay.  And

18   the witness, can you please and say your first and

19   last name for the record?

20           MS. PICO:  Diana Pico.  D-I-A-N-A, P-I-C-O.

21           THE COURT REPORTER:  Thank you.  And can you

22   please state the city and state you're located in?

23           MS. PICO:  Miami, Florida.

24           THE COURT REPORTER:  Thank you.  Can you

25   please raise your right hand.  Do you swear or affirm

Diana Pico
January 28, 2021

```
 1   that the testimony you'll be giving today is the

 2   truth, the whole truth and nothing but the truth?

 3            THE WITNESS:  Yes.

 4            THE COURT REPORTER:  Thank you.  And can you

 5   kind please show your government-issued identification

 6   to the camera.

 7       (Interpreter and witness presented government-

 8   issued identification and identity is verified.)

 9            THE COURT REPORTER:  Okay.  Thank you.  You

10   may begin.

11   THEREUPON,

12                     DIANA PICO

13   was called as a witness and after having been first

14   duly sworn, was deposed and testified as follows:

15                     EXAMINATION

16   BY MR. PARLADE

17       Q    Thank you.  Good morning, Ms. Pico.

18       A    Good morning.

19       Q    As I can see, there are many people in the

20   room with you now, correct?

21       A    Two persons.

22       Q    Okay.  Now, those -- are those two persons

23   who are with you, one is the attorney for Josue Cepero

24   and Leticia Cepero, correct?

25       A    Yes.
```

Diana Pico
January 28, 2021

1       Q    And the other attorney, I believe is also

2   co-counsel for the Ceperos as well, correct?

3       A    Yes.

4       Q    When you answer, there's going to be one of

5   the those attorneys is going to be objecting, so when

6   you hear an objection, just give a little slight pause

7   in your testimony to let that attorney give the

8   objection.

9       A    Yes.

10      Q    Now, you have not retained or paid any of

11  these attorneys to represent you, correct?

12      A    No.

13      Q    Have you ever been to a deposition before?

14      A    No.

15      Q    Let me just briefly explain to you how this

16  process works.  I'm going to ask you a question, and

17  the translator is going to translate it for you.

18      A    Okay.

19      Q    Once it's translated, you're going to

20  respond, and at the same time the court reporter, in

21  this case, is going to be transcribing it.  She's

22  going to be taking it all down.

23      A    Okay.

24      Q    So, with this in mind, just, I want you to

25  please keep your answers in short phrases so that the

Diana Pico
January 28, 2021

```
1   translator can translate.

2       A    That's fine.

3       Q    If you need to give me a nonresponse, just

4   remember to pause in-between phrases.  Do you

5   understand?

6       A    Yes.

7       Q    Now, I also know you speak some English,

8   correct?

9       A    Yes, sir.

10      Q    With that being the case, we need to make

11  sure that everything is done so that the court

12  reporter and the translator can do their jobs.  So

13  please wait until the question that I ask is finished

14  and it's translated before you respond.

15      A    That's fine.

16      Q    Now, a few minutes ago, you took an oath; do

17  you remember that?

18      A    Yes.

19      Q    What does it mean to you when you are told

20  that your answers you're going to be giving today will

21  be under the oath to tell the truth?

22      A    That it would be true.

23      Q    So, if you fail to tell the truth, you may

24  be subject to penalties of perjury just like if you

25  were in court; do you understand?
```

Diana Pico
January 28, 2021

1    A    Yes, I understand.

2    Q    And do you know what perjury is?

3    A    Yes.

4    Q    What is it then?

5    A    Not saying the truth.

6    Q    Okay.  Well, under Florida law, giving a

7    false statement under oath about a matter that is

8    important to the case; do you understand?

9    A    Yes.

10   Q    And in Florida that is a crime.

11   A    Yes.

12   Q    Okay.  Now, very important, when I'm asking

13   you a question, if you don't understand a question,

14   either whole or part, please let me know and I will

15   try to rephrase the question so that you understand

16   the question.

17   A    That's fine.

18   Q    Also, if I ask a question and you become

19   distracted or you didn't hear me correctly, just ask

20   me to repeat the question and I will be happy to

21   repeat the question.

22   A    That's fine.

23   Q    Also, if I ask a question and you haven't

24   finished your answer to the prior question, let me

25   know.  That way it gives you the opportunity to finish

Diana Pico
January 28, 2021

1  your answer.

2       A    That's fine.

3       Q    Now, your testimony today is going to be

4  based on your personal knowledge.

5       A    That's fine.

6       Q    If you don't know the answer to the

7  question, please tell me you don't know.

8       A    That's fine.

9       Q    I don't want you to guess or speculate.

10      A    That's fine.

11      Q    If you answer a question, I will take that

12  to mean that you believe your answer is based on

13  personal knowledge; do you understand?

14      A    That's fine.

15      Q    Okay.  I typically don't go off record.

16  This is a really short deposition, but if you need to

17  take a break during the deposition, just let me know,

18  and we can take a short break.

19      A    That's fine.

20      Q    Is there a mental or physical reason why you

21  would not be able to give accurate and truthful

22  answers to my questions today?

23      A    No reason.

24      Q    Okay.  Thank you.  Now, your full name is

25  Diana Pico?

Diana Pico
January 28, 2021

```
 1        A    Yes, sir.

 2        Q    What is your date of birth?

 3        A    June 16, 1962.

 4        Q    And where were you born?

 5        A    Nicaragua.

 6        Q    Where do you currently reside?

 7        A    Pelican Point.

 8        Q    What's the address?

 9        A    9550 Southwest 148th Place, Miami, Florida

10   33196.

11        Q    And how long have you lived at that address?

12        A    Twenty-two years.

13        Q    Who do you live there with?

14        A    With my husband and my daughter.

15        Q    What's your husband's name?

16        A    Jorge Pico.

17        Q    And do you rent or own the home?

18        A    I'm the owner of the house.

19        Q    Do you know either Josue Cepero or Leticia

20   Cepero?

21        A    Yes, I know them.

22        Q    And how do you know them?

23        A    They live in my neighborhood.

24        Q    As a matter of fact, they moved across the

25   street from you, correct?  About 100 feet from your
```

Diana Pico
January 28, 2021

```
 1  house?

 2            THE INTERPRETER:  Come again?

 3            MR. PARLADE:  About 100 feet from your

 4  house.

 5            THE WITNESS:  Yes, that's close.  I couldn't

 6  say in feet, but, yes, it could be 100 feet.  In the

 7  rotunda.

 8  BY MR. PARLADE:

 9       Q    And you can easily walk across to their

10  house, correct?

11       A    Yes.

12       Q    Other than them being your neighbors, are

13  they also your friends?

14       A    No, only neighbors.

15       Q    Who brought you to the Cepero's attorney's

16  office today?

17       A    Josue.

18       Q    So Mr. Cepero picked you up?

19       A    No, I came in my car.

20       Q    And he came with you?

21       A    No, I came alone.

22       Q    So I don't understand how Josue brought you

23  to his attorney's office if he wasn't with you or you

24  came alone.  Can you explain that, please?

25       A    I didn't understand your question.  I
```

Diana Pico
January 28, 2021

1   believe it was he who had invited me here.

2        Q    Okay.  So, when I asked you who had brought

3   you to the Cepero's attorney's office, you had thought

4   that I had said, "Who had invited you there?"

5        A    I understood who came with me.  I came here

6   alone.  I came in my car.

7        Q    Okay.  Now, you had mentioned that Josue

8   Cepero had invited you to his attorney's office; is

9   that correct?

10       A    He told me to come to the attorney's office,

11  and I accepted to give a deposition.

12       Q    Okay.  When did he tell you to come to his

13  at attorney's office?

14       A    I don't recall the exact date, but it was at

15  the same time that at my home we received the papers

16  from the Association, and I delivered them to him.

17       Q    What papers from the Association?

18       A    I received a letter from the Association of

19  the pruning of trees and attached thereto was a letter

20  that referred to Josue and Leticia Cepero.

