UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 17-20358-BKC-LMI
Chapter 13

JOSUE CEPERO
and LETICIA CEPERO
    Debtors
_____/

### AMENDED EXHIBIT REGISTER
(Video exhibits re-numbered)

Exhibits Submitted on behalf of:

[ ] Plaintiff     [ ] Defendant     [ x ] Debtor     [ ] Other _____

Date of Hearing/Trial: February 11, 2021 at 9:30 A.M.

Type of Hearing/Trial: Evidentiary hearing on Debtors' Motion for Contempt [ECF 199].

SUBMITTED BY:    Michael J. Brooks, Esquire

                     8410 SW 40 Street

                     Miami, FL 33155

                     (Tel.)  (888) 811-8989

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. 911 call made by Marglli Gallego on 5/15/2019 | VIDEO | | | |
| 2. Policy Body Cam taken on 5/15/19 | VIDEO | | | |
| 3. Demonstration in front of Hammock's office | VIDEO | | | |
| 4. Gail Sharpe's video #1 taken on 5/15/2019 | VIDEO | | | |
| 5. Gail Sharpe's video#2 taken on 5/15/2019 | VIDEO | | | |

6. Gail Sharpe's video #3            VIDEO
   taken on 05/15/2019

7. Josue Cepero's phone video        VIDEO
   Dated 05/15/2019

8. Debtor, Leticia Cepero's          VIDEO
   Phone video dated 05/15/2019

9. Sworn Affidavit by
   Witness Maria Alonso

10. Miami-Dade Police
    Offense-incident report
    by Officer L.J. Cobo

11. Verified Petition for Injunction
    For Protection against Stalking
    Violence

12. Miami-Dade County Court
    docket for case no.
    2019-011650-FC-04
    *Gallego, Marglli vs Cepero, Jose*

13. Hammocks Board of Director's
    Letter to all residents

14. Receipt of Trustee payment        shows time, date
    Dated 05/15/2019 at 4:17 p.m.     and proof of transaction

15. Miami-Dade Police Department
    Statement Form

16. All State Court cases listed for
    Debtor, Josue Cepero in
    Miami-Dade County

17. Diana Pico Deposition
    Transcript

18. State court Docket for all
    cases

19. Homeowner Association
    Budget

20. Attorney Timesheet

21. 2020 Lawsuit and Docket

22. Previous Respondent Video Exhibit M

23. Previous Respondent Video Exhibit N

24. Previous Respondent 911 Recording Exhibit L

25. 2017 Lawsuit

26. 2017 Lawsuit Docket

27. 2019 Lawsuit Docket