

# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Contact Us    My Account    

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀ BACK

### HAMMOCKS COMMUNITY ASSOCIATION, INCORPORATED VS JOSUE CEPERO ET AL

| | |
|---|---|
| Local Case Number: | 2017-027089-CA-01 |
| Filing Date: | 11/22/2017 |
| State Case Number: | 132017CA027089000001 |
| Judicial Section: | CA31 |
| Consolidated Case No.: | N/A |
| Case Type: | Libel / Slander |
| Case Status: | CLOSED |

**Parties**    Total Of Parties: 6

**Hearing Details**    Total Of Hearings: 6

**Dockets**    Total Of Dockets: 67

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 60 | 04/08/2020 | | Voluntary Dismissal | Judgment | |
| 59 | 04/08/2020 | 31902:3002 | Voluntary Dismissal | Event | Parties: Martinez Yasser |
| 58 | 04/07/2020 | | Voluntary Dismissal | Judgment | |
| 57 | 04/07/2020 | | Voluntary Dismissal | Judgment | |
| 56 | 04/07/2020 | 31902:1186 | Voluntary Dismissal | Event | Parties: Alonso Maria |
| 55 | 04/07/2020 | 31902:1181 | Voluntary Dismissal | Event | Parties: Sharpe Gale |
| 54 | 04/06/2020 | | Notice of Taking Deposition | Event | |
| 53 | 03/16/2020 | | Notice of Taking Deposition | Event | |
| 52 | 03/12/2020 | | Order | Event | **DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |
| | 03/12/2020 | | Motion Calendar | Hearing | STATUS CONFERENCE; PLAINTIFF'S COUNSEL, ELBERT ALF ESQ., WILL BE APPEARING BY TEL. (305) 801-7970 |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 51 | 02/07/2020 | | Notice of Hearing- | Event | 3-12-2020 |
| 50 | 02/07/2020 | | Motion/petit for Enforcement | Event | |
| 49 | 01/22/2020 | | Motion for Protective Order | Event | |
| 48 | 01/17/2020 | | Stipulation for Substitution of Counsel | Event | |
| 47 | 01/17/2020 | | Order for Substitution of Counsel | Event | |
| 46 | 12/12/2019 | | Order: | Event | AGREED ORDER GRANTNG DEF., MOTION TO COMPEL DEPOSITION OF MARGLLI GALLEGO |
| 45 | 12/12/2019 | | Order: | Event | ON DEF,, MOTION TO ENFORCE COURT'S DISCOVERY ORDER. GRANTED |
| | 12/12/2019 | | Motion Calendar | Hearing | MOTION TO COMPEL DEPOSITION OF MARGLLI GALLEGO |
| | 12/12/2019 | | Motion Calendar | Hearing | DEFENDANT'S, GAIL P. SHARPE AND MARIA ALONSO'S MOTION TO ENFORCE COURT'S DISCOVERY ORDER AND FOR SANCTIONS, DISMISSAL AND JUDGMENT |
| 44 | 11/25/2019 | | Notice of Hearing- | Event | DECEMBER 12, 2019 |
| 43 | 11/25/2019 | | Motion to Compel | Event | |
| 42 | 11/04/2019 | | Notice of Hearing- | Event | 12/12/2019 |
| 41 | 10/16/2019 | | Request for Copies | Event | |
| 40 | 10/16/2019 | | Motion: | Event | TO ENFORCE COURT S DISCOVERY OR-DER |
| 39 | 09/10/2019 | | Notice of Unavailability/absence | Event | |
| 38 | 09/04/2019 | | Agreed Order | Event | GRANTING DEFENDANTS, GAIL P. SHARPE AND MARIA ALONSO'S MOTION TO COMPEL DISCOVERY |
| 37 | 08/19/2019 | | Notice: | Event | OF PRODUCTION FROM NON-PARTIES |
| 36 | 07/29/2019 | | Notice of Hearing- | Event | SEPTEMBER 10, 2019 |
| 35 | 07/19/2019 | | Notice of Unavailability/absence | Event | |
| 34 | 07/11/2019 | | Motion to Compel | Event | |
| 33 | 02/12/2019 | | Order: | Event | AGREED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNT VIII OF AMENDED COMPLAINT |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
|  | 02/12/2019 |  | 5 Minute Motion Calendar | Hearing | DEF. SHARPE'S MTD COUNT VIII WITH PREJUDICE |
