## NOTICE OF FILING OF EXHIBIT 13 TRANSCRIBED 911 CALL

**CALL MACHINE:** Wednesday, May 15, 2019, 16:31 [04:31 PM] and 18 seconds.

**911 OPERATER:** Miami-Dade Police.

**MS. GALLEGO:** Hello, my name is…

**911 OPERATER:** Hello.

**MS. GALLEGO:** Yes. Listen, I have a car that is following me like one hour.

**911 OPERATER:** What's the address?

**MS. GALLEGO:** I stopped here. The address is 14921 SW 104 Street, apartment Heron on the Hammocks.

**911 OPERATER:** Okay, so, you're in your apartment complex right now?

**MS. GALLEGO:** No, no, no. I'm in my…in Hammocks car because I'm the president. So, I'm making the inspection and these people is following me and recording me, and they almost… He tried to hit me in the car.

**911 OPERATER:** Okay. Are you away from this person right now?

**MS. GALLEGO:** No, I'm in front of them.

**911 OPERATER:** In front of what? With their vehicle?

**MS. GALLEGO:** No. Yes, because I tried to move and they followed me and they pulled the car in front.

**911 OPERATER:** Okay. Are you on foot or in a vehicle?

**MS. GALLEGO:** In a vehicle.

**911 OPERATER:** Okay. Are you able to get away from them right now?

**MS. GALLEGO:** Yes. I took the picture of the tag of the car.

**911 OPERATER:** Okay, so how far away are they? Are they still in front of your car?

**MS. GALLEGO:** Yes.

**911 OPERATER:** Okay. What type of vehicle are they in?

**MS. GALLEGO:** It's a Hyundai.

**911 OPERATER:** What color?

**MS. GALLEGO:** Uh…gray.

**911 OPERATER:** Okay. Can you get away from them right now?

**MS. GALLEGO:** Yes. Oh, and my neighbors come out, too.

**911 OPERATER:** Okay. Can you drive away from them and let me know if they're still following you?

**MS. GALLEGO:** Okay, yes.

**911 OPERATER:** What type of vehicle are you in?

**MS. GALLEGO:** I'm in the RAV4 for the Hammocks. I'm making the inspection for the Hammocks.

**911 OPERATER:** I don't know what that means. I don't live in Hammocks. What color is the Toyota?

**MS. GALLEGO:** I'm sorry. Uh… It's the car for the office that we make inspections and go around the community.

**911 OPERATER:** Okay. And what color is that vehicle?

**MS. GALLEGO:** White.

**911 OPERATER:** Okay. Have you moved away from them? Are they still following you?

**MS. GALLEGO:** I'm sorry?

**911 OPERATER:** Have you driven away from them? Are they still following you?

**MS. GALLEGO:** Yeah, they're in front of me.

**911 OPERATER:** I'm asking you to drive away from them. Are they still following you?

**MS. GALLEGO:** I… Yes, they are in front of me. I moved the car and they moved it in front.

**911 OPERATER:** Okay. Do you know their tag number?

**MS. GALLEGO:** Yes.

**911 OPERATER:** What is it?

**MS. GALLEGO:** Okay. It's X93EF.

**911 OPERATER:** F as in Frank?

**MS. GALLEGO:** F, Frank. Yes.

**911 OPERATER:** One moment. How many people are inside of that vehicle?

**MS. GALLEGO:** Two. One man and one woman.

**911 OPERATER:** Do they live in the community?

**MS. GALLEGO:** Outside of here, yes.

**911 OPERATER:** What's the name of the community?

**MS. GALLEGO:** They live?

**911 OPERATER:** What is the name of the community?

**MS. GALLEGO:**  Yeah. Where I'm now or where they live?

**911 OPERATER:** Where you are. Where the police are going to meet you.

**MS. GALLEGO:** Heron of the Hammocks.

**911 OPERATER:** Okay, and you are right now at 13921 SW 104 Street?

**MS. GALLEGO:** 14921 SW 104 Street.

**911 OPERATER:** 14921 SW 104 Street?

**MS. GALLEGO:** Yes.

**911 OPERATER:** Okay. Stay on the line with me.

**MS. GALLEGO:** Okay.

**911 OPERATER:** Is there a gate code to get into the complex?

**MS. GALLEGO:** *Espérate* [UI]. *Que ya viene la policía.* [Hold on [UI]. The police are coming now.] I'm sorry?

**911 OPERATER:** Is there a code to get into the complex?

**MS. GALLEGO:**  No.
[Extended silence]

**911 OPERATER:** Okay. The police are on the way. Let me know when you see them.

**MS. GALLEGO:** Okay. Now I called the security and the security for the house are here, too.

**911 OPERATER:** Okay. And the people still haven't left?

**MS. GALLEGO:** They stopped the car right now. No, they are here.

**911 OPERATER:** Okay.
[Extended silence] [Background noise]

**MS. GALLEGO:** *María Alonso... Que se jodan, yo no me quito.* [Maria Alonso… Screw them. I'm

not going anywhere.]

**CALL MACHINE:** Wednesday, May 15, 2019, 16:37 [04:37 PM] and 56 seconds.