UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

JOSUE CEPERO and
LETICIA CEPERO,

Debtor

Case No. 17-20358-LMI
Chapter 13
_____/

## NOTICE OF APPEAL

### I.    Identification of Appellant

1.    Name(s) of appellant(s):

Hammocks Community Association Inc., and it's President, Marglli Gallego

2.    Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | |
| ☐ Defendant | ☐ Debtor |
| ☐ Other (describe) | X Creditor |
| | ☐ Trustee |
| | ☐ Other (describe) |

### II.    Subject of this Appeal

1.    Describe the judgment, order, or decree appealed from:

*Order Finding Hammocks Community Association and Marglli Gallego in Contempt* [ECF No. 328]

2.    State the date on which the judgment, order, or decree was entered: July 19, 2021

**III.    Parties to this Appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Appellant Hammocks Community Association Inc.

      Attorney: Annette C. Escobar

      14200 S.W. 232nd St.,
      Miami, Fla. 33170
      Telephone No: (305) 542-0544

2. Party: Appellant Marglli Gallego

      Attorney: Annette C. Escobar

      14200 S.W. 232nd St.,
      Miami, Fla. 33170
      Telephone No: (305) 542-0544

2. Party: Appellees Josue Cepero and Leticia Cepero

      Attorney: Michael Brooks

      8410 SW 40th Ter
      Miami, FL 33155-4148
      Office: 888-811-8989

**IV.    <u>Election for Appeal to Bankruptcy Appellate Panel</u>**

      Not Applicable.

**V.**     **Signature of Appellant**

Signed: /s/ Annette C. Escobar
Attorney for Appellants
Attorney Name: Annette C. Escobar
Address: 14200 S.W. 232nd St.,
            Miami, Fla. 33170
Telephone No: (305) 542-0544

Date: August 2, 2021

*Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2016, I filed a copy of this Notice of Appeal via CM/ECF.

By: /s/ Annette C. Escobar
        Annette C. Escobar