# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 17-20358-LMI
Chapter 13

Josue Cepero and Leticia Cepero  /

Plaintiff                                                                Adv. No.

vs.

Defendant
_____ /

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:   ☐ Plaintiff   ☐ Defendant   ☒ Debtor   ☐ Other: _____

Submitted By:   Michael J. Brooks, Esq, 8410 S.W 40th Street, Miami, FL 33155, 954-859-6661
(name, address, and phone number)

Date of Hearing/Trial:   December 30, 2021          Type of Hearing/Trial:   Trial

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Deeds | | | |
| 2 | Medical Reports from Frances Pena, LCSW | | | |
| 3 | Medical Report from Marjorie Caro, MD, PA | | | |
| 4 | Progress Notes from Oscar Pozo, MD | | | |
| 5 | "Tree Letter" | | | |
| 6 | Hammocks Community Association proposed budgets | | | |
| 7 | Association bank statement balamces | | | |
| 8 | Hammocks community association real property | | | |
| 9 | Hammocks Communtiy association account recievables | | | |
| 10 | Hammocks Community Association foreclosure | | | |
| 11 | All vehicles owned by Hammocks Community Association | | | |
| 12 | Answers to Interrogatories | | | |

Page | 1

LF-49 (rev. 05/20/2020)

## [EXHIBIT REGISTER CONTINUATION PAGE]

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| | | | | |

LF-49 (rev. 05/20/2020)