# COMPOSITE EXHIBIT 1

CFN: 20170681311 BOOK 30779 PAGE 4422
DATE:12/05/2017  08:26:35 AM
DEED DOC 840.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by and return to:
Jesika Diaz Munar, Esq.
Attorney at Law
Jesika Diaz Munar, P.A.
1600 Ponce de Leon Blvd. Suite 1000
Coral Gables, FL 33134
305-677-6513
File Number: G-17-1073S

Parcel Identification No. 30-5904-014-0400

_____[Space Above This Line For Recording Data]_____

# Warranty Deed
(STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this __1__ day of December, 2017 between **Yanneth Drouet, a single woman, as trustee of the Yanneth Drouet irrevocable trust dated May 11th, 2012** whose post office address is **15723 SW 60th Street, Miami, FL 33193** of the County of Miami-Dade, State of Florida, grantor*, and **Marglli Gallego, a single woman** whose post office address is **14851 SW 104th street, Unit B11-14, Miami, FL 33196** of the County of Miami-Dade, State of Florida, grantee*,

**Witnesseth** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida**, to-wit:

> Condominium Unit No. 11-14 a/k/a Unit No. 14, in Building 11, of HERON AT THE HAMMOCKS, a Condominium according to the Decleration thereof, as recorded in Official Records Book 11542, at Page 2022, as amended, of the Public Records of Miami-Dade Country, Florida.
>
> Subject to taxes for 2018 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.
>
> Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead, nor is it the homestead of any of her minor children, within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property. Grantor's residence and homestead address is: 15723 SW 60th Street, Miami, FL 33193.

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

*SEE ATTACHED CERTIFICATE OF APPROVAL AS EXHIBIT "A"

[Remainder of page intentionally left blank; signature page to follow.]

DoubleTime®

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Claudia Marrero

Witness Name: Anthony Mendoza

_____ (Seal)
Yanneth Drouet, a single woman, as trustee of the Yanneth Drouet irrevocable trust dated May 11th, 2012

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 1st day of December, 2017 by Yanneth Drouet, a single woman, as trustee of the Yanneth Drouet irrevocable trust dated May 11th, 2012 who [ ] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public
Printed Name: Scarlet Riviere
My Commission Expires: October 15th 2021



Scarlet Riviere
Commission # GG151711
Expires: October 15, 2021
Bonded thru Aaron Notary

*Warranty Deed (Statutory Form)* - Page 2

DoubleTime

EXHIBIT "A"

# Florida Advanced Properties, Inc.
12895 SW 132nd Street, Suite 103
Miami, FL 33186
Ph: (305) 233-5959 | Fax: 1 (305) 517-3417



## CERTIFICATE OF SALE
## HERON AT THE HAMMOCKS CONDOMINIUM

Certifies that:

## Marglli Gallego

Has/have been approved as owner(s) of the following property:

Parking
11-5

14851 SW 104th Street Unit 14
Miami, FL 33196

Dated this November 17, 2017

HERON AT THE HAMMOCKS CONDOMINIUM

_____
FOR Board Member

State of Florida, Miami-Dade County. The forgoing instrument was acknowledged before me this 17 day of November, 2017, personally know to me or ( ) has produced _____ as identification, executing the foregoing document voluntarily and under the authority given to me by the State of Florida.

MY COMMISSION EXPIRES:

_____
Notary Public

CINDY DIAZ
Notary Public - State of Florida
Commission # GG 119536
My Comm. Expires Jun 27, 2021
Bonded through National Notary Assn.

Notary Public Seal

It is the responsibility of the Closing Agent or Buyer(s) to forward to Florida Advanced Properties, Inc. a copy of the Warranty Deed or Settlement Statement at the time of closing showing who the new owner(s) of the record is/are and to indicate where all correspondence should be mailed.

Clerk's File No.: 2015 R 762430, Group: 1

| CFN DETAILS | DOCUMENT IMAGE | ORDER CERTIFIED COPIES | REDACTION REQUEST |

This Instrument was prepared by:
Antonio Gonzalez
14921 sw 104st #106

Folio No. 30-5904-014-2260

CFN 2015R0762430
OR BK 29873 Ps 3164 (1Pss)
RECORDED 12/02/2015 11:49:14
DEED DOC TAX $0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

## Quit Claim Deed

This Quit Claim Deed made this 28 day of October, 2015 between Antonio Gonzalez, a married man, whose post office address is 14921 SW 104 ST, BLDG # 1 APT # 106, grantor, hereby transfer 1% of ownership to Marglli Gallego, a married woman, whose post office address is 14921 SW 104 ST, BLDG # 1 APT # 106, and Antonio Gonzalez a married man, whose post office address is 14921 SW 104 ST, BLDG # 1 APT # 106, retains 99 % interest of ownership, as grantees, to the below property:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum Ten AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand, if any, which grantor has, in and to the following described land, situate, lying and being in Miami-Dade Florida to-wit:

**Unit No. 106 Bldg 1 of HERON AT THE HAMMOCKS, A CONDOMINIUM, as recorded in Official Records Book 11542, at Page 2022, of the Public Records of Miami-Dade County, Florida.**

**A/K/A 14921 SW 104 ST, BLDG # 1 APT # 106, MIAMI, FLORIDA 33196**

**TO HAVE AND TO HOLD**, the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

IN WITNESS WHEREOF, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Elizabeth Mujica

Witness Name: Fernando Roel

ANTONIO GONZALEZ
By: [signature]

State of Florida       )
County of Miami-Dade   )

The foregoing instrument was acknowledged before me this 28 day of October, 2015, by Antonio Gonzalez G524-104-47-980-0 on behalf of himself. He/she [ ] is personally known or [X] has produced as Identification.

ARIANNA PERERA
Notary Public - State of Florida
My Comm. Expires Jun 8, 2017
Commission # FF 025267

Notary Public
Printed Name: Arianna Perera
My Commission Expires:

(Notary Seal)

Book29873/Page3164    CFN#20150762430    Page 1 of 1