# EXHIBIT

# 5



2019

**BOARD OF DIRECTORS**

**MARGLLI GALLEGO**
President

**MYRIAM RODGERS**
Vice-President

**MONICA GHILARDI**
Secretary

**YOLEIDIS LOPEZ**
Treasurer

**LLUDYS ESPEJO**
Director

**MADELINE MACEDA**
Director

Dear Pelican Point residents,

   The Hammocks Community Association will be conducting tree trimming, coconut removal, and tree removals on the common areas on Saturday, August 17th and Sunday August 18th , 2019. If you are interested in these services on your property please complete and sign the form attached to this letter and turn it into the Main clubhouse at 9020 Hammocks Blvd on or before August 12th , 2019. We look forward to this project and in maintaining the aesthetics of our communities. Thank you for your cooperation.

We appreciate your patience, please take in count that we are still to receive the insurance money from Hurricane Irma, we are still waiting for this to get resolved, regardless of this situation we have not increased and will not increase your quarterly fees and continue to work towards the maintenance of our community.

Hammocks Community Association

The Hammocks Community Association
9020 Hammocks Blvd. Miami Florida 33196.
office: 305.382.3999 / fax: 305.388.4006 / Public Safety: 305.382.8232
visit the new: WWW.HAMMOCKSCOMMUNITY.COM



2019

**BOARD OF DIRECTORS**

MARGLLI GALLEGO
President

MYRIAM RODGERS
Vice-President

MONICA GHILARDI
Secretary

YOLEIDIS LOPEZ
Treasurer

LLUDYS ESPEJO
Director

MADELINE MACEDA
Director

Queridos Residentes de Pelican Point

La Association de Hammocks estará realizando la poda de árboles, removida de cocos y removida de árboles de las áreas comunes el día Sábado, 17 y Domingo 18 de agosto de 2019. Si Usted está interesada/o en recibir estos servicios en su propiedad por favor de completar y firmar la forma adjunta a esta carta y entréguelo a las oficinas principales en la 9020 Hammocks Blvd antes de agosto 12, 2019.

Estaremos muy contentos por este proyecto y en la mantención y estética de nuestras comunidades. Gracias por su cooperación.

Les agradecemos su paciencia, por favor tengan en cuenta que aún estamos esperando el pago del seguro del huracán Irma, todavía el seguro no ha pagado y sin embargo no hemos aumentado y no se va a aumentar el valor del pago trimestral de la asociación y seguimos trabajando para mantener su comunidad.

Hammocks Community Association.

The Hammocks Community Association
9020 Hammocks Blvd. Miami Florida 33196
office: 305.382.3999 / fax: 305.368.4006 / Public Safety: 305.382.8232
visit the new: WWW.HAMMOCKSCOMMUNITY.COM

Dear residents,

This letter serves to inform you that we have been trimming trees since July and on August 17 & 18 we will be trimming trees in Pelican Point. We need you to fill out the required form in order to help you and fulfill your tree trimming requests on your property. We are working in the community and all of the common areas so we only ask for your patience due to the size of the Hammocks. We are working slowly but we are tending to everyone's requests. Remember, our insurance company has not paid us anything for Hurricane Irma. We are still in court with our insurance company since The Hammocks took care of everything related to Hurricane Irma with absolutely no help from outside agencies. We did all of this and we did not raise the assessment for anyone in The Hammocks nor did we put any special assessments in place, since we had all of that money in the reserves. We know that in Pelican Point there are residents spreading false rumors about the association. Those residents are Leticia Cepero, Josue Cepero, Alicia Paz and others who are spreading these false rumors for personal reasons and gains. Their purpose is to confuse the community in a negative manner. Attached you will find a copy of the court documents showing that there is a restraining order against The Cepero's since they attacked the board president on many occasions and the last occurrence was when they followed her to her son's school for malicious reasons with under aged children involved.

Just as a reminder of the services being provided to the residents that were never offered before:

-Monthly debris pickups at your property

-New gym with twice the size as before, located at Wild Lime

-New outside gyms that were not present before

-New outside playgrounds that were not present before

-Lake treatment involving carp fish and algae removal which was never done before nor was there any correct lake maintenance. Due to this lack of maintenance of the prior years there is an accumulation of algae in the lake that we are tending to and there was also a huge amount of garbage from Hurricane Irma that we are still picking up till this day

-We have the Hammocks maintenance department constantly cutting the lake area grass due to the constant and extreme rainstorms we have been having this year

If you have any questions please feel free to contact the property manager via telephone. We will have a meeting for the residents of Pelican Point on Wednesday August 7th, 2019 at 04:30 pm. Please bring your hammocks ID or your license.

