# EXHIBIT 6

**HAMMOCKS COMMUNITY ASSOCIATION INC**
**PROPOSED BUGET**
**FOR THE YEAR ENDING DECEMBER 31, 2021**

| Description | Approved Budget Jan 1, 2020 to Dec 31, 2020 | Proposed 2021 Budget Jan 1, 2021 to Dec 31, 2021 |
|---|---|---|
| **REVENUES** | | |
| Assessments | $3,745,928.00 | $3,745,928.00 |
| Boat Storage | 40,800.00 | 40,800.00 |
| Commercial Property Income | 17,504.00 | 17,504.00 |
| Neighborhood Reimbursements | 180,492.00 | 153,000.00 |
| Late Charges Fee Income | 80,000.00 | 75,000.00 |
| Clubhouse Rental Income | 50,000.00 | 10,000.00 |
| Hammocks ID'S | 50,000.00 | 65,000.00 |
| Violation Fines Income | 21,000.00 | 50,000.00 |
| Other Income (include Magazine adds) | 20,000.00 | 30,000.00 |
| Social Events Income | 5,000.00 | 1,000.00 |
| Estoppel Income | 80,000.00 | 85,000.00 |
| Interest Charges Homeowners | 5,000.00 | 6,000.00 |
| Insurance Procedures Claim | | |
| **TOTAL REVENUE** | $ 4,255,724.00 | $ 4,279,232.00 |
| **OPERATING EXPENSES** | | |
| Audit | $ 40,000.00 | $ 50,000.00 |
| Bad Debt - Foreclosures | 40,000.00 | 55,000.00 |
| Advertising & Marketing | 50,000.00 | 55,000.00 |
| Membership Subscripton Dues | 5,000.00 | 8,000.00 |
| Legal-General Matters | 200,000.00 | 175,000.00 |
| Legal-Collections & Foreclosure | 5,000.00 | 75,000.00 |
| Legal-Others | 15,000.00 | 65,000.00 |
| Late Charges | 2,500.00 | 1,000.00 |
| Meeting/Committee Expenses | 2,000.00 | 4,000.00 |
| Education / Seminars / Training | 2,000.00 | |
| Office Supplies | 30,000.00 | 45,000.00 |
| Copier Lease | 6,700.00 | 10,000.00 |
| Postage General | 25,000.00 | 30,000.00 |
| Printing General | 15,000.00 | 25,000.00 |
| Printing Quarterly Statements (COUPONS) | 19,300.00 | 57,000.00 |
| Storage - Archives | 28,500.00 | 25,000.00 |
| Technical Support | 125,000.00 | 83,000.00 |
| Technology Equipment | 10,000.00 | 5,000.00 |
| Software for Office | 5,000.00 | 8,000.00 |
| Alarm Monitoring | 8,000.00 | 8,000.00 |
| Bank Charges & Interests | 30,000.00 | 61,000.00 |
| Factoring Commission | 15,000.00 | 5,000.00 |
| Licenses & Permits | 8,000.00 | 8,000.00 |
| ID Supplies | 6,000.00 | 10,400.00 |
| Merchant Equipment Rent & Square Dashboard Fee | 8,000.00 | 15,000.00 |
| Community Events | 65,000.00 | 5,000.00 |
| Depreciation | 22,000.00 | 22,000.00 |
| **TOTAL OPERATING EXPESES** | $ 789,000.00 | $ 905,400.00 |

| Description | Approved Budget Jan 1, 2020 to Dec 31, 2020 | Proposed 2021 Budget Jan 1, 2021 to Dec 31, 2021 |
|---|---|---|
| **ADMIN OFFICE/MANAGERS & MAINTENANCE . (Personnel Costs)** | | |
| Administrative Wages | $ 274,000.00 | $ 343,000.00 |
| Managers Wages | 65,000.00 | |
| Maintenance Wages & Recreation Wages ( Pool) | 372,000.00 | 413,000.00 |
| Uniforms, Office, Maintenance & Pool | 2,000.00 | 3,000.00 |
| Workers Compensation Insurance | 70,000.00 | 71,500.00 |
| Personnel Administrative Cost | 2,000.00 | 3,000.00 |
| Payroll Taxes | 50,000.00 | 57,900.00 |
| Payroll Service Fee | 10,000.00 | 15,000.00 |
| Administrative Costs & Fees | 800.00 | |
| Employee Appreciation | 5,000.00 | 5,000.00 |
| **TOTAL PERSONNEL COSTS** | $ 850,800.00 | $ 911,400.00 |

