# EXHIBIT

# 7

| Select Account | Current Balance | Available Balance |
|---|---|---|
| Primary Business Checking *0434 | $3,613.31 | $3,613.31 |

## Transactions

| Date | Description | Serial # | Debit | Credit | Balance |
|---|---|---|---|---|---|

POSTED

There are no transactions meeting your selected criteria.

**SunTrust Bank, now Truist Bank, Member FDIC.**
**©2021 Truist Financial Corporation.**

SunTrust®, Truist, Fraud Inspector®, and the SunTrust logo are service marks of Truist Financial Corporation. All rights reserved.

**Investment and Insurance Products**
• Are not FDIC or any other Government Agency Insured • Are Not Bank Guaranteed • May Lose Value

SunTrust.com (https://www.suntrust.com/small-business-banking)    Privacy (https://www.suntrust.com/privacy)    Terms & Conditions (https://www.suntrust.com/terms-and-conditions)    Fraud & Security (https://www.suntrust.com/fraud-and-security-department)

Select Account
**Total Business Banking *1009**

Current Balance
**$8,714.42**

Available Balance
**$8,714.42**

## Transactions

| Date | Description | Serial # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | | POSTED | | | |
| 12/03/2021 | Check 00000000792 792 | 792 | -$10,000.00 | | $19,204.42 |
| 12/02/2021 | Online Banking Transfer Online Banking Transfer To 0175 0598007111020 *1009 | | -$40,000.00 | | $29,204.42 |
| 12/02/2021 | Online Banking Transfer Credit Online Banking Transfer From 0175 1000070909949 *1009 | | | $10,000.00 | $69,204.42 |

SunTrust Bank, now Truist Bank, Member FDIC.
©2021 Truist Financial Corporation.

SunTrust®, Truist, Fraud Inspector®, and the SunTrust logo are service marks of Truist Financial Corporation. All rights reserved.

**Investment and Insurance Products**
• Are not FDIC or any other Government Agency Insured • Are Not Bank Guaranteed • May Lose Value

SunTrust.com (https://www.suntrust.com/small-business-banking)    Privacy (https://www.suntrust.com/privacy)    Terms & Conditions (https://www.suntrust.com/terms-and-conditions)    Fraud & Security (https://www.suntrust.com/fraud-and-security-department)

Select Account
**Total Business Banking *1020**

Current Balance
**$21,460.10**

Available Balance
**$19,393.93**

## Transactions

| Date | Description | Serial # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| **PENDING** | | | | | |
| Pending | Wef Wefcntrpmt *1020 | | -$1,122.74 | | |
| Pending | Wef Wefcntrpmt *1020 | | -$837.40 | | |
| Pending | 5/3 Bankcard Sys Net Setlmt *1020 | | | $155.65 | |
| Pending | Hammocks Communi Settlement *1020 | | | $473.33 | |
| Pending | Fpl Direct Debit Elec Pymt *1020 | | -$69.54 | | |
| Pending | Fpl Direct Debit Elec Pymt *1020 | | -$20.76 | | |
| Pending | Fpl Direct Debit Elec Pymt *1020 | | -$15.97 | | |
| Pending | Fpl Direct Debit Elec Pymt *1020 | | -$9.41 | | |
| Pending | T-mobile Pcs Svc *1020 | | -$464.69 | | |
| Pending | Comcast 8495600 625547783 *1020 | | -$154.64 | | |
| **POSTED** | | | | | |
| 12/14/2021 | Electronic/ach Debit Fpl Direct Debit Elec Pymt 7936363436 Ppda 3590247775 *1020 | | -$725.13 | | $21,460.10 |
| 12/14/2021 | Electronic/ach Debit Fpl Direct Debit Elec Pymt 8473988239 Ppda 3590247775 *1020 | | -$683.49 | | $22,185.23 |

Select Account
**Primary Business Checking *9949**

Current Balance
**$69,620.90**

Available Balance
**$69,620.90**

## Transactions

| Date | Description | Serial # | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | | POSTED | | | |
| 12/06/2021 | Online Banking Transfer Online Banking Transfer To 0175 0598007111009 *9949 | | -$6,500.00 | | $69,620.90 |
| 12/03/2021 | Electronic/ach Debit Adp Payroll Fees Adp - Fees 53gl13 4748701 9659605002 *9949 | | -$49,221.27 | | $76,120.90 |
| 12/02/2021 | Online Banking Transfer Online Banking Transfer To 0175 0598007111009 *9949 | | -$10,000.00 | | $125,342.17 |

SunTrust Bank, now Truist Bank, Member FDIC.
©2021 Truist Financial Corporation.

SunTrust®, Truist, Fraud Inspector®, and the SunTrust logo are service marks of Truist Financial Corporation. All rights reserved.

**Investment and Insurance Products**
• Are not FDIC or any other Government Agency Insured • Are Not Bank Guaranteed • May Lose Value

SunTrust.com (https://www.suntrust.com/small-business-banking)    Privacy (https://www.suntrust.com/privacy)    Terms & Conditions
(https://www.suntrust.com/terms-and-conditions)    Fraud & Security (https://www.suntrust.com/fraud-and-security-department)