# EXHIBIT

# 8



# OFFICE OF THE PROPERTY APPRAISER

Generated On : 12/14/2

| Folio | Sub-Division | Owner | Address |
|---|---|---|---|
| 30-5909-006-0020 | WILD LIME AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSOCIATION INC | Miami |
| 30-5909-011-0020 | JASMINE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSOCIATION INC | Miami |
| 30-5909-012-1610 | LA MAISON AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSOCIATION INC | Miami |
| 30-5909-016-0970 | PALM POINT SEC 2 | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-019-0030 | PARKSIDE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-019-0040 | PARKSIDE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-019-0070 | PARKSIDE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-022-1230 | VIZCAYA AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-039-0870 | SUNFLOWER AT THE HAMMOCKS AMEND | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-001-1140 | HAMMOCKS SEC 1 PB 108-98 | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-002-2480 | HAMMOCKS SEC 2 | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-007-0020 | DRIFTWOOD AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-009-1130 | PALM POINT SEC 1 | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-010-0020 | BAYWOOD AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-002-1710 | JUNIPER AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-003-1790 | SUNFISH AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-004-0020 | PLUMBAGO AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5909-005-1850 | HAWTHORN AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-004-0960 | LIVE OAK OF THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-006-2460 | HAMMOCKS SEC 3 | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-006-2481 | HAMMOCKS SEC 3 | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-007-0020 | HERON OF THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-008-0040 | PLUMWOOD AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-010-0020 | LAKESHORE COURT AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-013-0030 | BANYAN WAY AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |

HAMMOCKS

| Folio | Subdivision | Owner | Address |
|---|---|---|---|
| 30-5904-031-0020 | LAKESIDE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-053-1420 | LAKESIDE AT THE HAMMOCKS REPLT | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-002-0020 | ROYAL PALM AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-006-0100 | SEC 5 AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-006-0110 | SEC 5 AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | 15850 SW 104 ST Miami |
| 30-5908-006-0111 | SEC 5 AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-007-0860 | OAKWOOD AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-007-0870 | OAKWOOD AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-007-0880 | OAKWOOD AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-007-0890 | OAKWOOD AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-008-2030 | CHANTARELLE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-010-0810 | SHORELINE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-010-0820 | SHORELINE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-010-0830 | SHORELINE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-010-0840 | SHORELINE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5908-010-0850 | SHORELINE AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSC INC | Miami |
| 30-5904-071-2270 | CORAL CLUB GARDEN VILLAS CONDO | HAMMOCKS COMMUNITY ASSN INC C/O SIEGFRIED RIVERA | 15067 SW 103 TER UNIT: 141( Miami |
| 30-5904-002-2490 | HAMMOCKS SEC 2 | HAMMOCKS COMMUNITY ASSOC INC | Miami |
| 30-5908-013-0730 | CHRISTINA AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSOCIATION | Miami |
| 30-5908-013-0740 | CHRISTINA AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSOCIATION | Miami |
| 30-5908-013-0750 | CHRISTINA AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSOCIATION | Miami |
| 30-5908-013-0760 | CHRISTINA AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSOCIATION | Miami |
| 30-5908-013-0770 | CHRISTINA AT THE HAMMOCKS | HAMMOCKS COMMUNITY ASSOCIATION | Miami |