# EXHIBIT

# 11

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.



Mail To:
HAMMOCKS COMMUNITY ASSOCIATION INC
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301

IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY   1 / 25
T#  1455915549
B#  1655950

PLATE **NLYZ74**   DECAL **08912181**   Expires **Midnight Thu 06/30/2022**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| YR/MK | 2010/TOYT | BODY | PK | COLOR | WHI | Reg. Tax | 43.10 | Class Code | 31 |
| VIN | 5TENX4CN1AZ716665 | | | TITLE | 103803027 | Init. Reg. | | Tax Months | 12 |
| Plate Type | RGS | NET WT | 3150 | | | County Fee | 3.00 | Back Tax Mos | 0 |
| DL/FEID | - | | | | | Mail Fee | 0.75 | Credit Class | |
| Date Issued | 5/6/2021 | Plate Issued | 6/9/2020 | | | Sales Tax | | Credit Months | 0 |
| | | | | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 46.85 | | |

HAMMOCKS COMMUNITY ASSOCIATION INC
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

578

INSTRUCTIONS FOR AFFIXING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:
**THE HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL  33196**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY  1  / 25    T#  1455915739
                   B#  1655979

| PLATE | QUJF53 | DECAL | 08912240 | Expires | Midnight Thu 06/30/2022 |

| YR/MK | 2011/CHEV | BODY | PK | COLOR | WHI | Reg. Tax | | 43.10 | Class Code | 31 |
| VIN | 1GCNCPEX4BZ403182 | | | TITLE | 106999145 | Init. Reg. | | | Tax Months | 12 |
| Plate Type | RGS | NET WT | 4405 | | | County Fee | 3.00 | Back Tax Mos | 0 |
| DL/FEID | - | | | | | Mail Fee | 4.70 | Credit Class | |
| Date Issued | 5/6/2021 | Plate Issued | 5/6/2021 | | | Sales Tax | | | Credit Months | 0 |
| | | | | | | Voluntary Fees | | | | |
| | | | | | | Grand Total | | 50.80 | | |

**THE HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL  33196**

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE    PLATE ISSUED X**

INSTRUCTIONS FOR USE OF DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.



DQRC51 08912359
06-22

Mail To:
**HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196**

#35

## IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

---

# FLORIDA VEHICLE REGISTRATION

CO/AGY  1 / 25
T# 1455916111
B# 1656064

| | | | | | |
|---|---|---|---|---|---|
| PLATE | **DQRC51** | DECAL | **08912359** | Expires | **Midnight Thu 06/30/2022** |
| YR/MK | 2015/TOYT | BODY | PK | COLOR | WHI |
| VIN | 5TFTX4CN3FX053489 | | | TITLE | 117849003 |
| Plate Type | RGS | NET WT | 3526 | | |

| | | | |
|---|---|---|---|
| Reg. Tax | 43.10 | Class Code | 31 |
| Init. Reg. | | Tax Months | 12 |
| County Fee | 3.00 | Back Tax Mos | 0 |
| Mail Fee | 0.75 | Credit Class | |
| Sales Tax | | Credit Months | 0 |
| Voluntary Fees | | | |
| Grand Total | 46.85 | | |

DL/FEID -
Date Issued 5/6/2021     Plate Issued 2/16/2015

**HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196**

## IMPORTANT INFORMATION

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.



IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:
HAMMOCKS COMMUNITY ASSOCIATION INC
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301

#40

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY 1 / 25   T# 1455915555
                B# 1655951

| PLATE | NLYZ75 | DECAL | 08912182 | Expires | Midnight Thu 06/30/2022 |

| YR/MK | 2010/TOYT | BODY | PK | COLOR | WHI | Reg. Tax | 43.10 | Class Code | 31 |
| VIN | 5TENX4CNXAZ717586 | | | TITLE | 103803393 | Init. Reg. | | Tax Months | 12 |
| Plate Type | RGS | NET WT | 3150 | | | County Fee | 3.00 | Back Tax Mos | 0 |
| | | | | | | Mail Fee | 0.75 | Credit Class | |
| DL/FEID | - | | | | | Sales Tax | | Credit Months | 0 |
| Date Issued | 5/6/2021 | Plate Issued | 6/9/2020 | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 46.85 | | |

HAMMOCKS COMMUNITY ASSOCIATION INC
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

RGS - SUNSHINE STATE

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.



