**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA** www.flsb.uscourts.gov

In re:                                                                                          Case No. 17-20358-BKC-LMI
                                                                                                Chapter 13
JOSUE CEPERO and
LETICIA CEPERO
_____/

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[  ] Plaintiff  [  ] Defendant  [  ] Debtor  [X] Respondents

Date of Hearing/Trial: December 30, 2021

Type of Hearing/Trial: Evidentiary hearing on Emotional Distress/Punitive Damages (ECF 339)

SUBMITTED BY:   Miguel Parlade, Esquire
                             P.O. Box 771747
                             Miami, FL  33177

                             (Tel.) 305-235-9040

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | **Debtor's Answers to Interrogatories** | | | |
| 2 | **Any Exhibits introduced by Debtors** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |