UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JOSUE CEPERO and					CASE NO. 17-20358-LMI
LETICIA CEPERO					CHAPTER 13

        Debtors.				AMENDED ANSWERS TO THIRD
							SET OF INTERROGATORIES
_____/

PROPOUNDING PARTY: HAMMOCKS COMMUNITY ASSOCIATION, INC.

RESPONDING PARTY: JOSUE AND LETICIA CEPERO

     Pursuant to Fed. R. Civ. P. 33, 34, and 36, made applicable to this proceeding pursuant to Rules 7033, 7034, 7036 and 9014 of the Fed. R. Bankr. P., and the Order on Sanctions and Setting Further Evidentiary Hearing (D.E 339); Hammocks Community Association Inc. (hereafter "Association") hereby requests that Debtors, Josue Cepero and Leticia Cepero, prepare and file answers, separately and fully, in writing and under oath, to these discovery requests and serve a copy of such answers upon attorneys for the Association by November 18, 2021 as instructed by paragraph iii of this Court's Order on Sanctions and Setting Further Evidentiary Hearing.

**DEFINITIONS**

    1. As used herein, please note the terms "you", "your', "Association" refers to Hammocks Community Association Inc. or any afflicted or other individual or company owned or in partnership with the Association and collectively.

    2. As used herein, the term "person" means any natural person, individual, proprietorship, corporation, association, organization, joint venture, firm, other business

IN RE: JOSUE CEPERO AND LETICIA CEPERO
BANKTUPTCY CASE NO. 17-20358-LMI (CHAPTER 13)

enterprise, government body, group of natural persons, or other entity.

3. As used herein, please note the term "Association" refers to Hammocks Community Association, Inc.

4. As used herein, please note the term "Heron" refers to Heron at the Hammocks Condominium Association, Inc.

5. As used herein, please note the term "Motion for Contempt" refers to "Debtor's Motion for Contempt against Hammocks Community Association, Inc., and its President, Marglli Gallego, for failure to abide by this Court's Agreed Order dated December 3, 2018 (ECF 191) on the Debtor's Amended Motion for Contempt against Hammocks Community Association, Inc., and it's President, Marglli Gallego and request an evidentiary hearing" (D.E 199).

6. As used herein, the term "person" means any natural person, individual, proprietorship, partnership, corporations, association, organization, joint venture, firm, other business enterprise, government body, group of natural persons, or other entity.

7. As used herein, the term "relates to" or relating to" means referring to, concerning, documenting, responding to, containing, regarding, discussing, documenting, describing, reflecting, analyzing, constituting, disclosing, employing, defining, stating, explaining, summarizing, or in any way pertaining to.

8. As used herein, the terms "and" as well as "or" shall be construed both disjunctively and conjunctively so as to bring within the scope of each of these requests any information which otherwise, might be construed to be outside the scope of any request.

9. The use of the singular form of any word includes the plural, and the use of the plural includes the singular.

IN RE: JOSUE CEPERO AND LETICIA CEPERO
BANKTUPTCY CASE NO. 17-20358-LMI (CHAPTER 13)

## INSTRUCTIONS

1. These requests are directed towards all information that is available to you, including information contained in your records and documents or within information and documents within your custody and/ or control. [All answers to each request for admission shall specifically admit or deny each individual statement or set forth in detail in reasons why the statement cannot be admitted or denied.] Not in ours.

2. Pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure, these interrogatories are continuing so as to require the filling of subsequent answers promptly in the event that answering party, by or through any of their agents, counsel or other representatives, learn additional facts relevant to answers not set forth in their answers to these Interrogatories or discover that any information given in an answer or answers is erroneous.

3. Each interrogatory is to be answered separately and as completely as possible. The veracity (truth) of the answers must be attested to by the person answering. The fact that investigation is continuing or that discovery is not complete does not excuse failure to answer each interrogatory as fully as possible. The omission of any name, fact, or other item of information from an answer shall be deemed a representation that such name, fact, or other item is not known to the answering party, his agents, counsel, or other representatives at the time the answers to these Interrogatories are served.

