**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                                                           Case Number: 17-20358-LMI
                                                                                                 Chapter 13

JOSUE CEPERO and
LETICIA CEPERO

_____Debtor(s)_____/

**WITNESS LIST FOR REMOTE EVIDENTIARY HEARING**

COMES NOW Hammocks Community Association and Marglli Gallego, by and through the undersigned, and files this Witness List for Remote Evidentiary Hearing based upon the requirements by this Court as established by the Order On Sanctions and Setting Further Evidentiary hearing and establishing related deadlines (ECF # 339) and state as follows:

A. Witness List:

  1. Dr. Henry Storper, M.D.
  2. Any witnesses called by the Debtors

B. Matters on which the remote witness will provide testimony.

  1. Dr. Storper will testify as to his independent psychiatric examination of the Debtors and their claim as to suffering severe emotional distress as a result of the matters alleged in the Amended Motion for Contempt (ECF # 289).

C. The city, state, and country where the remote witness will be located while testifying.

   All witnesses will be located in Miami, Florida while testifying.

D. The type of place from which the remote witness will testify.

   Dr. Storper will testify from his computer located in his home.

E. Whether anyone will be in the room with the remote witness during testimony.

   No one will be in the room during his testimony.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was transmitted to the parties listed below via electronic delivery on this 23rd day of December 2021:

Michael J. Brooks, Esq. on behalf of Debtors; pleadings@bankruptcynow.com, mbrooks@bankruptcynow.com;brooks.michaelr100502@notify.bestcase.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

/s/ Miguel Parlade
Miguel Parlade, Esq.
Fla. Bar. 388068
Attorney for Marglli Gallego and
Hammock Community Association
P.O. Box 771747
Miami, FL  33177
(305) 235-9040