UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:  Case Number: 17-20358-LMI
Chapter 13

JOSUE CEPERO and
LETICIA CEPERO

                 Debtor(s)    /

**HAMMOCKS COMMUNITY ASSOCIATION, INC. and MARGLLI GALLEGO'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR REHEARING ON ORDER ON DEBTOR'S MOTION FOR RECONSIDERATION (ECF 354)**

Respondents, Hammocks Community Association, Inc. and Marglli Gallego, hereby file their Memorandum in Opposition to Defendant's Motion for Rehearing on Order on Debtor's Motion for Reconsideration and in support thereof state:

1. On December 9, 2021 this Court denied Debtors' Motion for Reconsideration on the issue of attorney's fees incurred prior to the Debtors obtaining their current counsel (ECF 351).

2. On December 13, 2021, Debtors filed a Motion for Rehearing on Order on Debtor's Motion for Reconsideration (ECF 354).

3. While ordinarily a motion for rehearing would not call for a response unless ordered by the Court, Fed. R. Bankr. P. 8022, the motion states that the Debtors proceeding under "Rule 60".

4. Fed. R. Civ. P. 60 states that for relief from a judgment or order a moving party must demonstrate, "mistake, inadvertence, surprise, or excusable neglect;  newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); fraud; misrepresentation, or misconduct by an opposing party;

the judgment is void; the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or any other reason that justifies relief."

5. Debtors' motion fails to allege the existence of any of the requirements of Fed. R. Civ. P. 60 to justify relief from a judgment or order.

6. In fact, Debtors' attorney states that no new evidence exists and that no evidence of the prior work can be found and now wishes to estimate the work performed. (See, Para. 2 of ECF 354)("The timesheets cannot be found and therefore, the undersigned will describe the work performed below").

7. This is insufficient to satisfy the requirements of Fed. R. Civ. P. 60 and for this Court to grant the relief requested.

WHEREFORE, Respondents Hammocks Community Association and Marglli Gallego respectfully request that this Court deny Debtors' Motion for Rehearing.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was transmitted to the parties listed below via electronic delivery on this 24th day of December 2021:

Michael J. Brooks, Esq. on behalf of Debtors; pleadings@bankruptcynow.com, mbrooks@bankruptcynow.com;brooks.michaelr100502@notify.bestcase.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

/s/ Miguel Parlade
Miguel Parlade, Esq.
Fla. Bar. 388068
Attorney for Marglli Gallego and
Hammocks Community Association
P.O. Box 771747
Miami, FL  33177
(305) 235-9040
parladelaw@gmail.com