UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                         Case Number: 17-20358-LMI
                                               Chapter 13
JOSUE CEPERO and
LETICIA CEPERO

_____ Debtor(s) ____/
**HAMMOCKS COMMUNITY ASSOCIATION, INC. and MARGLLI GALLEGO'S
OMNIBUS MOTION IN LIMINE**

Respondents, Hammocks Community Association, Inc. and Marglli Gallego, hereby file their Omnibus Motion in Limine and in support thereof state:

1. On October 27, 2021, this Court held both Hammocks Community Association and Marglli Gallego in contempt for having violated stay away orders issued by this Court, and this Court requested an additional evidentiary hearing on December 30, 2021 limited to the issues of emotional distress damages and the ability of the parties to pay punitive damages (ECF 339).

2. On December 23, 2021, Debtors filed their Exhibit List and Witness Lists (ECF 368 and ECF 369, respectively).

3. The Exhibit List lists a "Tree Letter" as an Exhibit that Debtors wish to introduce at the above-mentioned hearing, as well as Answers to Interrogatories by the Hammocks Community Association. (Exhibit No. 5 and No. 12 of ECF 368).

4. The "Tree Letter" is an exhibit that Debtors tried multiple times to admit to this court during their case in chief but were never able to properly lay the foundation. *See, Page. 3, Footnote 1 of ECF 328* ("The Debtors failed to present evidence either at the original evidentiary hearing or the continued evidentiary hearing to support the allegations regarding the tree trimming flyer.").

5. Further, the Answer to Interrogatories by Hammocks Community Association contains a response in reference to pending criminal proceedings against former President of Hammocks Community Association, Marglli Gallego.

6. Debtors Witness List contains various expert witnesses who are also treating physicians. Debtors have only produced one "report" from these witnesses from Francis Pena, LCSW. *Attached herewith as Exhibit "A". (Please note: Movants have a pending Motion to Strike Expert Witnesses for Debtors failure to provide the expert disclosures ordered by this Court, ECF 378).*

7. This "report" is actually a case summary and does not contain opinion testimony beyond the care and treatment of Debtor, Leticia Cepero.

Based on aforementioned, Movants Respondents Hammocks Community Association and Marglli Gallego, respectfully request that this Court preclude the following categories of evidence at the upcoming trial:

   a) Expert/opinion testimony by Plaintiff's treating physician(s). ("[w]here a doctor's opinion extends beyond the facts disclosed during care and treatment of the patient and the doctor is specially retained to develop opinion testimony, he or she is subject to the provisions of Rule 26(a)(2)(B)." *Levine v. Wyeth, Inc.*, No. 8:09-cv-854-T-33AEP, 2010 WL 2612579, at *1 (M.D. Fla. June 25, 2010).* Federal Rules of Evidence Rule 26 (a)(2)(B) states that all witnesses must provide "complete statements of all opinions the witness will express and the basis and reasons for them" as well as the "facts or data considered by the witness in forming them". Any opinion testimony by treating physicians outside the treatment, care, and diagnosis of the Debtors as contained in the medical records produced to the undersigned should be disallowed.

   b) Debtors reference to hearsay medical testimony.

   c) Evidence that qualifies as inadmissible hearsay.

   d) Evidence that references immaterial matters and events. This court limited scope of the upcoming trial to the determination of damages for emotional distress and punitive damages. Movants respectfully request that this Court limit the evidence introduced for this purpose,

and not permit the introduction of irrelevant evidence such as the "Tree Letter" contained in Debtors Exhibit List and any other evidence this court deems immaterial.

e) Character Evidence or evidence of other crimes, wrongs, or acts. Federal Rules of Evidence Rule 404 (b) prohibits the use of any other crime, wrong, or act to prove a person's character or to show that a person acted in a certain way in accordance with that character.

FOR THE FOREGOING REASONS, Respondents Hammocks Community Association and Marglli Gallego respectfully request that this Grant this Motion and preclude any of the aforementioned evidence from being presented by the Debtors' counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was transmitted to the parties listed below via electronic delivery on this 28th day of December 2021:

Michael J. Brooks, Esq. on behalf of Debtors; pleadings@bankruptcynow.com, mbrooks@bankruptcynow.com;brooks.michaelr100502@notify.bestcase.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

/s/ Miguel Parlade
Miguel Parlade, Esq.
Fla. Bar. 388068
Attorney for Marglli Gallego and
Hammocks Community Association
P.O. Box 771747
Miami, FL 33177
(305) 235-9040
parladelaw@gmail.com

# Exhibit A

### Frances Pena, LCSW

### Psychosocial Assessment/ Case Summary

**Client:** Leticia Cepero
**DOB:** May 28, 1959
**Date:** December 20, 2021

**Presenting Problem:** Leticia Cepero sought this therapist due to extreme anxiety, panic attacks, inability to sleep and inability to function at her baseline. Pt stated "I feel I cannot control my anxiety and fear. I need professional help." Pt has not been able to control her fears and feels very anxious and depressed and was crying during initial session. Pt reports that she is not able to sleep properly and wakes up due to nightmares and flashbacks. Pt feels that she is being harassed by members of the board and feels threatened.

**Personal/Social History:** Leticia Cepero is a 62 yr old married Cuban professional female. Pt grew up with her parents in Cuba and moved to Miami with husband. Pt has been living in the hammocks with husband very happily until the events with the board that brought her to treatment. Pt still informs worker of events that continue to make her fearful and hypervigilant. Pt unable to sleep and appetite is also impaired. Pt has been able to work in the past as a professional but unable to function at her baseline at this time.

**Mental Status:** Pt is alert, oriented x4 and clean but her appearance has changed significantly. Pt does not fix her hair or wear makeup and appears very sad. Pt affect is very anxious and admits to being very fearful. Pt at times does become tearful during sessions. Pt preoccupied about her and husband safety. Pt denies auditory/ visual hallucination. Pt denies suicide homicide ideation. Pt is very emotional but appears to have good insight and judgement. Pt hypervigilance appears to have developed after past traumatic incidents with member of board and threats.

**Strengths:** Pt does have good communication skills and family is very supportive. Pt does not have any substance abuse history or psychiatric history in the past.

**Treatment:** I have been working with patient since April 2020 after situation where pt was held against her will for several hours. Pt has informed worker of several incidents after where they have cut her bushes, cars have pulled up to her house with cameras and someone has shaken her doorknob. Pt continues to feel very anxious and depressed. PT has panic attacks and is unable to sleep due to nightmares and fear. Pt has been having sessions via telehealth and in the office. Pt has also requested emergency meetings when she has panic attacks. Pt remains hypervigilant and fearful. Therapist provides ego supportive therapy, DBT, CBT, relaxation techniques. Pt is in treatment with psychiatrist as well to manage extreme symptoms.

**Plan:** Therapist will continue to meet with pt weekly/ as needed to treat her PTSD, Anxiety and Depression. Pt insurance plan still has not made any payments to this worker and pt informs that she will pay privately if insurance does not cover.

DX: Post Traumatic Stress Disorder
    Generalized Anxiety Disorder
    Major Depressive Disorder

*Frances Pena, LCSW*
Frances Pena, LCSW
SW 8150