UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 17-20358-LMI
Chapter 13

Josue Cepero and Leticia Cepero    /

Plaintiff  Adv. No.

vs.

Defendant
_____/

## AMENDED EXHIBIT REGISTER

Exhibits Submitted on behalf of:  ☐ Plaintiff  ☐ Defendant  ☒ Debtor  ☐ Other: _____

Submitted By:  Michael J. Brooks, Esq, 8410 S.W 40th Street, Miami, FL 33155, 954-859-6661
(name, address, and phone number)

Date of Hearing/Trial: December 30, 2021    Type of Hearing/Trial: Trial

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Deeds | | | |
| 2 | Medical Reports from Frances Pena, LCSW | | | |
| 3 | Medical Report from Marjorie Caro, MD, PA | | | |
| 4 | Progress Notes from Oscar Pozo, MD | | | |
| 5 | "Tree Letter" | | | |
| 6 | Hammocks Community Association proposed budgets | | | |
| 7 | Association bank statement balamces | | | |
| 8 | Hammocks community association real property | | | |
| 9 | Hammocks Communtiy association account recievables | | | |
| 10 | Hammocks Community Association foreclosure | | | |
| 11 | All vehicles owned by Hammocks Community Association | | | |
| 12 | | | | |
| 13 | The shooting recording | | | |
| 14 | The hedge getting pulled out recording | | | |

Page | 1

LF-49 (rev. 05/20/2020)

[AMENDED EXHIBIT REGISTER CONTINUATION PAGE]

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 15 | A lady knocking on the door and leaving recording | | | |
| 16 | Josue Cepero's IME Letter | | | |
| 17 | Leticia Cepero IME Letter | | | |