**HENRY M. STORPER, M.D., P.A.**
9275 S.W. 152ND ST., SUITE 108B
MIAMI, FLORIDA 33157
(305) 252-0533
FAX (305) 252-0575

HENRY M. STORPER, M.D.
DIPLOMATE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY
FRAN STORPER, M.S.W.

12/11/2021
Miguel F. Parlade, Esq.
Law offices of Miguel Parlade, P.A.
P.O. Box 771747
Miami, FL 33177
Re: Josue Cepero
DOB: 04/11/1959

Dear Mr. Parlade,

The following is an independent medical examination of Josue Cepero conducted by me on 12/10/2021.

The patient was seen by telepsychiatry on the above date. The following is a report of that evaluation. He is a 63-year-old Latin male, who was referred for an evaluation because of allegations in a lawsuit that an incident caused a number of mental health symptoms. The patient was advised that this examination was for evaluation purposes and that no treatment would be offered. He was also informed that the information in the report was not strictly confidential but would be included in the report sent to both attorneys and to the court. He understood and agreed to all of the above circumstances and conditions. In addition, a translator Alicia Dimetriou was present throughout, because Mr. Cepero does not speak English, and I do not speak Spanish.

## HISTORY OF PRESENT ILLNESS:

The issue at hand, centers around an episode which occurred on May 15, 2019. There had been a history of conflict between the Ceperos, the homeowners association, and Ms. Gallego. There are different versions as to what occurred. I will present the version of the Ceperos. He states that he and his wife were on their way to visit a friend (Alicia) to congratulate her, on her recent electoral victory. they stopped at a bank and then drove, without any further stops and parked near Alicia's home. He reports

that they were confronted in their car by Ms. Gallego and security from the homeowner's association. It is his view, that they were held hostage for hours and were not permitted to leave or get out of their vehicle. Ultimately, the police was called by both sides and came promptly within 5-10 minutes of the initial confrontation.

The patient reports "I don't feel well". He reports that he feels a lot of stress and is fearful about his life circumstances. He feels sad, blue, and anxious. He reports reduction in sleep, characterized by sleeping 5-6 hours, per night and reports a weight loss of 27 pounds over the last several weeks. He and his wife are involved in a series of lawsuits, with the homeowner's associations of The Hammocks, and its president Marglli Gallego. He is quite preoccupied with his wife's welfare, and comments as to how she has changed, deteriorated and "is not the same person". He also reports sexual difficulties. The patient is on disability, due to orthopedic problems. He is not working, and is home, most of the day. He believes that he is being spied upon by homeowner association staff and by security. He feels that he is the target of special scrutiny, not applied to the behaviors of others. It was difficult to elicit specific information, at times, from Mr. Cepero because he was preoccupied with his anger and upset towards the HOA and its president.

**PSYCIATRIC HISTORY:**
The patient denies any history of prior psychiatric treatments before 10/03/2018. He saw Marjorie Caro, M.D. who is the daughter of his prior family doctor, Pedro Caro, M.D. I've been provided with the records of these visits.

He was seen initially on 10/03/2018, complaining of multiple financial stress, including his disability, and that his check was not enough to cover his needs. He reports having difficulties with his wife, with regard to intimate relationships, and reports that he feels defeated physically and emotionally. He is pessimistic about his future. His main complaint is noted as insomnia, and feeling tired during the day. These symptoms had been present for approximately one year. In Dr. Caro's notes, she reports feelings of worthlessness, hopelessness, and ruminations with poor insight into his illness. She notes that there are no current medications ordered for him and he was prescribed clonazepam 1mg tablet, 30 tablets.

He returned for an evaluation of depression, on 07/30/2019, nine months after his first visit. He was experiencing feelings of sadness, worthlessness, despair, insomnia, hopelessness, abandonment, lack of

concentration, and related to issues in The Hammocks. He is prescribed clonazepam 1mg, for anxiety, and Mirtazapine 7.5mg, at bedtime for depression and insomnia. He is seen again 08/27/2019, and it's reported that he's been experiencing increased stress, at home, due to recent bankruptcy, and he has impaired sleep. He was not able to start the medication, because the insurance did not cover the dosage strength. His complaints are unchanged.

He is seen again on 10/04/2019, and repeats feeling worse since the last visit. He stopped the mirtazapine due to severe nausea and vomiting. He's upset about the severe illness of his father who lives in Cuba. The mirtazapine is discontinued, citalopram 10mg, per day is started, trazodone 50mg is offered at bedtime, and clonazepam is continued. He is seen next on 11/12/2019 and her history notes continued issues in his living situation and problems with the landlord, since he was reported to the police. There is another paragraph which essentially repeats the information on the prior notes. Citalopram 10mg is continued, and trazodone is discontinued because of adverse effects, and clonazepam 1mg, is continued for anxiety.

