# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 17-20358-LMI
                                                Chapter 13

Josue Cepero and Leticia Cepero    /


                                                Adv. No.

     Plaintiff

     vs.

     Defendant                    /
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:    ☐ Plaintiff  ☐ Defendant  ☒ Debtor  ☐ Other: _____

Submitted By:    Michael J. Brooks, Esq, 8410 S.W 40th Street, Miami, FL 33155, 954-859-6661
                        (name, address, and phone number)

Date of Hearing/Trial:    December 30, 2021        Type of Hearing/Trial:    Trial

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Deeds — Composite | A | | |
| 2 | Medical Reports from Frances Pena, LCSW | A | | |
| 3 | Medical Report from Marjorie Caro, MD, PA | A | | |
| 4 | Progress Notes from Oscar Pozo, MD | A | | |
| 5 | "Tree Letter" | | | X |
| 6 | Hammocks Community Association proposed budgets | A | | |
| 7 | Association bank statement balamces | A | | |
| 8 | Hammocks community association real property | A | | |
| 9 | Hammocks Communtiy association account recievables | A | | |
| 10 | Hammocks Community Association foreclosure | | | X |
| 11 | All vehicles owned by Hemmocks Community Association | A | | |
| 12 | Answers to Interrogatories | | | X |
| | | | | |
| | | | | |

LF-49 (rev. 05/20/2020)

**[EXHIBIT REGISTER CONTINUATION PAGE]**

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

LF-49 (rev. 05/20/2020)