21       Q    Okay.  I'm going to show you a copy of a

22  letter, and you can let me know if this is the letter

23  you're referring to.  As you see here, this is a -- it

24  looks like Hammocks.  It says, "The Hammocks," and it

25  says, "Dear Pelican Point residents," and it says,

Diana Pico
January 28, 2021

1    "The Hammocks Community Association will be conducting

2    tree trimming, coconut removal and tree removals on

3    the common areas on Saturday, August 17th, and Sunday,

4    August 18, 2019."  Is that the letter you're referring

5    to?

6         A    That's the letter I'm referring to.

7         Q    Okay.  From what I'm understanding from your

8    testimony, you received this letter and you brought it

9    to Josue Cepero; is that correct?

10        A    This letter came with an additional letter

11   attached.

12        Q    Okay.  That's not the question I'm asking.

13   The question I'm asking is: according to your

14   testimony just a couple of minutes ago, you said you

15   received this letter and you brought it to Josue

16   Cepero; is that correct?

17        A    That is correct, and it included another

18   letter and that's why I delivered it to Mr. Cepero.

19        Q    Okay.  And when did you receive this letter?

20        A    I don't recall a date.

21        Q    But, according to your testimony a few

22   minutes ago, you said when you received this letter,

23   you brought it to Josue Cepero, and he told you to

24   come to the attorney's office for this deposition

25   today; is that correct?

Diana Pico
January 28, 2021

1        A     I received the letter, and there was an

2    attachment named Josue Cepero.  And it appeared to me

3    to be a personal matter, and I did not like that.

4    That is why I went and delivered it to him.  At that

5    time, he did not mention a deposition.  Some time

6    later, he mentioned to me whether I will come to his

7    attorney's office and give a deposition.

8        Q     Okay.  So a few minutes ago when I asked you

9    when did you learn about the -- coming to the

10   attorney's office with Mr. Cepero today, and you said,

11   "When I received the letter from the Association," it

12   wasn't the same day you received the letter from

13   Association; is that what you're saying that?

14            MR. ARSLANIAN:  Objection to the form of the

15   question.

16            THE INTERPRETER:  (Indiscernible) could you

17   read that back to me, please.

18            THE COURT REPORTER:  Hello?  Mr. Galletti,

19   did you -- were you speaking to me?

20            THE INTERPRETER:  Yes, I'm sorry.  Madam

21   Court Reporter, would you be so kind as to read that

22   back to me?

23            THE COURT REPORTER:  I'm sorry, I had an

24   airplane pass by, and I kind of -- I missed it a

25   little bit.  It says, "A few minutes ago when I asked

Diana Pico
January 28, 2021

1   you when you received the letter from Mr. Cepero,

2   wasn't that the same time that he asked you come back

3   and do a deposition for Mr. Cepero?"  And then I heard

4   an objection.

5            THE INTERPRETER:  Okay.

6            THE WITNESS:  No, sir, it was not at that

7   time.

8   BY MR. PARLADE:

9        Q    When was that moment?

10       A    I don't recall a date.

11       Q    Okay.  So you don't remember the date you

12   received this letter, correct?

13       A    I don't recall the exact date.

14       Q    You don't remember when you were told to be

15   at the attorney's office today, correct?

16       A    I don't recall the exact date.

17       Q    Do you know who gave you this letter?

18       A    It was left in the door of my home.

19       Q    By whom?

20       A    By a person.  I heard him over the reporting

21   system.

22       Q    Okay.  Do you know who this person was?

23       A    No.

24       Q    Now, you had mentioned this included another

25   letter.  The exhibit that I'm pointing at has nine

Diana Pico
January 28, 2021

1   pages; is that correct?

2       A    I don't know how many pages, but there were

3   attachments to the letter.

4       Q    Okay.  Do you know who prepared this letter?

5       A    I don't know.

6       Q    Okay.  Now, prior to coming to the

7   attorney's office today, when was the first time that

8   Josue and Leticia Cepero ever approached you and let

9   them know they were involved in a case and the

10  Association was involved as well?

11          MR. ARSLANIAN:  Objection to the form of

12  that question.

13          THE WITNESS:  I don't recall.

14  BY MR. PARLADE:

15      Q    Do you recall when they told you, or if they

16  told you?

17      A    When they told me.

18      Q    But they have informed you, correct?

19      A    Can you ask the question again, please?

20      Q    Have you ever been informed that Leticia and

21  Josue Cepero were involved in a lawsuit against

22  Hammocks Community Association?

23      A    No.

24      Q    Have you ever been informed that Josue

25  Cepero and Leticia Cepero were involved in a

Diana Pico
January 28, 2021

```
 1   bankruptcy?

 2        A     No.

 3        Q     Okay.  So what is the reason you think

 4   you're here for today?

 5        A     Because I received the letter attached from

 6   the Association, and I believe it was a personal

 7   matter between Josue Cepero and the Association.

 8        Q     So, as we sit here today, you don't know

 9   anything, any details, about the case that I'm asking

10   you questions for?

11        A     No, sir.  I have no knowledge.

12        Q     What time did you get to the attorney's

13   office this morning?

14        A     Close to 9:38.

15        Q     Okay.  And, when you got there at 9:38, did

16   one of the attorneys ask to speak to you in reference

17   to what you'll be answering questions for today?

18        A     Yes.

19        Q     And, in that conversation, I'm assuming they

20   showed you that letter we had just talked about?

21             MR. ARSLANIAN:  Objection.  And she's not

22   answering any questions about any conversation that

23   she had.

24             MR. PARLADE:  You're not her attorney.  You

25   can't claim attorney-client privilege.  If you want to
```

Diana Pico
January 28, 2021

1  do so --

2          MR. ARSLANIAN:  Okay.

3          MR. PARLADE:  -- then you do so at your own

4  peril.

5          MR. ARSLANIAN:  All right.

6  BY MR. PARLADE:

7      Q   Ma'am, you can answer if you want.  We

8  cannot (simultaneous speaking.)

9          THE INTERPRETER:  Are you instructing her

10 not to answer?

11         MR. ARSLANIAN:  Go ahead and answer.  That's

12 fine.  Go ahead.

13         THE INTERPRETER:  Are you instructing her

14 not to answer?

15         MR. ARSLANIAN:  Yeah, she can go ahead and

16 answer.

17         THE WITNESS:  Can you repeat the question?

18         MR. PARLADE:  Court Reporter, could you be

19 so kind as to read back the question?

20         THE COURT REPORTER:  One second, please.

21 One second.  I'm going to play it back because I had a

22 lot of people speaking at the same time so I just need

23 one minute.

24         MR. PARLADE:  No worries.

25         (PREVIOUS QUESTION WAS PLAYED BACK.)

Diana Pico
January 28, 2021

```
 1              THE COURT REPORTER:  Is that okay, or would
 2   you like to keep listening?
 3              MR. PARLADE:  Hold on.  I don't know what
 4   kind of messages you're passing to the witness.  We're
 5   in the middle of a deposition.  I don't (simultaneous
 6   speaking.)
 7              MR. BROOKS:  I'm showing her the letter.
 8              MR. ARSLANIAN:  I'm passing her [audio cut
 9   out].
10              MR. PARLADE:  If she understands the
11   question, perfect.  Is she doesn't understand, she can
12   just say so.
13              THE INTERPRETER:  Do you want me ask her
14   again?
15              MR. PARLADE:  Yes, please.
16              THE WITNESS:  I have a letter with me as
17   well.
18   BY MR. PARLADE:
19       Q    Perfect.  Did they also explain to you the
20   reason you're here for today?
21       A    No.
22       Q    Okay.  So they would show you a letter?
23       A    The reason I'm here today is because Josue
24   asked me and that letter that was sent to me by the
25   Association and named him is a personal matter and
```

Diana Pico
January 28, 2021

1    that's the only reason.

2        Q    Okay.  Did Josue Cepero also tell you you're

3    going to have to be testifying in court proceeding?

4        A    No.

5        Q    Okay.  Are you aware that there's a court

6    proceeding scheduled for February 11th and 12th, and

7    you are listed as a witness for the Ceperos?