| 32 | 12/26/2018 |  | Notice of Interrogatory | Event |  |
| 31 | 12/26/2018 |  | Request for Production | Event |  |
| 30 | 12/14/2018 |  | Notice of Hearing- | Event | FEBRUARY 12, 2019 |
| 29 | 09/04/2018 |  | Notice of Appearance | Event |  |
|  | 09/04/2018 |  | 5 Minute Motion Calendar | Hearing | DEF. GAIL SHARPE'S MTD COUNT VIII WITH PREJUDICE |
| 28 | 08/31/2018 |  | Notice of Cancellation of Hearing | Event |  |
| 27 | 08/03/2018 |  | Notice of Hearing- | Event | 09/04/2018 |
| 26 | 08/03/2018 |  | Notice of Unavailability/absence | Event |  |
| 25 | 07/31/2018 |  | Motion to Dismiss | Event |  |
| 24 | 07/30/2018 |  | Notice of Filing: | Event | SUPPLEMENTAL RESPONSES |
| 23 | 07/20/2018 |  | Notice of Filing: | Event | RESPONSE TO DEFT. REQUEST FOR PRODUCTION |
| 22 | 07/20/2018 |  | Notice of Answer to Interrogatories | Event |  |
| 21 | 07/10/2018 |  | Order on Motion to Compel | Event | AGREED ORDER GRANTING DEFENDANT'S MOTION TO COMPEL |
|  | 07/10/2018 |  | 5 Minute Motion Calendar | Hearing | DEFENDANTS SHARPE AND ALONSO'S MTC DISCOVERY FROM PLAINTIFF |
| 20 | 06/21/2018 |  | Notice of Hearing- | Event | 07/10/2018 |
| 19 | 03/21/2018 |  | Motion to Compel | Event |  |
| 18 | 02/09/2018 |  | Notice of Interrogatory | Event |  |
| 17 | 02/09/2018 |  | Request for Production | Event |  |
| 16 | 01/26/2018 |  | Answer and Affirmative Defense | Event |  |
| 15 | 01/02/2018 |  | Notice of Appearance | Event | Parties: Sharpe Gale |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 14 | 12/27/2017 | | Motion for Extension of Time | Event | Parties: Dale C. Glassford; Martinez Yasser |
| 13 | 12/27/2017 | | Notice of Appearance | Event | Parties: Martinez Yasser |
| 12 | 12/19/2017 | | Voluntary Dismissal | Judgment | |
| 11 | 12/19/2017 | 30816:3912 | Voluntary Dismissal | Event | Parties: Cepero Josue; Cepero Leticia |
| 10 | 12/15/2017 | | Service Returned | Event | |
| 9 | 12/15/2017 | | Service Returned | Event | |
| 8 | 12/15/2017 | | Service Returned | Event | |
| 7 | 12/15/2017 | | Service Returned | Event | |
| 5 | 12/08/2017 | | Receipt: | Event | RECEIPT#:2250027 AMT PAID:$50.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 5 $10.00 $50.00 TENDER TYPE:VISA CARD TENDER AMT:$240.00 RECEIPT DATE:12/08/2017 REGISTER#:225 CASHIER:MARIAGU |
| | 12/08/2017 | | 20 Day Summons Issued | Service | |
| 4 | 12/08/2017 | | 20 Day Summons Issued | Event | Parties: Hammocks Community Association Incorporated; Cepero Josue; Cepero Leticia; Alonso Maria; Sharpe Gale; Martinez Yasser |
| 6 | 12/07/2017 | | Amended Complaint | Event | |
| 3 | 11/29/2017 | | Receipt: | Event | RECEIPT#:3430103 AMT PAID:$401.00 NAME:RODRIGUEZ, CARLOS F 2601 S BAYSHORE DRIVE, 18TH FLOOR COCONUT GROVE FL 33133 ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DATE:11/29/2017 REGISTER#:343 CASHIER:EFILINGUSER |
| 2 | 11/22/2017 | | Complaint | Event | |
| 1 | 11/22/2017 | | Civil Cover | Event | |

General

Online Case Home

Civil / Family Courts Information

Login

Help and Support

Clerk's Home

Privacy Statement

4 of 5                                                                  2/10/2021, 8:04 PM

ADA Notice

Disclaimer

Contact Us

About Us



## HARVEY RUVIN
Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2021 Clerk of the Courts. All rights reserved.