Thank you for your time and attention

Hammocks Board of Directors

Queridos proprietarios,

La presente es para comunicarles que se están podando los arboles desde Julio, y e día 17 y 18 de Agosto estaremos en Pelican Point, necesitamos que por favor llenen la forma para poder ayudarlos con los arboles de su propiedad, estamos trabajando en la comunidad y en todas las áreas comunes les pedimos paciencia ya que el trabajo que se está realizando va lento pero se está haciendo. Por favor recuerden que el seguro del Huracán Irma no nos ha pagado ni un centavo y continuamos en juicio con la compañía de seguro ya que todo lo del huracán lo pago Hammocks, sin subirle a los dueños el mantenimiento, ni ponerles una cuota adicional ya que teníamos ese dinero ahorrado. Sabemos que en la comunidad de Pelican Point hay varios dueños causando rumores y creando historias donde no las hay y uno de ellos son Leticia Cepero , Josue Cepero , Alicia Paz y otros que por sus razones personales, o para su propio beneficio quieren confundir a la gente. Aquí se les envía la copia de la corte donde hay una orden de alejamiento en contra de Cepero ya que ha atacado a la presidenta en varias ocasiones, también la ha perseguido hasta la escuela de su hijo y trataron de lastimar a un menor de edad. Aquí copia de la corte.

Solo para recordarles los servicios que se dan y sin aumentar el mantenimiento, que además no se daban antes :

-Recogida de la basura de su propiedad mensual

-Gimnasio Nuevo y con doble espacio en wild lime

-Gimnasios al aire libre que no estaban antes

-Parques de juegos para niños al aire libre que no habían antes

-Tratamiento del lago con peces carpas y removida de algas durante años que aquí no se hacia el mantenimiento correcto en el lago así que se acumuló mucho el alga y también después del huracán cayo mucha basura la cual seguimos recogiendo.

-Tenemos los empleados de Hammocks trabajando en la grama del lago constantemente ya que las lluvias se han extendido más de lo normal

Si tiene alguna pregunta o inquietud no dude en contactar al property manager al teléfono. Tendremos una reunión con los dueños solo de Pelican Point el día Miércoles 07 2019 4:30 pm. Por favor traer su Id o su licencia.

Gracias por su tiempo y atención

Hammocks Board of Directors



# TREE TRIMMING

DATE: _____ 2019

NAME: _____ ACCOUNT #: _____

ADDRESS: _____

EMAIL: _____ PHONE #: _____

COMMUNITY: _____ (You will receive an email response)

DESCRIPTION: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

SIGNATURE: _____

EMAIL: _____

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

RTV 13

**Marglli Gallego**
        Petitioner,

V.

**Josue Cepero**
        Respondent,

SERVED

DATE 6/10/19
TIME 1430
ADDRESS SERVED
HJSC
SHERIFF OF MIAMI-DADE COUNTY
MIAMI-DADE COUNTY, FLORIDA
BY E. PHILLIPS D.S.
BADGE NO. 509

Case No.: 2019-011650-FC-04

) ⊠ DOMESTIC VIOLENCE DIVISION
) ☐ ORIGINAL ORDER
) ⊠ EXTENSION
)
) ISSUED:    June 10, 2019
) EXPIRES:   AUGUST 9, 2019
) OR UNTIL THE FINAL JUDGMENT OF
) INJUNCTION FOR PROTECTION
) IF ENTERED, IS SERVED
) ON RESPONDENT

FILED

JUN 10 2019

CLERK OF CIRCUIT &
COUNTY COURTS

## TEMPORARY INJUNCTION FOR PROTECTION AGAINST STALKING VIOLENCE - EXTENSION

The Petition for Injunction for Protection Against Stalking Violence under section 784.0485, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter under the laws of Florida. The term "Petitioner" as used in this injunction includes the person on whose behalf this injunction is entered.

It is intended that this protection order meet the requirements of 18 U.S.C. §2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.