HAMMOCKS COMMUNITY ASSOCIATION INC
PROPOSED BUGET
FOR THE YEAR ENDING DECEMBER 31, 2021

| Description | Approved Budget Jan 1, 2020 to Dec 31, 2020 | Proposed 2021 Budget Jan 1, 2021 to Dec 31, 2021 |
|---|---:|---:|
| **PUBLIC SAFETY DEPARTMENT** | | |
| Public Safety Wages (& Bonus) | $ 525,000.00 | $ 525,000.00 |
| Vehicle Insurance Claims | 5,000.00 | 2,500.00 |
| Administrative Costs & Fees (& Drug Test) | 300.00 | 300.00 |
| Uniforms | 4,000.00 | 4,000.00 |
| Equipment & Office Supplies | - | - |
| Vehicle Repairs & Tracking | 20,000.00 | 30,000.00 |
| Cell Phones | 1,800.00 | 1,800.00 |
| Payroll Service Fee | 12,000.00 | - |
| Fuel | 30,000.00 | 30,000.00 |
| Workers Compensation | 35,000.00 | - |
| Training | - | - |
| Payroll Taxes | 57,000.00 | - |
| Off-Duty Police | 55,000.00 | 65,000.00 |
| **TOTAL PUBLIC SAFETY DEPARTMENT** | $ 745,100.00 | $ 658,600.00 |

| Description | Approved Budget Jan 1, 2020 to Dec 31, 2020 | Proposed 2021 Budget Jan 1, 2021 to Dec 31, 2021 |
|---|---:|---:|
| **UTILITIES** | | |
| Phone DSL + 4 Cell Phones | 12,000.00 | 12,000.00 |
| Internet | 13,000.00 | 17,000.00 |
| Electricity | 76,500.00 | 85,000.00 |
| Waste Removal | 70,000.00 | 75,000.00 |
| Water & Sewer | 50,000.00 | 60,000.00 |
| **TOTAL UTILITIES** | $ 224,500.00 | $ 249,000.00 |

| Description | Approved Budget Jan 1, 2020 to Dec 31, 2020 | Proposed 2021 Budget Jan 1, 2021 to Dec 31, 2021 |
|---|---:|---:|
| **PROPERTY EXPENCES** | | |
| Pool Repairs & Maintenance | 18,000.00 | 25,000.00 |
| Pool Furniture Maintenance & Replacement | 11,000.00 | 25,000.00 |
| Pool Services | 28,800.00 | 30,000.00 |
| Recreation Centers Maintenance | 50,000.00 | 20,000.00 |
| Beach Maintenance | 30,000.00 | 40,000.00 |
| Fountain Maintenance & Repairs | 1,500.00 | 2,000.00 |
| Lake Maintenance | 16,000.00 | 24,000.00 |
| Air conditioner Maintenance & Repair | 5,000.00 | 3,000.00 |
| Landscaping & Upgrades | 25,000.00 | 75,000.00 |
| Lawn Maintenance | 310,000.00 | 340,000.00 |
| Lawn Landscape Fertilization | 25,000.00 | 35,000.00 |
| Pest Control | 11,000.00 | 16,000.00 |
| Property Service (Regulations Enforcement) | 108,000.00 | 120,000.00 |
| Janitorial & Maintenance Supplies | 20,000.00 | 20,000.00 |
| Fence Project | 366,000.00 | - |
| General Repairs & Maintenance | 50,000.00 | 100,000.00 |
| Tree Trimming | 50,000.00 | 95,000.00 |
| Root Pruning & Tree Removal | 10,000.00 | 2,000.00 |
| Vehicle Repair | 28,000.00 | 35,000.00 |
| Maint/ Office Vehicle Expense & Gas & toll | 18,024.00 | 20,000.00 |
| Vehicle Insurance | 50,000.00 | 65,000.00 |
| Maintenance Equipment Tools | 2,000.00 | 10,000.00 |
| Contingencies | 5,000.00 | 35,000.00 |
| Insurance Common Areas | 350,000.00 | 350,000.00 |
| Common Areas | 50,000.00 | 65,000.00 |
| Public Safety | 10,000.00 | - |
| **TOTAL PROPERTY EXPENSES** | $ 1,649,324.00 | $ 1,552,000.00 |
| **TOTAL REVENUES** | $4,255,724.00 | $4,279,232.00 |
| **TOTAL EXPENSES** | $4,255,724.00 | $4,279,400.00 |
| **INCOME MINUS EXPENSES Profit (Loss)** | $0.00 | -$168.00 |