#60

Mail To:
**HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196**

## IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY 1 / 25   T# 1455916093
                 B# 1656057

PLATE **DFBM61**   DECAL **08912352**   Expires **Midnight Thu 06/30/2022**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| YR/MK | **2014/NISS** | BODY | **VN** | COLOR | **WHI** | Reg. Tax | 43.10 | Class Code | 31 |
| VIN | **1N6BF0KM8EN106081** | | | TITLE | **116691401** | Init. Reg. | | Tax Months | 12 |
| Plate Type | **RGS** | NET WT | **3182** | | | County Fee | 3.00 | Back Tax Mos | 0 |
| | | | | | | Mail Fee | 0.75 | Credit Class | |
| DL/FEID | - | | | | | Sales Tax | | Credit Months | 0 |
| Date Issued | **5/6/2021** | Plate Issued | **11/5/2014** | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 46.85 | | |

**HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196**

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.



EBTL90  08912054
06-22

Mail To:
THE HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL 33196

# 70

## IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

505

# FLORIDA VEHICLE REGISTRATION

CO/AGY 1 / 25   T# 1455915003   B# 1655876

| PLATE | EBTL90 | DECAL | 08912054 | Expires | Midnight Thu 06/30/2022 |

| | | | | | | |
|---|---|---|---|---|---|---|
| YR/MK | 2005/CHEV | BODY | PK | COLOR | WHI | |
| VIN | 1GCEC14X05Z334459 | | | TITLE | 93791388 | |
| Plate Type | RGS | NET WT | 4252 | | | |

| | | |
|---|---|---|
| Reg. Tax | 43.10 | Class Code 31 |
| Init. Reg. | | Tax Months 12 |
| County Fee | 3.00 | Back Tax Mos 0 |
| Mail Fee | 0.75 | Credit Class |
| Sales Tax | | Credit Months 0 |
| Voluntary Fees | | |
| Grand Total | 46.85 | |

DL/FEID  -
Date Issued  5/6/2021        Plate Issued  5/20/2015

THE HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL 33196

## IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

MTRFS020K

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

IMPORTANT INFORMATION
Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.



Mail To:
THE HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL 33196

#80

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY  1  / 15     T#  1459340533
                    B#  11959762

| PLATE | NLZN06 | DECAL | 09196682 | Expires | Midnight Thu 6/30/2022 |

| YR/MK | 2010/TOYT | BODY | PK | COLOR | WHI | Reg. Tax | 43.10 | Class Code | 31 |
| VIN | 5TENX4CN6AZ738712 | | | TITLE | 104600919 | Init. Reg. | | Tax Months | 12 |
| Plate Type | RGS | NET WT | 3150 | | | County Fee | 3.00 | Back Tax Mos | 0 |
| | | | | | | Mail Fee | 0.75 | Credit Class | |
| DL/FEID | - | | | | | Sales Tax | | Credit Months | 0 |
| Date Issued | 5/12/2021 | Plate Issued | 6/25/2020 | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 46.85 | | |

THE HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL 33196

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

INSTRUCTIONS FOR CASHING DECALS
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.