4. Where an Interrogatory contains a general question or questions, followed by a specific question or questions, the specific question or questions are to be read and interpreted as requesting additional information, not as limiting the general question or questions.

5. With respect to each Interrogatory, identify each and every document prepared by, or in

the possession, custody, or control of you or any of your officers, agents, or employees that relates to or refers to the subject matter of the Interrogatory in questions.

6.  Whenever information is requested in one of the following Interrogatories or subparts thereof that you previously furnished in answer to another Interrogatory herein, such information need not be restated. It will be sufficient for you to identify the previous answer containing the information requested.

7.  Whenever an Interrogatory calls for information that is not available to you in the form requested but which is available in another form or can be obtained at least in part from other date in your possession, so state and either (i) supply the information requested in the form in which it is available or (ii) supply data from which the information requested can be obtained.

8.  If you claim a privilege with respect to information pertaining to any document that you are asked to identify or describe in these Interrogatories, furnish a list signed by counsel giving the following information with respect to each such document:

a.  The title of the document;

b.  The nature of the document. e.g., interoffice memorandum, correspondence, report, etc.

c.  The identity of the sender and the identity of the recipient(s) of the document;

d.  A statement of basis upon which the privilege is claimed and a summary of the subject matter of the document in sufficient detail to permit the Court to rule on the propriety of the claim of privilege; and

e.  The paragraph number of the Interrogatory to which the document is responsive or otherwise pertains.

9.  Interrogatories calling for numerical or chronological information shall be deemed, to the

IN RE: JOSUE CEPERO AND LETICIA CEPERO
BANKTUPTCY CASE NO. 17-20358-LMI (CHAPTER 13)

extent that precise figures or dates are not known, to call for estimates. In each instance that an estimate is given, identify it as such together with the source of information upon which you base the estimate.

## ANSWERS TO INTERROGATORIES

1. What is your name and address of the person answering these interrogatories, and if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

    - Josue Cepero and Leticia Cepero, 20205 S.W 14th Ct, Miami, FL 33189.

2. Identify each and every person that you may call or intend to call as a witness to testify concerning the matters relating to your claim for emotional distress and punitive damages.

    - Frances Pena, LCSW.

    - Dr. Marjorie Caro, Psychiatrist.

    - Oscar Danilo Pozo, LCSW.

    - Josue Cepero, and Leticia Cepero.

    - Marglli Gallego

    - The person at the Hammocks Association who has the most knowledge of the finances of the Hammocks Association.

3. For each witness identified in Interrogatory No. 2, identify:

a) His/ her current occupation, address, and telephone number;

    - Frances Pena, LCSW, 15160 S.W 136 St, Miami, FL, 33196, 305-975-4049.

    - Dr. Oscar Danilo Pozo, Psychiatrist,11880 S.W 40 St, Miami, FL33175, 305-554-0808.

    - Dr. Marjorie Caro, Psychiatrist, 5860 W Flagler St, Miami, FL 33144, 305-264-7808.

- Josue Cepero, disabled, and Leticia Cepero, unemployed, 20205 S.W 14 Ct, Miami, FL 33189.

b) The subject matter upon which he/she is expected to testify; and

- Dr. Marjorie Caro is expected to testify that Josue Cepero has significant anxiety due to the financial stress that caused him to file bankruptcy and because of the problems he has been having with his wife due to struggles because of the conflict with the Association and Marglli Gallego.

- Frances Pena, LCSW, is expected to testify that Leticia Cepero has major anxiety and depression due to her conflict with the Association and their representatives.

- Oscar Danilo Pozo is expected to testify that Leticia Cepero is under enormous stress due to the conflict with the Association and Marglli Gallego. Oscar Danilo Pozo will discuss Ms. Cepero's disorders and the medication she is taking.

c) The relationship of that person to the debtor(s).

- Medical professionals.