His diagnosis is noted as Anxiety disorder, Insomnia, and Major Depressive disorder, single episode. His last visit is 02/25/2020, and it's reported that the patient was upset because his father died, nine days prior to the visit. Complaints from prior notes are repeated in this note. He is now being given hydroxyzine 50mg, at bedtime for insomnia, was told to continue citalopram 10mg, per day, and clonazepam 1mg, as needed. Diagnoses are unchanged and that was his last mental health visit. Covid-19 started in March 2020, and he did not have any other mental health follow-up care.

He reports that he is currently taking clonazepam 1mg, as needed, and Lexapro 5mg, per day, being prescribed by Gabriel Suarez, his current family physician. I do not have any medical records for his care by Dr. Suarez nor any medical records for his primary care treatment by Dr. Pedro Caro. He has not had any psychiatric hospitalizations.

**MEDICAL HISTORY:**

The patient is seen by Dr. Gabriel Suarez and has had numerous orthopedic problems which included, tearing of both his rotator cuffs, which led to his obtaining SSI. He also suffers from gout, and takes allopurinol. He is prescribed omeprazole for reflux. He denies taking any other medications or treatment from any other physician.

**SUBSTANCE ABUSE HISTORY:**

The patient denies usage of drugs and alcohol.

**CAFFEINE HISTORY:**

The patient denies usage of caffeine, because he reports it makes his reflux worse.

**SOCIAL HISTORY:**

The patient notes that he and his wife have been together for 38 years, and have two children as well as grandchildren. He was born in Cuba and came with his wife and child to the United States when he was 33 years old. He is a graduate of university in economics in Cuba. In Miami, he became an electrician and worked for approximately 20 years. He then left to do handyman work and odd jobs, until he became disabled, in 2017.

He and his wife have lived in The Hammocks for approximately 20 years and states that he did handyman work there for about 8 months.

He notes that he and his wife had a history of conflict with The Hammocks homeowner's association with regard to alleged nonpayment of fees. He reports that a lien was placed on their home, which was very upsetting to him, and then reports being subjected to extra fees allegedly for nonpayment of the lien. He and his wife decided to file for bankruptcy in August 2017, in an effort to protect their assets, and to put an end to these financial difficulties. Subsequently, there have been a series of accusations and counteraccusations between the patient, his wife, homeowner's association, and it's president, which is the subject of multiple lawsuits including the present one.

**MENTAL STATUS EXAM:**

The patient is a well-developed, well-nourished male in moderate distress. Speech is of normal rate and rhythm. Articulation is normal, speech is spontaneous and coherent, and there are no abnormalities noted.

With regard to his affect, it is anxious, and pleasant except when he speaks about the conflict with Ms. Gallego and the HOA. At that point he becomes very agitated and angry, and speaks, at length. It is

difficult for the examiner to get him to stop. There is no evidence of ideas of harm or violence to himself or anyone else.

With regard to his thoughts, they are circumstantial and tangential, and he has significant obsessive ruminations when we are on the topic of the current conflict between he and the homeowners association or his ruminations about the welfare of his wife and how she has changed. There is no evidence of auditory or visual hallucinations. There is no evidence of a thought disorder. He does present with paranoid persecutory ideation in which he feels Ms. Gallego and the homeowners association is out to get him and to harm him. He states that he feels like he is being watched, and is the object of special scrutiny in his environment. He believes that neighbors have turned against him, because they are fearful of the power of the homeowners association or their minds have been poisoned against him. There are no ideas of reference.

With regard to his sensorium, he is oriented to time, place and person. Recent and remote memory are intact. Attention span and concentration are average. He is able to do digit span and proverb interpretation on an average basis. Judgement and insight are fair.

**DIAGNOSTIC IMPRESSION:**

Major depressive disorder, with obsessive ruminations

Generalized anxiety disorder

**DISCUSSION:**

This patient is involved in an unfortunate conflict with the homeowners association and its officers, in the place where they reside. Therefore, they are unable to find peace and relaxation in an environment where it should occur. The patient states that if he had to do it all over again, he would have done something different. However, the current allegation that their mental health issues were caused by the incident on May 15, 2019 in my view, is without substance.

There is ample documentation in the contemporaneous medical records that his initial visit to Marjorie Caro, M.D. a psychiatrist on 10/03/2018 is characterized as financial stress, had to do with his disability and his check not being enough to cover his needs, having difficulties with his wife with intimate relations and feeling defeated physically and emotionally. He's feeling hopeless, helpless and pessimistic about his future, and his main complaint was characterized as insomnia, and feeling tired during the

day. These complaints of three years ago are essentially identical to the complaints he presents today. In my view, he has received inadequate care with regard to his psychiatric difficulties and further has not sought other opinions or made any complaint about his lack of appropriate care. His frequency of visits does not suggest an exacerbation of psychiatric problems after the episode and his lack of follow up care during these more stressful times. It does not indicate a greater level of distress attributed to the traffic incident of May 2019.

I have not been provided with records of Gabriel Suarez, his PCP or Dr. Pedro Caro his prior family physician. These may be quite relevant to opinions offered in this case. Therefore, I reserve the right to alter this opinion if new information is presented to me.

Sincerely,

Henry M. Storper, MD
Psychiatry, Board Certified
License number: ME25917