8        A    No.

9        Q    Now, is this the first time Josue Cepero or

10   Leticia Cepero had asked you to do something in

11   reference to the Association?

12       A    They asked me in reference to them, not the

13   Association.

14       Q    Okay.  Is there any time besides the

15   deposition we're here for today where Leticia Cepero

16   and Josue Cepero asked you do something for them in

17   reference to the Association?

18       A    No.

19       Q    Did they ever ask you to demonstrate in

20   front of the Association offices at any time in the

21   past few years?

22       A    No.

23       Q    At any time, did they share with you that

24   they believe the Association was committing criminal

25   acts or that its president was committing criminal

Diana Pico
January 28, 2021

1  acts?

2      A    No.

3      Q    At any time, have they shared with you that

4  either the Association or its president was committing

5  any type of wrongdoing?

6      A    No.

7      Q    Okay.  So how does the conversation go

8  between you and Mr. Cepero when he asked you to come

9  to the attorney's office today to give a deposition?

10     A    Because I received the letter, which was --

11  which had the attachment with the letter about Josue,

12  and Josue indicating that he and another person were

13  spreading false rumors about persons in the

14  Association.  And that I believe it to be insulting

15  and a personal matter and that is why I'm here.

16     Q    That's not the question I asked.  And I need

17  you to pay attention to the question; otherwise, this

18  deposition will get longer and longer.  So I --

19          MR. ARSLANIAN:  No, hey, hey, hey, hey, stop

20  that, okay?  Stop that.  Don't do that again, okay?

21          MR. PARLADE:  Don't do what again?  That she

22  would listen to the question?

23          MR. ARSLANIAN:  The witness, okay?  Miguel,

24  if we have to, I'll call -- we'll the judge right now.

25  Don't do that again.

Diana Pico
January 28, 2021

```
 1          MR. PARLADE:  I'm instructing the witness
 2  how to answer.
 3          MR. ARSLANIAN:  Don't do that again.
 4          MR. PARLADE:  Listen, if you want to get a
 5  judge, go ahead.  I'm not doing anything wrong.
 6          MR. ARSLANIAN:  Really?  Really?  Okay.
 7  BY MR. PARLADE:
 8      Q    So I'm going to repeat the question.  In the
 9  conversation you had with Josue Cepero, how was it
10  that you were informed, or how did the conversation
11  go, where you were informed to be here today?
12          MR. ARSLANIAN:  Objection to the form.  Go
13  ahead and answer the question.
14          THE WITNESS:  He asked me to come here to
15  give my opinion about the letter and that's why I'm
16  here because it was something personal, and I got
17  insulted.
18  BY MR. PARLADE:
19      Q    Okay.  When did this happen?
20      A    I don't recall the date.
21      Q    Okay.  Was it yesterday?  Okay.  Was it --
22      A    No.  I don't recall the date.
23      Q    Has it been more than a few days?
24      A    Yes, sir.
25      Q    And he did he come by himself or with his
```

Diana Pico
January 28, 2021

1  wife?

2       A    Where did he call to here to the attorney's

3  office?

4       Q    No, ma'am.  When he came to see you to talk

5  about coming to the deposition today, did Josue Cepero

6  come by himself, or did he come with his wife?

7       A    Well, he was with his wife today.

8       Q    Today?  So they're both here today?

9       A    I don't know.

10      Q    You don't know if they're there today at the

11 attorney's office?

12      A    Right now, I don't know.

13      Q    But they were there this morning when you

14 got there?

15      A    I saw them in the parking lot.

16      Q    Now, other than the letter we just talked

17 about a little while ago, did you receive any letters

18 from Pelican Point Board of Directors or Pelican Point

19 Association in reference to either the Hammocks

20 Community Association or its President, Marglli

21 Gallego?

22           THE INTERPRETER:  What's her name?  Marglli

23 Gallego?

24           MR. PARLADE:  Marglli, which is M-A-R-G-L-L-

25 I

Diana Pico
January 28, 2021

1              THE INTERPRETER:  Oh, Marglli Gallego, okay.

2              THE WITNESS:  No.

3    BY MR. PARLADE:

4        Q    Okay.  I'm going to show you a letter -- I'm

5    sorry, this is from Heron.  Did you ever receive a

6    letter from Heron, the Heron Association, in reference

7    to Hammocks Community Association or its President,

8    Marglli Gallego?

9        A    Not that I recall.

10       Q    Okay.  I'm going to show you, which is one

11   of the exhibits for the upcoming trial, a letter, and

12   you let me know if you recall seeing this or not, the

13   letter.  Okay.  This is called letter from Heron

14   Board.  As you can see, it starts off, "There's an

15   open criminal investigation against Marglli Gallego,

16   which Hammocks Community Association was involved."

17   And it starts -- and it says, "Heron Board has been

18   working very hard for years," and it's about six pages

19   long.  And, at the end, it says, "Your Heron Board."

20   Have you ever seen this letter before?

21       A    No.

22       Q    Now, are you in the -- I know Hammocks is

23   divided into different sub-associations, correct?

24       A    Yes.

25       Q    Okay.  You are in Pelican Point; is that

Diana Pico
January 28, 2021

1   correct?

2        A     Yes.

3        Q     So Heron is a different sub-association

4   within Hammocks, correct?

5        A     I have no idea, sir.

6        Q     Okay.  Have you ever spoken to the debtors

7   on a nonlegal basis about just stuff that goes on

8   around the Association?

9             THE INTERPRETER:  Spoken to who?

10            MR. PARLADE:  The debtors.

11            THE INTERPRETER:  Oh, okay.

12            THE WITNESS:  (Wasn't interpreted.)

13   BY MR. PARLADE:

14        Q     Pardon, let me rephrase the question.  Have

15   you ever spoken to the Ceperos, not about this

16   proceeding today, but just in general about the

17   Association?

18        A     In general terms, yes.  These were our

19   neighbors.  General terms about garbage and general

20   terms about tree pruning.

21        Q     Okay.  Did -- at any of those times, did

22   they ever inform you that they were involved in

23   criminal proceedings with the Association?

24        A     No.

25        Q     Did they ever share with you if they had

Diana Pico
January 28, 2021

1  ever lodged a criminal complaint with the police or

2  the Association or its president?

3       A    No.

4       Q    Did they ever relay to you that the

5  Association's president was harassing them or

6  intimidating them?

7       A    No.

8       Q    Okay.  Last few questions and then I'm done.

9  Have you ever been convicted of a crime?

10      A    No, sir.

11      Q    Have you ever been a party to any lawsuit?

12      A    No, sir.

13      Q    Have you ever been accused of fraud?

14      A    No.

15           MR. PARLADE:  Okay.  Thank you very much.  I

16 have no further questions.  Wait for the attorneys for

17 the debtors.  They may have some questions.

18           MR. ARSLANIAN:  No questions.

19           THE COURT REPORTER:  Are we reading or

20 waiving?

21           MR. PARLADE:  Lou, do you want to explain to

22 her, her right to read or waive?

23           MR. ARSLANIAN:  You can either read this

24 deposition before it's typed up to make sure that

25 they've taken down everything accurately, or you can

Diana Pico
January 28, 2021

1  say, "I trust the court reporter."

2          THE WITNESS:  (In English) I trust, yes,

3  sir.

4          MR. PARLADE:  Okay.  So I just heard the

5  witness saying she's waiving her right to read; is

6  that correct?

7          MR. ARSLANIAN:  Correct.

8          MR. PARLADE:  Thank you.

9          THE COURT REPORTER:  And are we ordering?

10          MR. PARLADE:  Yes, I'm ordering, please.

11      (Remote video teleconference Deposition concluded

12  at 10:51 a.m. ET)

13      (Reading and Signing of the Deposition Transcript

14  was not requested by the witness and all parties.)