## NOTICE OF HEARING

Because this Temporary Injunction for Protection Against Stalking Violence has been issued without notice to Respondent, Petitioner and Respondent are instructed that they are scheduled to appear and testify at a fifteen minute hearing regarding this matter on:

**August 09, 2019**    at    **11:00 AM.**

when the Court will consider whether the Court should issue a Final Judgment of Injunction for Protection Against Stalking Violence, which shall remain in effect until a date certain, or until modified or dissolved by the Court, and whether other things should be ordered. The hearing will be before the Honorable **LODY JEAN**, in the   North Dade Justice Center located at **15555 Biscayne Boulevard, Miami FL. 33160,   Court Room 2-2.** If Petitioner and/or Respondent do not appear, this temporary injunction may be continued in force, extended, or dismissed, and/or additional orders may be granted. Children are not permitted to testify unless a motion is filed pursuant to Fla.Fam.L.R.P.12.407, and an order allowing the testimony is granted prior to the hearing.  **All witnesses and evidence, if any, must be presented at this time.**

NOTICE:  Because this is a civil case, there is no requirement that these proceedings be transcribed at public expense.  YOU ARE ADVISED THAT IN THIS COURT: Only Injunctions for Protection Against Domestic Violence Cases, filed pursuant to section 741.30 Florida Statutes, will be electronically recorded by the court. If your case is filed pursuant to chapter 784 (Repeat, Dating, or Sexual Violence). No recording is required to be made by the court. You may arrange in advance, at your

TEMPORARY INJUNCTION FOR PROTECTION AGAINST STALKING - EXTENSION – Case No.: 2019-011650-FC-04
Page 1 of 3

lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)
y Bookmarks (http://www2.miami-dadeclerk.com/PremierServices/Bookmarks.aspx?ReturnUrl=https://www2.miami-
adeclerk.com/CJIS/CaseSearch.aspx)



# Miami-Dade County Criminal Justice Online System

◀◀ Back to Search

## Search Criteria

Last Name: CEPERO    First Name: JOSUE    Sex: Male    Race: White

## ☰ Case(s) List

Total of Cases: 1

| | Case | Filed Date | Closed Date | First Charge |
|---|---|---|---|---|
| ⓘ | F-93-020400 | 06/23/1993 | 07/13/1993 | COKE/SELL/DEL/W/INT |

◀◀ Back to Search    ☰ Defendants

Criminal Justice Home (default.aspx) | Criminal Court Information (http://www.miami-dadeclerk.com/courts_criminal.asp) |
Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH) |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/CJIS/CaseSearch.aspx)
Clerk's Home (http://www.miami-dadeclerk.com/home.asp) |
Privacy Statement (https://www8.miamidade.gov/global/disclaimer/privacy-and-security.page) |
Disclaimer (https://www8.miamidade.gov/global/disclaimer/disclaimer.page) |
Contact Us (http://www.miami-dadeclerk.com/contact.asp) | About Us (http://www.miami-dadeclerk.com/about.asp)
(http://www.miamidade.gov)
2015 Clerk of the Courts. All Rights reserved.



**KEVIN ALZATE**
Property Manager

Hammocks Community Association, Inc.
9020 Hammocks Boulevard
(S.W. 150th Ave.)
Miami, Florida 33196

Phone: (786) 805-3781
Fax: (305) 489-7656
complaints@hammockscc.com

Contact/Case # _P01908072&1635_

_H/H/303_
DISTRICT/UNIT

☑ Offense Report

☐ Crash Report

☐ Contact Only—
No Report Written

_8/7/19 @ 0110_
Date/Time of Contact

_MM_ / _9247_
Name/Rank/ID #



_305-4-police_
TELEPHONE

_8/7/19_
DATE REPORTED

An Internationally
Accredited
Police Agency

☑ CASE REPORT       ☐ CONTACT INFO.

Accident reports will be available for purchase by you or your insurance company at www.AuthorizeTransaction.com. A copy of this report may also be obtained from the Central Records Bureau of the Miami-Dade Police Department, 9105 N.W. 25 St., Miami, Florida 33172, from Monday through Friday, 9:00 a.m. to 5:30 p.m. It is suggested you call (305) 471-2085 to verify that it is available for release. No other information will be given over the telephone in reference to the report. Reports may also be obtained by mailing a stamped, self-addressed envelope with your request, to the above address.

32.15.01-58
114.01-432 Rev. 7/13

_9541 SW 148TH PL_
Address of Occurrence