Mail To:
**HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196**

$90

**IMPORTANT INFORMATION**

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY 1 / 25    T# 1455916061
B# 1656047

PLATE **CZNB85**    DECAL **08912339**    Expires **Midnight Thu 06/30/2022**

| YR/MK | **2014/TOYT** | BODY | **PK** | COLOR | **WHI** | Reg. Tax | 43.10 | Class Code | 31 |
|---|---|---|---|---|---|---|---|---|---|
| VIN | **5TFNX4CN0EX041839** | | | TITLE | **115917496** | Init. Reg. | | Tax Months | 12 |
| Plate Type | **RGS** | NET WT | **3226** | | | County Fee | 3.00 | Back Tax Mos | 0 |
| DL/FEID | - | | | | | Mail Fee | 0.75 | Credit Class | |
| Date Issued | **5/6/2021** | Plate Issued | **8/12/2014** | | | Sales Tax | | Credit Months | 0 |
| | | | | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 46.85 | | |

**HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196**

**IMPORTANT INFORMATION**
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.



Mail To:
**HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196-1301**

IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

---

# FLORIDA TRAILER REGISTRATION

CO/AGY  1 / 25
T# 1455917191
B# 1656275

| | | | | | | |
|---|---|---|---|---|---|---|
| PLATE | LNLK77 | DECAL | 08912580 | Expires | Midnight Thu 06/30/2022 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| YR/MK | 2019/SUCO | BODY | TL | COLOR | WHI | Reg. Tax | 46.60 | Class Code | 53 |
| VIN | 1S9E01625K1303753 | | | TITLE | 134854388 | Init. Reg. | | Tax Months | 12 |
| Plate Type | RGS | NET WT | 3420 | | | County Fee | 3.00 | Back Tax Mos | 0 |
| | | | | | | Mail Fee | 0.75 | Credit Class | |
| DL/FEID | - | | | | | Sales Tax | | Credit Months | 0 |
| Date Issued | 5/6/2021 | Plate Issued | 5/16/2019 | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 50.35 | | |

**HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196-1301**

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

### INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

### IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.



Mail To:
THE HAMMOKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL 33196

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY 1 / 25    T# 1543986945    B# 1897131

| PLATE | JDAV46 | DECAL | 16375988 | Expires | Midnight Sat 12/31/2022 |
|---|---|---|---|---|---|

| YR/MK | 2003/CHEV | BODY | TK | COLOR | WHI | Reg. Tax | 112.10 | Class Code | 41 |
|---|---|---|---|---|---|---|---|---|---|
| VIN | 1GCHC24U33E125701 | | | TITLE | 86696420 | Init. Reg. | | Tax Months | 12 |
| Plate Type | RGS | NET WT | 5129 | GVW | 9200 | County Fee | 3.00 | Back Tax Mos | 0 |
| | | | | | | Mail Fee | 0.75 | Credit Class | |
| DL/FEID | - | | | | | Sales Tax | | Credit Months | 0 |
| Date Issued | 10/22/2021 | Plate Issued | 1/5/2018 | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 115.85 | | |

THE HAMMOKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL 33196

### IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

RGS - SUNSHINE STATE

| INSTRUCTIONS FOR ATTACHING DECAL | IMPORTANT INFORMATION |
|---|---|
| 1. Clean area where new annual decal is to be affixed.<br>2. Peel decal from this document.<br>3. Affix decal in the upper right corner of license plate. | Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S. |



S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:
**THE HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY  1 / 25    T# 1543987307
                  B# 1897181

| PLATE | **IXZR99** | DECAL | **16376118** | Expires | **Midnight Sat 12/31/2022** |
|---|---|---|---|---|---|

| YR/MK | **2015/TOYT** | BODY | **TK** | COLOR | **WHI** | Reg. Tax | 69.85 | Class Code | 41 |
|---|---|---|---|---|---|---|---|---|---|
| VIN | **5TFTX4CN6FX053549** | | | TITLE | **117395914** | Init. Reg. | | Tax Months | 12 |
| Plate Type | **RGS** | NET WT | **5350** | GVW | **5350** | County Fee | 3.00 | Back Tax Mos | 0 |
| | | | | | | Mail Fee | 0.75 | Credit Class | |
| DL/FEID | **-** | | | | | Sales Tax | | Credit Months | 0 |
| Date Issued | **10/22/2021** | Plate Issued | **1/23/2018** | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 73.60 | | |