4. Describe in detail how Josue Cepero suffered significant emotional distress as a result of the incident that occurred on May 15, 2019, as alleged in the Debtor's Motion for Contempt.

- Josue Cepero saw Dr. Marjorie Caro, a psychiatrist, starting on October 3, 2018. He sought help for financial issues and intimacy problems with his wife. Although Mr. Cepero saw Dr. Caro six times; The Association was only mentioned in the medical records at their last appointment on February 25, 2020. Dr. Caro no longer accepted Mr. Cepero insurance so he stopped going to see Dr. Caro on February 25, 2020.

5. Describe in detail how Leticia Cepero suffered significant emotional distress as a result

of the incident that occurred on May 15, 2019, as alleged in the Debtor's Motion for Contempt.

- Leticia Cepero saw Oscar Danilo Pozo, a psychiatrist, starting on June 23, 2020. Dr. Pozo determined at that time Ms. Cepero was suffering from acute stress reaction, major depression disorder, recurrent sever without psychotic features and general anxiety disorder. He prescribed several medications for these symptoms and her sleep disorder. She was diagnosed with Covid-19 in April 2020 which added to her stress. Ms. Cepero was again seen August 3, 2021 and was diagnosed with PTSD, unspecified anxiety disorder, unspecified and major depressive disorder, unspecified. The prescriptions were refilled.

6. Describe in detail how Leticia Cepero suffered significant emotional distress as a result of the incident that occurred when Marglli Gallego filed a lawsuit against Leticia Cepero during November 2020.

- Increase in anxiety but spoke with Attorney Michael Brooks and felt relieved.

7. List the names and business addresses of each physician, psychologist and/or psychiatrist who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries you claim to have suffered as a result of the emotional distress described in Interrogatory number 4; and state as to each the date of treatment or examination and the injury or condition for which were examined or treated.

- Dr. Marjorie Caro, psychiatrist, 5860 W Flagler St, Miami, FL 33144 treated Josue Cepero the following dates: July 30, 2018, August 27, 2019, October 3, 2018, October 4, 2019, November 12, 2019, February 25, 2020.

8. List the names and business addresses of each physician, psychologist and/or psychiatrist

**IN RE: JOSUE CEPERO AND LETICIA CEPERO**
**BANKTUPTCY CASE NO. 17-20358-LMI (CHAPTER 13)**

who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries you claim to have suffered as a result of the emotional distress described in Interrogatory number 5; and state as to each the date of treatment or examination and the injury or condition for which were examined or treated.

- Jillian Brito, ARNP, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on March 8, 2017.

- Indira Toriac, ARNP, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on March 29, 2017.

- Reinaldo Hernandez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on April 20, 2017.

- Beatriz Ruiz, ARNP, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on May 8, 2017.

- Emelio Gonzalez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on June 13, 2017.

- Emelio Gonzalez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on July 14, 2017.

- Emilio Gonzalez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on September 20, 2017.

- Emelio Gonzalez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on November 16, 2017.

- Emilio Gonzalez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on April 3, 2019.

- Emelio Gonzalez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on November 9, 2019.

- Reinaldo Hernandez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on April 8, 2020.

- Reinaldo Hernandez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on April 23, 2020.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on May 25, 2020.

**IN RE: JOSUE CEPERO AND LETICIA CEPERO**
**BANKTUPTCY CASE NO. 17-20358-LMI (CHAPTER 13)**

- Oscar Danilo Pozo, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on June 23, 2020.

- Daniela Ibarra, APRN, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on August 3, 2020.

- Belkis Aguila, APRN, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on October 15, 2020.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on November 2, 2020.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on November 3, 2020.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on November 6, 2020.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on November 10, 2020.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on December 6, 2020.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on December 19, 2020.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on January 2, 2021.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on January 23, 2021.

- Oscar Danilo Poszo, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on February 19, 2021.

- Reinaldo Hernandez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on February 24, 2021.

- Aimee Gonzalez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on April 21, 2021.