15

16

17

18

19

20

21

22

23

24

25

Diana Pico
January 28, 2021

1              CERTIFICATE OF OATH FOR INTERPRETER

2

3   STATE OF FLORIDA)

4   COUNTY OF MIAMI-DADE)

5

6      I Dayana Tellez, CER, Notary Public, State of

7   Florida, certify that Julio Galletti via video

8   teleconference appeared before me and was duly sworn

9   on January 28, 2021.

10

11

12          SIGNED this 2nd day of February 2021.

13

14     _____

15     Dayana Tellez, CER No. 1107

16     Notary Public, State of Florida

17     Commission No.: GG 117187

18     Commission Expires: 06/21/2021

19

20

21

22

23

24

25

Diana Pico
January 28, 2021

1           CERTIFICATE OF OATH FOR WITNESS

2

3  STATE OF FLORIDA)

4  COUNTY OF MIAMI-DADE)

5

6      I, Dayana Tellez, CER No. 1107, Notary Public,

7  State of Florida, certify that DIANA PICO appeared

8  before me via video teleconference and was duly sworn

9  on January 28, 2021.

10

11

12

13          SIGNED this 2nd day of February 2021.

14

15          _____

16          Dayana Tellez, CER No. 1107

17          Notary Public, State of Florida

18          Commission No.: GG 117187

19          Commission Expires: 06/21/2021

20

21

22

23

24

25

Diana Pico
January 28, 2021

1                    CERTIFICATE OF REPORTER

2

3    STATE OF FLORIDA

4    COUNTY OF MIAMI-DADE

5

6    I, Dayana Tellez, CER No. 1107, do hereby certify that

7    I was authorized to and did electronically report the

8    remote deposition of DIANA PICO via video

9    teleconference; that a review of the transcript was

10   not requested; and that the foregoing is a true and

11   accurate electronic recording of the proceedings.

12

13       I FURTHER CERTIFY that I am not a relative,

14   employee, or attorney, or counsel of any of the

15   parties, nor am I a relative or employee of any of the

16   parties' attorneys or counsel connected with the

17   action, nor am I financially interested in the action.

18

19       DATED this 2nd day of February 2021.

20

21       _____

22       Dayana Tellez, CER No. 1107

23

24

25

Diana Pico
January 28, 2021

1               CERTIFICATE OF TRANSCRIPTIONIST

2

3       I, MOLLIE TODD, do hereby certify that I

4   transcribed the electronic recording produced by

5   Dayana Tellez, CER No. 1107 of the deposition of DIANA

6   PICO; and that the foregoing transcript is a true

7   transcript of said electronic recording.

8

9       I FURTHER CERTIFY that I am not a relative,

10  employee, attorney, or counsel of any of the parties,

11  nor am I a relative or employee of any of the parties'

12  attorney or counsel connected with the action, nor am

13  I financially interested in the action.

14

15              Dated this 2nd day of February 2021.

16

17              _Mollie Todd_

18              MOLLIE TODD

19              AAERT CET No. 1151

20

21

22

23

24

25

Diana Pico
January 28, 2021

**1**

**100**
  11:25 12:3,6
**10:51**
  28:12
**1107**
  4:3
**11th**
  21:6
**12th**
  21:6
**148th**
  11:9
**16**
  11:3
**17th**
  14:3
**18**
  14:4
**1962**
  11:3

**2**

**2019**
  14:4

**3**

**33196**
  11:10

**9**

**9550**
  11:9
**9:38**
  18:14,15

**A**

**a.m.**
  28:12

**abilities**
  5:8
**able**
  10:21
**about**
  9:7 11:25
  12:3 15:9
  18:9,20,22
  22:11,13
  23:15 24:5,
  17 25:18
  26:7,15,16,
  19,20
**above**
  4:5
**accepted**
  13:11
**according**
  14:13,21
**accurate**
  10:21
**accurately**
  27:25
**accused**
  27:13
**acknowledge**
  4:8,11
**across**
  11:24 12:9
**acts**
  21:25 22:1
**additional**
  14:10
**address**
  11:8,11
**administer**
  4:12
**administered**
  4:12
**Administrative**
  4:14
**affirm**
  5:6,25
**after**
  6:13

**again**
  12:2 17:19
  20:14 22:20,
  21,25 23:3
**against**
  17:21 25:15
**ago**
  8:16 14:14,
  22 15:8,25
  24:17
**agree**
  4:19,20
**agreement**
  4:17,18
**ahead**
  19:11,12,15
  23:5,13
**airplane**
  15:24
**all**
  7:22 19:5
  28:14
**alone**
  12:21,24
  13:6
**also**
  7:1 8:7
  9:18,23
  12:13 20:19
  21:2
**am**
  4:8
**and**
  4:3,4,9,15,
  16,18,22
  5:1,2,5,7,
  13,14,16,17,
  18,21,22
  6:2,4,7,8,
  13,14,24
  7:1,16,20
  8:12,14 9:2,
  10,14,18,20,
  23 10:18,21
  11:4,11,14,
  17,22 12:9,
  20 13:11,16,

  19,20,22,24,
  25 14:2,3,8,
  15,17,18,19,
  23 15:1,2,3,
  4,7,10,24
  16:3 17:8,9,
  20,25 18:6,
  7,15,19,21
  19:11,15
  20:24,25
  21:6,16
  22:8,12,14,
  15,16,18
  23:13,15,16,
  25 25:11,17,
  18,19 26:19
  27:8 28:9,
  13,14
**another**
  14:17 16:24
  22:12
**answer**
  7:4 9:24
  10:1,6,11,12
  19:7,10,11,
  14,16 23:2,
  13
**answering**
  18:17,22
**answers**
  7:25 8:20
  10:22
**any**
  4:16 7:10
  18:9,22
  21:14,20,23
  22:3,5 24:17
  26:21 27:11
**anything**
  18:9 23:5
**AOSC-20-23**
  4:14
**appeared**
  15:2
**approached**
  17:8
**are**
  6:19,22,23

8:19 12:12
19:9,13
21:5,7
25:22,25
27:19 28:9
**areas**
14:3
**around**
26:8
**arrangement**
4:13,16
**Arslanian**
4:19 15:14
17:11 18:21
19:2,5,11,15
20:8 22:19,
23 23:3,6,12
27:18,23
28:7
**as**
6:13,14,19
7:2 11:24
13:23 15:21
17:10 18:8
19:19 20:16
21:7 25:14
**ask**
7:16 8:13
9:18,19,23
17:19 18:16
20:13 21:19
**asked**
13:2 15:8,25
16:2 20:24
21:10,12,16
22:8,16
23:14
**asking**
9:12 14:12,
13 18:9
**Association**
13:16,17,18
14:1 15:11,
13 17:10,22
18:6,7 20:25
21:11,13,17,
20,24 22:4,
14 24:19,20

25:6,7,16
26:8,17,23
27:2
**Association's**
27:5
**assuming**
18:19
**at**
4:4 7:20
11:11 13:13,
14,15 15:4
16:6,15,25
18:15 19:3,
22 21:20,23
22:3 24:10
25:19 26:21
28:12
**attached**
13:19 14:11
18:5
**attachment**
15:2 22:11
**attachments**
17:3
**attention**
22:17
**attorney**
6:23 7:1,7
18:24
**attorney's**
12:15,23
13:3,8,10,13
14:24 15:7,
10 16:15
17:7 18:12
22:9 24:2,11
**attorney-
client**
18:25
**attorneys**
7:5,11 18:16
27:16
**audio**
20:8
**August**
14:3,4

**aware**
21:5

---

**B**

**back**
15:17,22
16:2 19:19,
21,25
**bankruptcy**
18:1
**based**
10:4,12
**basis**
26:7
**because**
18:5 19:21
20:23 22:10
23:16
**become**
9:18
**been**
6:13 7:13
17:20,24
23:23 25:17
27:9,11,13
**before**
4:3 7:13
8:14 25:20
27:24
**begin**
6:10
**being**
8:10 12:12
**believe**
7:1 10:12
13:1 18:6
21:24 22:14
**besides**
21:14
**best**
5:8
**between**
18:7 22:8
**birth**
11:2