**THE HAMMOCKS COMMUNITY ASSOCIATION**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196**

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:
**HAMMOCKS COMMUNITY ASSOCIATION INC**
**9020 HAMMOCKS BLVD**
**MIAMI, FL  33196-1301**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY 10 / 9    T# 1547653509    B# 3062184

| PLATE | 02AWTN | DECAL | 16707906 | Expires | Midnight Thu 6/30/2022 |
|---|---|---|---|---|---|

| YR/MK | 2021/CHEV | BODY | 4D | COLOR | RED | Reg. Tax | 33.90 | Class Code | 1 |
| VIN | KL8CB6SA4MC226474 | | | TITLE | 144084536 | Init. Reg. | | Tax Months | |
| Plate Type | RGS | NET WT | 2278 | | | County Fee | 3.00 | Back Tax Mos | |
| | | | | | | Mail Fee | | Credit Class | |
| DL/FEID | - | | | | | Sales Tax | | Credit Months | |
| Date Issued | 10/28/2021 | Plate Issued | 10/28/2021 | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 36.90 | | |

**HAMMOCKS COMMUNITY ASSOCIATION INC**
**9020 HAMMOCKS BLVD**
**MIAMI, FL  33196-1301**

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE    PLATE ISSUED X**

MTRFS020K

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

**IMPORTANT INFORMATION**

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:
**HAMMOCKS COMMUNITY ASSOCIATION INC**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196-1301**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

*Spank Z*

CO/AGY  10 / 9     T#  1547651337
                   B#  3062173

# FLORIDA VEHICLE REGISTRATION

| PLATE | **99AQTG** | DECAL | **16707697** | Expires | **Midnight Thu 6/30/2022** | | |
|---|---|---|---|---|---|---|---|
| YR/MK | **2021/CHEV** | BODY | **4D** | COLOR | **RED** | Reg. Tax | 33.90 |
| VIN | **KL8CB6SA3MC228572** | | | TITLE | **144216484** | Init. Reg. | |
| Plate Type | **RGS** | NET WT | **2277** | | | County Fee | 3.00 |
| | | | | | | Mail Fee | |
| DL/FEID | **-** | | | | | Sales Tax | |
| Date Issued | **10/28/2021** | Plate Issued | **10/28/2021** | | | Voluntary Fees | |
| | | | | | | Grand Total | 36.90 |

Class Code   1
Tax Months
Back Tax Mos
Credit Class
Credit Months

**HAMMOCKS COMMUNITY ASSOCIATION INC**
**9020 HAMMOCKS BLVD**
**MIAMI, FL 33196-1301**

**IMPORTANT INFORMATION**
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE    PLATE ISSUED X**

MTRFS020K

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:
HAMMOCKS COMMUNITY ASSOCIATION INC
9020 HAMMOCKS BLVD
MIAMI, FL  33196-1301

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

*Spark 3*

CO/AGY  10 / 9    T#  1547652533
                  B#  3062180

# FLORIDA VEHICLE REGISTRATION

PLATE  **01AWTN**    DECAL  **16707826**    Expires  **Midnight Thu 6/30/2022**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YR/MK | 2021/CHEV | BODY | 4D | COLOR | BLU | Reg. Tax | 33.90 | Class Code | 1 |
| VIN | KL8CB6SA0MC228660 | | | TITLE | 144216149 | Init. Reg. | | Tax Months |
| Plate Type | RGS | NET WT | 2277 | | | County Fee | 3.00 | Back Tax Mos |
| | | | | | | Mail Fee | | Credit Class |
| DL/FEID | - | | | | | Sales Tax | | Credit Months |
| Date Issued | 10/28/2021 | Plate Issued | 10/28/2021 | | | Voluntary Fees | | |
| | | | | | | Grand Total | 36.90 | |

HAMMOCKS COMMUNITY ASSOCIATION INC
9020 HAMMOCKS BLVD
MIAMI, FL  33196-1301

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

RGS - SUNSHINE STATE    PLATE ISSUED X

INSTRUCTIONS FOR USING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.