- Belkis Aguila, APRN, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on May 6, 2021.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on May 22, 2021.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on June 15, 2021.

- Frances Pena, LCSW, 15160 SW 136 ST, Miami, FL 33196 treated Leticia on July 23, 2021.

- Oscar Danilo Pozo, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on August 3, 2021.

- Diana Arguedas, APRN, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL 33183 treated Leticia Cepero on October 29, 2021.

9. List the names and business addresses of each physician, psychologist and/or psychiatrist who has treated or examined you, and each medical facility where you have received any treatment or examination for the injuries you claim to have suffered as a result of the emotional distress described in Interrogatory number 6; and state as to each the date of treatment or examination and the injury or condition for which were examined or treated.

    - None.

10. List the names and business addresses of all physician, psychiatrists, psychologists, medical facilities, or other health care providers by whom or at which Leticia Cepero has been examined or treated from January 1, 2015, to the present; and state as to each the dates of treatment.

    - Dr. George Sanchez. 7500 S.W 87th Ave, #200, Miami, FL 33173.

    - Dr. Daniel Gelrud, 9408 S.W 87th Ave, #200, Miami, FL 33176, (305)-913-0666.

    - Dr. Abilio Cuello, 8950 N. Kendall Dr., #504, Miami, FL 33176, (305)-274-2030.

    - Reinaldo Hernandez, MD, Sanitas Medical Center, 7135 S.W 117th Ave, Miami, FL (844)-665-4827.

11. List the names and business addresses of each physician, psychiatrists, psychologists,

IN RE: JOSUE CEPERO AND LETICIA CEPERO
BANKTUPTCY CASE NO. 17-20358-LMI (CHAPTER 13)

medical facilities, or other health care providers by whom or at which Josue Cepero has been examined or treated from January 1, 2015, to the present; and state as to each the dates of treatment.

- Dr. Gabriel Suarez, 15955 S.W 96 St, #200, Miami, Florida 33196, (786)-467-3140.
- Dr. Rubin Gonzalez, 11780 S.W 89th St, Miami, FL 33186, 305-260-9803.

12. List the names and addresses of all persons who believed or known by you, your agents, or your attorneys to have any knowledge your claim for emotional distress.

- Josue Cepero and Leticia Cepero, 20205 S.W 14th Ct, Miami, FL 33189.
- Josue Cepero, Jr., 20205 S.W 14th Ct, Miami, FL 33189.

13. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinion to which the witness is expected to testify and a summary of the grounds for each opinion.

- Dr. Frances Pena, LCSW, 15160 S.W 136 St, Miami, FL 33196, 305-975-4049
- Dr. Marjorie Caro, Doctor, 5860 W Flagler St, Miami, FL 33144, 305-264-7808.
- Oscar Danilo Pozo, LCSW, 15160 SW 136 St, Miami, FL 33196, 305-554-0808.

IN RE: JOSUE CEPERO AND LETICIA CEPERO
BANKTUPTCY CASE NO. 17-20358-LMI (CHAPTER 13)

Dated: November 19, 2021

_____
**Josue Cepero**

_____
**Leticia Cepero**

LAW OFFICES OF MICHAEL J. BROOKS, ESQ
Attorney for the Debtors
8410 S.W 40th St
Miami, Florida 33155
Telephone: (954)859-6661

By:\_\_\_/s/_____
Michael J. Brooks, ESQ
FL BAR NO.:434442

## AFFIDAVIT

STATE OF FLORIDA           )
COUNTY OF MIAMI-DADE   )

    I HERBY CERTIFY that the foregoing AFFIDAVIT was acknowledged before this,_____ day of _____, 2021, ( Josue Cepero and Leticia Cepero,) who is personally known to me or who has produced _____, as identification and who duly did take an oath.

_____
NOTARY PUBLIC

My Commission Expire:

**IN RE: JOSUE CEPERO AND LETICIA CEPERO**
**BANKTUPTCY CASE NO. 17-20358-LMI (CHAPTER 13)**