**bit**
15:25
**Board**
24:18 25:14,
17,19
**born**
11:4
**both**
24:8
**break**
10:17,18
**briefly**
7:15
**BROOKS**
20:7
**brought**
12:15,22
13:2 14:8,
15,23
**but**
6:2 10:16
12:6 13:14
14:21 17:2,
18 24:13
26:16
**by**
4:17 6:16
12:8 15:24
16:8,19,20
17:14 19:6
20:18,24
23:7,18,25
24:6 25:3
26:13 28:14

---

**C**

**call**
22:24 24:2
**called**
6:13 25:13
**came**
12:19,20,21,
24 13:5,6
14:10 24:4
**camera**
6:6

Diana Pico
January 28, 2021

can
  5:1,5,16,18,
  21,24 6:4,19
  8:1,12 10:18
  12:9,24
  13:22 17:19
  19:7,15,17
  20:11 25:14
  27:23,25
can't
  18:25
cannot
  19:8
car
  12:19 13:6
case
  7:21 8:10
  9:8 17:9
  18:9
cause
  4:5
Cepero
  6:23,24
  11:19,20
  12:18 13:8,
  20 14:9,16,
  18,23 15:2,
  10 16:1,3
  17:8,21,25
  18:7 21:2,9,
  10,15,16
  22:8 23:9
  24:5
Cepero's
  12:15 13:3
Ceperos
  7:2 21:7
  26:15
CER
  4:3
city
  5:2,22
claim
  18:25
close
  12:5 18:14

co-counsel
  7:2
coconut
  14:2
come
  12:2 13:10,
  12 14:24
  15:6 16:2
  22:8 23:14,
  25 24:6
coming
  15:9 17:6
  24:5
committing
  21:24,25
  22:4
common
  14:3
Community
  14:1 17:22
  24:20 25:7,
  16
complaint
  27:1
concluded
  28:11
conducting
  14:1
consent
  4:15
conversation
  18:19,22
  22:7 23:9,10
convicted
  27:9
copy
  13:21
Coral
  5:4
correct
  6:20,24 7:2,
  11 8:8 11:25
  12:10 13:9
  14:9,16,17,
  25 16:12,15
  17:1,18
  25:23 26:1,4

28:6,7
correctly
  5:13 9:19
could
  12:6 15:16
  19:18
couldn't
  12:5
Counsel
  4:15
couple
  14:14
court
  4:7,14,21
  5:1,5,10,16,
  21,24 6:4,9
  7:20 8:11,25
  15:18,21,23
  19:18,20
  20:1 21:3,5
  27:19 28:1,9
crime
  9:10 27:9
criminal
  21:24,25
  25:15 26:23
  27:1
currently
  11:6
cut
  20:8

---
D
---

D-I-A-N-A
  5:20
date
  11:2 13:14
  14:20 16:10,
  11,13,16
  23:20,22
daughter
  11:14
day
  15:12
Dayana
  4:3

days
  23:23
Dear
  13:25
debtors
  26:6,10
  27:17
delivered
  13:16 14:18
  15:4
demonstrate
  21:19
deposed
  6:14
deposition
  4:2 7:13
  10:16,17
  13:11 14:24
  15:5,7 16:3
  20:5 21:15
  22:9,18 24:5
  27:24 28:11,
  13
details
  18:9
Diana
  5:20 6:12
  10:25
did
  13:12 14:19
  15:3,5,9,19
  18:12,15
  20:19 21:2,
  19,23 23:10,
  19,25 24:2,
  5,6,17 25:5
  26:21,25
  27:4
didn't
  9:19 12:25
different
  25:23 26:3
Directors
  24:18
distracted
  9:19

Diana Pico
January 28, 2021

**divided**
  25:23
**do**
  5:6,9,25
  8:4,12,16,25
  9:2,8 10:13
  11:6,13,17,
  19,22 16:3,
  17,22 17:4,
  15 19:1,3
  20:13 21:10,
  16 22:20,21,
  25 23:3
  27:21
**does**
  8:19 22:7
**doesn't**
  20:11
**doing**
  23:5
**don't**
  9:13 10:6,7,
  9,15 12:22
  13:14 14:20
  16:10,11,13,
  14,16 17:2,
  5,13 18:8
  20:3,5
  22:20,21,25
  23:3,20,22
  24:9,10,12
**done**
  8:11 27:8
**door**
  16:18
**down**
  7:22 27:25
**duly**
  6:14
**during**
  10:17

**E**

**easily**
  12:9

**either**
  9:14 11:19
  22:4 24:19
  27:23
**end**
  25:19
**English**
  5:7,8,14,15
  8:7 28:2
**ever**
  7:13 17:8,
  20,24 21:19
  25:5,20
  26:6,15,22,
  25 27:1,4,9,
  11,13
**everything**
  8:11 27:25
**exact**
  13:14 16:13,
  16
**EXAMINATION**
  6:15
**exhibit**
  16:25
**exhibits**
  25:11
**explain**
  7:15 12:24
  20:19 27:21

**F**

**fact**
  11:24
**fail**
  8:23
**false**
  9:7 22:13
**February**
  21:6
**feet**
  11:25 12:3,6
**few**
  8:16 14:21
  15:8,25
  21:21 23:23

  27:8
**fine**
  8:2,15 9:17,
  22 10:2,5,8,
  10,14,19
  19:12
**finish**
  9:25
**finished**
  8:13 9:24
**first**
  4:22 5:18
  6:13 17:7
  21:9
**Florida**
  4:4,13 5:4,
  23 9:6,10
  11:9
**follows**
  6:14
**for**
  4:4,22 5:19
  6:23 7:2,17
  14:24 16:3
  18:4,10,17
  20:20 21:6,
  7,15,16
  25:11,18
  27:16
**form**
  15:14 17:11
  23:12
**fraud**
  27:13
**friends**
  12:13
**from**
  5:7 11:25
  12:3 13:16,
  17,18 14:7
  15:11,12
  16:1 18:5
  24:18 25:5,
  6,13
**front**
  21:20

**full**
  10:24
**further**
  4:11 27:16

**G**

**G-A-L-L-E-T-
T-I**
  4:25
**Gables**
  5:4
**Gallego**
  24:21,23
  25:1,8,15
**Galletti**
  4:24,25 5:4,
  12 15:18
**garbage**
  26:19
**gave**
  16:17
**general**
  26:16,18,19
**get**
  18:12 22:18
  23:4
**give**
  7:6,7 8:3
  10:21 13:11
  15:7 22:9
  23:15
**gives**
  9:25
**giving**
  6:1 8:20 9:6
**go**
  10:15 19:11,
  12,15 22:7
  23:5,11,12
**goes**
  26:7
**going**
  7:4,5,16,17,
  19,21,22
  8:20 10:3
  13:21 19:21

Diana Pico
January 28, 2021

21:3 23:8
25:4,10
**Good**
6:17,18
**got**
18:15 23:16
24:14
**government-**
6:7
**government-**
**issued**
5:17 6:5
**guess**
10:9

---

**H**

**had**
13:1,2,3,4,
7,8 15:23
16:24 18:20,
23 19:21
21:10 22:11
23:9 26:25
**Hammocks**
13:24 14:1
17:22 24:19
25:7,16,22
26:4
**hand**
5:6,25
**happen**
23:19
**happy**
9:20
**harassing**
27:5
**hard**
25:18
**has**
16:25 23:23
25:17
**have**
7:10,13
11:11 17:18,
20,24 18:11
20:16 21:3

22:3,24
25:20 26:5,
6,14 27:9,
11,13,16,17
**haven't**
9:23
**having**
6:13
**he**
12:20,23
13:1,10,12
14:23 15:5,6
16:2 22:8,12
23:14,25
24:2,4,6,7
**hear**
7:6 9:19
**heard**
16:3,20 28:4
**Hello**
15:18
**her**
18:24 19:9,
13 20:7,8,13
24:22 27:22
28:5
**here**
13:1,5,23
18:4,8
20:20,23
21:15 22:15
23:11,14,16
24:2,8
**Heron**
25:5,6,13,
17,19 26:3
**hey**
22:19
**him**
13:16 15:4
16:20 20:25
**himself**
23:25 24:6
**his**
12:23 13:8,
12 15:6
23:25 24:6,7