Mail To:
HAMMOCKS COMMUNITY ASSOCIATION INC
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301

H-2
P.S.

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY   I  / 25    T# 1455915849
                    B# 1655998

| PLATE | BISP52 | DECAL | 08912272 | Expires | Midnight Thu 06/30/2022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| YR/MK | 2012/TOYT | BODY | UT | COLOR | WHI | Reg. Tax | 33.10 |
| VIN | 2T3ZF4DV2CW131515 | | | TITLE | 109826303 | Init. Reg. | |
| Plate Type | RGS | NET WT | 3274 | | | County Fee | 3.00 |
| | | | | | | Mail Fee | 0.75 |
| DL/FEID | - | | | | | Sales Tax | |
| Date Issued | 5/6/2021 | Plate Issued | 9/18/2012 | | | Voluntary Fees | |
| | | | | | | Grand Total | 36.85 |

| Class Code | 1 |
| Tax Months | 12 |
| Back Tax Mos | 0 |
| Credit Class | |
| Credit Months | 0 |

HAMMOCKS COMMUNITY ASSOCIATION INC
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301

IMPORTANT INFORMATION
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

RGS - SUNSHINE STATE

INSTRUCTIONS FOR CERTIFICATE
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

**IMPORTANT INFORMATION**

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.



Mail To:
THE HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL  33196

p.s-03

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

---

# FLORIDA VEHICLE REGISTRATION

CO/AGY    1  / 25     T#  1455915355
                      B#  1655914

| PLATE | IAIX06 | DECAL | 08912115 | Expires | Midnight Thu 06/30/2022 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| YR/MK | 2014/TOYT | BODY | UT | COLOR | WHI | Reg. Tax | 33.10 | Class Code | 1 |
| VIN | 2T3WFREV1EW084723 | | | TITLE | 114699422 | Init. Reg. | | Tax Months | 12 |
| Plate Type | RGS | NET WT | 3425 | | | County Fee | 3.00 | Back Tax Mos | 0 |
| DL/FEID | - | | | | | Mail Fee | 0.75 | Credit Class | |
| Date Issued | 5/6/2021 | Plate Issued | 5/19/2017 | | | Sales Tax | | Credit Months | 0 |
| | | | | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 36.85 | | |

THE HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL  33196

**IMPORTANT INFORMATION**
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**RGS - SUNSHINE STATE**

INSTRUCTIONS FOR ATTACHING DECAL
1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.



IAIX04  08912084
06-22

Mail To:
THE HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL  33196

P.S. #8

**IMPORTANT INFORMATION**

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

# FLORIDA VEHICLE REGISTRATION

CO/AGY  1 / 25     T#  1455915107
                   B#  1655896

| PLATE | IAIX04 | DECAL | 08912084 | Expires | Midnight Thu 06/30/2022 |
|---|---|---|---|---|---|

| YR/MK | 2014/TOYT | BODY | UT | COLOR | WHI | Reg. Tax | 33.10 | Class Code | 1 |
|---|---|---|---|---|---|---|---|---|---|
| VIN | 2T3WFREV1EW087511 | | | TITLE | 114800004 | Init. Reg. | | Tax Months | 12 |
| Plate Type | RGS | NET WT | 3425 | | | County Fee | 3.00 | Back Tax Mos | 0 |
| DL/FEID | - | | | | | Mail Fee | 0.75 | Credit Class | |
| Date Issued | 5/6/2021 | Plate Issued | 5/19/2017 | | | Sales Tax | | Credit Months | 0 |
| | | | | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 36.85 | | |

THE HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL  33196

**IMPORTANT INFORMATION**
1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

RGS - SUNSHINE STATE

525