**Hold**
20:3
**home**
11:17 13:15
16:18
**house**
11:18 12:1,
4,10
**how**
7:15 11:11,
22 12:22
17:2 22:7
23:2,9,10
**husband**
11:14
**husband's**
11:15

---

**I**

**I'LL**
22:24
**I'M**
5:4 7:16
9:12 11:18
13:21 14:6,
7,12,13
15:20,23
16:25 18:9,
19 19:21
20:7,8,23
22:15 23:1,
5,8,15 25:4,
10 27:8
28:10
**ID**
5:17
**idea**
26:5
**identificatio**
**n**
6:5,8
**identity**
6:8
**if**
8:3,23,24
9:13,18,23

10:6,11,16
12:23 13:22
17:15 18:25
19:7 20:10
22:24 23:4
24:10 25:12
26:25
**important**
9:8,12
**in**
4:4,8,9,11,
12 5:2,3,4,
22 6:19 7:7,
20,24,25
8:25 9:10
11:23 12:6,
19 13:6
16:18 17:9,
21,25 18:16,
19 20:5
21:3,10,12,
16,19,20
22:13 23:8
24:15,19
25:6,22,25
26:16,18,22
28:2
**in-between**
8:4
**included**
14:17 16:24
**indicate**
4:17 5:2
**indicating**
22:12
**Indiscernible**
15:16
**inform**
26:22
**informed**
17:18,20,24
23:10,11
**instructing**
19:9,13 23:1
**insulted**
23:17

Diana Pico
January 28, 2021

insulting
  22:14
interpret
  5:14
interpreted
  26:12
interpreter
  4:21 5:9,13
  6:7 12:2
  15:16,20
  16:5 19:9,13
  20:13 24:22
  25:1 26:9,11
intimidating
  27:6
into
  5:14 25:23
investigation
  25:15
invited
  13:1,4,8
involved
  17:9,10,21,
  25 25:16
  26:22
is
  4:13 6:1,8,
  23 7:1,5,17,
  21 8:11,13
  9:2,4,7,10
  10:3,12,16,
  20,24 11:2
  13:8,22,23
  14:4,9,13,
  16,17,25
  15:4,13 17:1
  18:3 20:1,
  11,23,25
  21:9,14
  22:15 24:24
  25:5,10,13,
  22,25 26:3
  28:5
issued
  6:8
it
  7:17,21,22

8:19,22 9:4,
25 12:6
13:1,14,23,
24,25 14:8,
15,17,18,23
15:2,4,11,
24,25 16:6,
18 18:6
19:21 22:14
23:9,16,21,
23 25:14,17,
19
it's
  7:19 8:14
  25:18 27:24
its
  21:25 22:4
  24:20 25:7
  27:2

─────────────

J

J-U-L-I-O
  4:24
jobs
  8:12
Jorge
  11:16
Josue
  6:23 11:19
  12:17,22
  13:7,20
  14:9,15,23
  15:2 17:8,
  21,24 18:7
  20:23 21:2,
  9,16 22:11,
  12 23:9 24:5
judge
  22:24 23:5
Julio
  4:24 5:12
June
  11:3
just
  7:6,15,24
  8:3,24 9:19

10:17 14:14
18:20 19:22
20:12 24:16
26:7,16 28:4

─────────────

K

keep
  7:25 20:2
kind
  6:5 15:21,24
  19:19 20:4
kindly
  5:17
know
  8:7 9:2,14,
  25 10:6,7,17
  11:19,21,22
  13:22 16:17,
  22 17:2,4,5,
  9 18:8 20:3
  24:9,10,12
  25:12,22
knowledge
  10:4,13
  18:11

─────────────

L

Large
  4:4
last
  4:22,24 5:19
  27:8
later
  15:6
law
  9:6
lawsuit
  17:21 27:11
learn
  15:9
left
  16:18
let
  7:7,15 9:14,
  24 10:17

13:22 17:8
25:12 26:14
Leticia
  6:24 11:19
  13:20 17:8,
  20,25 21:10,
  15
letter
  13:18,19,22
  14:4,6,8,10,
  15,18,19,22
  15:1,11,12
  16:1,12,17,
  25 17:3,4
  18:5,20
  20:7,16,22,
  24 22:10,11
  23:15 24:16
  25:4,6,11,
  13,20
letters
  24:17
lieu
  4:11
like
  8:24 13:24
  15:3 20:2
listed
  21:7
listen
  22:22 23:4
listening
  20:2
little
  7:6 15:25
  24:17
live
  11:13,23
lived
  11:11
located
  5:2,22
lodged
  27:1
long
  11:11 25:19

Diana Pico
January 28, 2021

longer
 22:18
looks
 13:24
lot
 19:22 24:15
Lou
 27:21
Louis
 4:19

———————

M

M-A-R-G-L-L-
 24:24
ma'am
 19:7 24:4
Madam
 15:20
make
 8:10 27:24
manner
 4:16
many
 6:19 17:2
Marglli
 24:20,22,24
 25:1,8,15
matter
 9:7 11:24
 15:3 18:7
 20:25 22:15
may
 6:10 8:23
 27:17
me
 7:15 8:3
 9:14,19,20,
 24 10:7,17
 13:1,5,10,22
 15:2,6,17,
 19,22 17:17
 20:13,16,24
 21:12 23:14
 25:12 26:14
mean
 8:19 10:12

mental
 10:20
mention
 15:5
mentioned
 13:7 15:6
 16:24
messages
 20:4
Miami
 5:23 11:9
middle
 20:5
Miguel
 4:20 22:23
mind
 7:24
minute
 19:23
minutes
 8:16 14:14,
 22 15:8,25
missed
 15:24
moment
 16:9
more
 23:23
morning
 6:17,18
 18:13 24:13
moved
 11:24
Mr
 4:19,20,24
 5:4 6:16
 12:3,8,18
 14:18 15:10,
 14,18 16:1,
 3,8 17:11,14
 18:21,24
 19:2,3,5,6,
 11,15,18,24
 20:3,7,8,10,
 15,18 22:8,
 19,21,23
 23:1,3,4,6,

7,12,18
 24:24 25:3
 26:10,13
 27:15,18,21,
 23 28:4,7,8,
 10
Ms
 5:20,23 6:17
much
 27:15
my
 10:22 11:14,
 23 12:19
 13:6,15
 16:18 23:15

———————

N

name
 4:18,22,24
 5:19 10:24
 11:15 24:22
named
 15:2 20:25
need
 8:3,10 10:16
 19:22 22:16
neighborhood
 11:23
neighbors
 12:12,14
 26:19
Nicaragua
 11:5
nine
 16:25
no
 4:3,14 7:12,
 14 10:23
 12:14,19,21
 16:6,23
 17:23 18:2,
 11 19:24
 20:21 21:4,
 8,18,22
 22:2,6,19
 23:22 24:4

25:2,21
 26:5,24
 27:3,7,10,
 12,14,16,18
nonlegal
 26:7
nonresponse
 8:3
not
 4:9 7:10 9:5
 10:21 14:12
 15:3,5 16:6
 18:21,24
 19:10,14
 21:12 22:16
 23:5 25:9,12
 26:15 28:14
Notary
 4:3
nothing
 6:2
now
 6:20,22 7:10
 8:7,16 9:12
 10:3,24 13:7
 16:24 17:6
 21:9 22:24
 24:12,16
 25:22

———————

O

oath
 4:3,11,12
 8:16,21 9:7
objecting
 7:5
objection
 7:6,8 15:14
 16:4 17:11
 18:21 23:12
objections
 4:16
of
 4:4,11,16
 5:8 7:4,10
 8:24 11:2,

Diana Pico
January 28, 2021

18,24 13:18,
19,21 14:14
15:14,24
16:18 17:11
18:16 19:22
20:4,5 21:20
22:5 24:18
25:11 26:21
27:9,13
28:13
**off**
10:15 25:14
**office**
12:16,23
13:3,8,10,13
14:24 15:7,
10 16:15
17:7 18:13
22:9 24:3,11
**offices**
21:20
**Oh**
25:1 26:11
**okay**
5:17 6:9,22
7:18,23 9:6,
12 10:15,24
13:2,7,12,21
14:7,12,19
15:8 16:5,
11,22 17:4,6
18:3,15 19:2
20:1,22
21:2,5,14
22:7,20,23
23:6,19,21
25:1,4,10,
13,25 26:6,
11,21 27:8,
15 28:4
**on**
4:18 10:4,12
14:2,3 20:3
26:7
**Once**
7:19
**one**
6:23 7:4

18:16 19:20,
21,23 25:10
**only**
12:14 21:1
**open**
25:15
**opinion**
23:15
**opportunity**
9:25
**or**
5:6,25 7:10
9:14,19
10:9,20
11:17,19
12:23 17:15
20:1 21:9,25
22:4 23:10,
25 24:6,18,
20 25:7,12
27:1,2,5,19,
22,25
**Order**
4:14
**ordering**
28:9,10
**other**
7:1 12:12
24:16
**otherwise**
22:17
**our**
26:18
**out**
20:9
**over**
16:20
**own**
11:17 19:3
**owner**
11:18

_____

**P**
_____

**P-I-C-O**
5:20

**pages**
17:1,2 25:18
**paid**
7:10
**papers**
13:15,17
**Pardon**
26:14
**parking**
24:15
**Parlade**
4:20 6:16
12:3,8 16:8
17:14 18:24
19:3,6,18,24
20:3,10,15,
18 22:21
23:1,4,7,18
24:24 25:3
26:10,13
27:15,21
28:4,8,10
**part**
9:14
**participating**
4:8
**parties**
4:7,15 28:14
**party**
27:11
**pass**
15:24
**passing**
20:4,8
**past**
21:21
**pause**
7:6 8:4
**pay**
22:17
**Pelican**
11:7 13:25
24:18 25:25
**penalties**
8:24
**people**
6:19 19:22

**perfect**
20:11,19
**peril**
19:4
**perjury**
8:24 9:2
**person**
4:12 16:20,
22 22:12
**personal**
10:4,13 15:3
18:6 20:25
22:15 23:16
**persons**
6:21,22
22:13
**phrases**
7:25 8:4
**physical**
10:20
**physically**
4:9
**picked**
12:18
**Pico**
5:20,23
6:12,17
10:25 11:16
**Place**
11:9
**play**
19:21
**PLAYED**
19:25
**please**
4:17,22 5:2,
6,16,18,22,
25 6:5 7:25
8:13 9:14
10:7 12:24
15:17 17:19
19:20 20:15
28:10
**Point**
11:7 13:25
24:18 25:25

Diana Pico
January 28, 2021

pointing
  16:25
police
  27:1
prepared
  17:4
present
  4:9 5:17
presented
  6:7
president
  21:25 22:4
  24:20 25:7
  27:2,5
PREVIOUS
  19:25
prior
  9:24 17:6
privilege
  18:25
proceeding
  4:8,9,10
  21:3,6 26:16
proceedings
  26:23
process
  7:16
pruning
  13:19 26:20
Public
  4:4
pursuant
  4:13

_____

Q

question
  7:16 8:13
  9:13,15,16,
  18,20,21,23,
  24 10:7,11
  12:25 14:12,
  13 15:15
  17:12,19
  19:17,19,25
  20:11 22:16,
  17,22 23:8,

13 26:14
questions
  10:22 18:10,
  17,22 27:8,
  16,17,18

_____

R

raise
  5:6,25
read
  15:17,21
  19:19 27:22,
  23 28:5
reading
  27:19 28:13
really
  10:16 23:6
reason
  10:20,23
  18:3 20:20,
  23 21:1
recall
  13:14 14:20
  16:10,13,16
  17:13,15
  23:20,22
  25:9,12
receive
  14:19 24:17
  25:5
received
  13:15,18
  14:8,15,22
  15:1,11,12
  16:1,12 18:5
  22:10
record
  4:18,23 5:19
  10:15
reference
  18:16 21:11,
  12,17 24:19
  25:6
referred
  13:20

referring
  13:23 14:4,6
relay
  27:4
remember
  8:4,17
  16:11,14
remote
  4:2 28:11
remotely
  4:10,13
removal
  14:2
removals
  14:2
rent
  11:17
repeat
  9:20,21
  19:17 23:8
rephrase
  9:15 26:14
reporter
  4:7,21 5:1,
  5,10,16,21,
  24 6:4,9
  7:20 8:12
  15:18,21,23
  19:18,20
  20:1 27:19
  28:1,9
reporting
  4:10,17
  16:20
represent
  7:11
requested
  28:14
reside
  11:6
residents
  13:25
respond
  7:20 8:14
retained
  7:10

right
  5:6,25 19:5
  22:24 24:12
  27:22 28:5
room
  4:9 6:20
rotunda
  12:7
rumors
  22:13

_____

S

said
  13:4 14:14,
  22 15:10
same
  7:20 13:15
  15:12 16:2
  19:22
Saturday
  14:3
saw
  24:15
say
  4:22 5:18
  12:6 20:12
  28:1
saying
  9:5 15:13
  28:5
says
  13:24,25
  15:25 25:17,
  19
scheduled
  21:6
second
  19:20,21
see
  6:19 13:23
  24:4 25:14
seeing
  25:12
seen
  25:20

Diana Pico
January 28, 2021

sent
  20:24
share
  21:23 26:25
shared
  22:3
she
  18:23 19:15
  20:10,11
  22:21
she's
  7:21 18:21
  28:5
short
  7:25 10:16,
  18
show
  6:5 13:21
  20:22 25:4,
  10
showed
  18:20
showing
  20:7
Signing
  28:13
simultaneous
  19:8 20:5
sir
  8:9 11:1
  16:6 18:11
  23:24 26:5
  27:10,12
  28:3
sit
  18:8
six
  25:18
slight
  7:6
so
  7:5,24,25
  8:11,12,23
  9:15 12:18,
  22 13:2
  15:8,21
  16:11 18:3,8

19:1,3,19,22
20:12,22
22:7,18 23:8
24:8 26:3
28:4
some
  8:7 15:5
  27:17
something
  21:10,16
  23:16
sorry
  15:20,23
  25:5
Southwest
  11:9
Spanish
  5:7,8,14
speak
  8:7 18:16
speaking
  15:19 19:8,
  22 20:6
speculate
  10:9
spell
  4:22
spoken
  26:6,9,15
spreading
  22:13
starts
  25:14,17
state
  4:4 5:2,22
statement
  9:7
stating
  4:17
stop
  22:19,20
street
  11:25
stuff
  26:7

sub-
association
  26:3
sub-
associations
  25:23
subject
  8:24
Sunday
  14:3
Supreme
  4:14
sure
  8:11 27:24
swear
  5:6,25
sworn
  5:13 6:14
system
  16:21

_____

T

take
  10:11,17,18
taken
  4:2 27:25
taking
  7:22
talk
  24:4
talked
  18:20 24:16
teleconferenc
e
  4:2 28:11
tell
  8:21,23 10:7
  13:12 21:2
Tellez
  4:3
terms
  26:18,19,20
testified
  6:14

testifying
  21:3
testimony
  6:1 7:7 10:3
  14:8,14,21
than
  12:12 23:23
  24:16
Thank
  5:1,5,10,21,
  24 6:4,9,17
  10:24 27:15
  28:8
that
  4:8,9,11 5:7
  6:1 7:7,25
  8:10,11,13,
  17,20,22
  9:7,10,15,25
  10:11,12
  11:11 12:24
  13:4,7,9,15,
  20 14:4,9,
  16,17,25
  15:3,4,13,
  17,21 16:2,
  6,9,25 17:1,
  7,12,20,24
  18:9,19,20,
  22 20:1,24
  21:5,23,25
  22:3,12,14,
  15,20,21,25
  23:3,10
  25:9,25
  26:7,22
  27:4,24 28:6
that's
  8:2,15 9:17,
  22 10:2,5,8,
  10,14,19
  12:5 14:6,
  12,18 19:11
  21:1 22:16
  23:15
their
  4:15 8:12
  12:9

Diana Pico
January 28, 2021

them
  11:21,22
  12:12 13:16
  17:9 21:12,
  16 24:15
  27:5,6
then
  9:4 16:3
  19:3 27:8
there
  6:19 10:20
  11:13 13:4
  15:1 17:2
  18:15 21:14
  24:10,13,14
there's
  7:4 21:5
  25:14
thereto
  13:19
THEREUPON
  5:11 6:11
these
  7:11 26:18
they
  4:10 11:23,
  24 12:13
  17:9,15,17,
  18 18:19
  20:19,22
  21:12,19,23,
  24 22:3
  24:13 26:22,
  25 27:4,17
they're
  24:8,10
they've
  27:25
think
  18:3
this
  4:8,10,13,
  15,16 7:15,
  21,24 10:16
  13:22,23
  14:8,10,15,
  19,22,24

16:12,17,22,
24 17:4
18:13 21:9
22:17 23:19
24:13 25:5,
12,13,20
26:15 27:23
those
  6:22 7:5
  26:21
thought
  13:3
time
  7:20 13:15
  15:5 16:2,7
  17:7 18:12
  19:22 21:9,
  14,20,23
  22:3
times
  26:21
to
  4:13,15,16
  5:7,8,13 6:6
  7:4,5,7,11,
  13,15,16,17,
  19,21,22,24
  8:3,4,10,19,
  20,21,23,24
  9:8,15,20,
  24,25 10:3,
  6,9,12,16,
  21,22 12:9,
  15,23 13:3,
  8,10,11,12,
  16,20,21,23
  14:5,6,9,13,
  15,18,21,23,
  24 15:2,3,4,
  6,9,14,17,
  19,21,22
  16:14 17:3,
  6,11 18:12,
  14,16,17,25
  19:10,14,19,
  21 20:2,4,
  19,24 21:3,
  10,11,12,17,

19 22:8,9,
14,17,22,24
23:2,4,8,11,
12,14 24:2,
4,5,19 25:4,
7,10 26:6,9,
15 27:4,11,
21,22,24
28:5
today
  6:1 8:20
  10:3,22
  12:16 14:25
  15:10 16:15
  17:7 18:4,8,
  17 20:20,23
  21:15 22:9
  23:11 24:5,
  7,8,10 26:16
told
  8:19 13:10
  14:23 16:14
  17:15,16,17
took
  8:16
transcribing
  7:21
Transcript
  28:13
translate
  7:17 8:1
translated
  7:19 8:14
translating
  5:7
translator
  7:17 8:1,12
tree
  14:2 26:20
trees
  13:19
trial
  25:11
trimming
  14:2
true
  8:22

truly
  5:13
trust
  28:1,2
truth
  6:2 8:21,23
  9:5
truthful
  10:21
try
  9:15
Twenty-two
  11:12
two
  6:21,22
type
  22:5
typed
  27:24
typically
  10:15

_____

U

under
  4:2 8:21
  9:6,7
understand
  8:5,25 9:1,
  8,13,15
  10:13 12:22,
  25 20:11
understanding
  14:7
understands
  20:10
understood
  13:5
until
  8:13
up
  12:18 27:24
upcoming
  25:11

Diana Pico
January 28, 2021

**V**

**verified**
  6:8
**very**
  9:12 25:18
  27:15
**video**
  4:2 28:11

**W**

**wait**
  8:13 27:16
**waive**
  4:16 27:22
**waiving**
  27:20 28:5
**walk**
  12:9
**want**
  7:24 10:9
  18:25 19:7
  20:13 23:4
  27:21
**was**
  5:13 6:13,14
  13:1,14,19
  15:1 16:6,9,
  18,22 17:7,
  10 18:6
  19:25 20:24
  21:24,25
  22:4,10
  23:9,16,21
  24:7 25:16
  27:5 28:14
**wasn't**
  12:23 15:12
  16:2 26:12
**way**
  9:25
**we**
  8:10 10:18
  13:15 18:8,
  20 19:7

22:24 24:16
  27:19 28:9
**we'll**
  22:24
**we're**
  20:4 21:15
**well**
  7:2 9:6
  17:10 20:17
  24:7
**went**
  15:4
**were**
  8:25 11:4
  15:19 16:14
  17:2,9,21,25
  22:12 23:10,
  11 24:13
  26:18,22
**what**
  5:2 8:19
  9:2,4 11:2
  13:17 14:7
  15:13 18:3,
  12,17 20:3
  22:21
**What's**
  11:8,15
  24:22
**when**
  7:4,5 8:19
  9:12 13:2,12
  14:19,22
  15:8,9,11,25
  16:1,9,14
  17:7,15,17
  18:15 22:8
  23:19 24:4,
  13
**where**
  11:4,6 21:15
  23:11 24:2
**whether**
  15:6
**which**
  22:10,11
  24:24 25:10,

16
**while**
  24:17
**who**
  6:23 11:13
  12:15 13:1,
  2,4,5 16:17,
  22 17:4 26:9
**whole**
  6:2 9:14
**whom**
  16:19
**why**
  10:20 14:18
  15:4 22:15
  23:15
**wife**
  24:1,6,7
**will**
  4:10,12,21
  8:20 9:14,20
  10:11 14:1
  15:6 22:18
**with**
  6:20,23 7:24
  8:10 11:13,
  14 12:20,23
  13:5 14:10
  15:10 20:16
  21:23 22:3,
  11 23:9,25
  24:6,7
  26:23,25
  27:1
**within**
  26:4
**witness**
  5:18 6:3,7,
  13 12:5 16:6
  17:13 19:17
  20:4,16 21:7
  22:23 23:1,
  14 25:2
  26:12 28:2,
  5,14
**working**
  25:18

**works**
  7:16
**worries**
  19:24
**would**
  8:22 10:21
  15:21 20:1,
  22 22:22
**wrong**
  23:5
**wrongdoing**
  22:5

**Y**

**Yeah**
  19:15
**years**
  11:12 21:21
  25:18
**yes**
  6:3,25 7:3,9
  8:6,9,18
  9:1,3,9,11
  11:1,21
  12:5,6,11
  15:20 18:18
  20:15 23:24
  25:24 26:2,
  18 28:2,10
**yesterday**
  23:21
**you**
  5:1,5,6,10,
  16,18,21,24,
  25 6:4,9,17,
  20,23 7:4,6,
  10,11,13,15,
  16,17,24
  8:3,4,7,14,
  16,17,19,23,
  24,25 9:2,8,
  13,15,18,19,
  23,25 10:6,
  7,9,11,12,
  13,16,20,24
  11:4,6,11,

Diana Pico
January 28, 2021

```
    13,17,19,22,    13,25 14:7,
    25 12:9,15,     13,21 19:3
    18,20,22,23,    25:19
    24 13:2,3,4,
    7,8,12,21,
    22,23 14:8,
    14,15,19,22,
    23 15:8,9,
    10,12,16,19,
    21 16:1,2,
    11,14,17,22,
    24 17:4,8,
    15,16,18,19,
    20,24 18:3,
    8,10,12,15,
    16,20,24,25
    19:3,7,9,13,
    17,18 20:2,
    13,19,22
    21:2,5,7,10,
    16,19,23
    22:3,8,17
    23:4,9,10,11
    24:4,10,13,
    17 25:4,5,
    10,12,14,20,
    22,25 26:6,
    15,22,25
    27:4,9,11,
    13,15,21,23,
    25 28:8
you'll
    5:7 6:1
    18:17
you're
    5:2,22 7:19
    8:20 13:23
    14:4 15:13
    18:4,24
    20:4,20 21:2
your
    4:17,18,22
    5:6,8,17,18,
    25 6:5 7:7,
    25 8:20 9:24
    10:1,3,4,12,
    24 11:2,15,
    25 12:3,12,
```