**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA** www.flsb.uscourts.gov

In re:                                              Case No. 17-20358-BKC-LMI
                                                    Chapter 13

JOSUE CEPERO and
LETICIA CEPERO
_____/

## EXHIBIT
## REGISTER

Exhibits Submitted on behalf of:

[  ] Plaintiff [  ] Defendant [  ] Debtor [X] Respondents

Date of Hearing/Trial: <u>December 30, 2021</u>

Type of Hearing/Trial: <u>Evidentiary hearing on Emotional Distress/Punitive Damages (ECF 339)</u>

SUBMITTED BY:  <u>Miguel Parlade, Esquire</u>

                        P.O. Box 771747

                        Miami, FL  33177

                        (Tel.) 305-235-9040

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Debtor's Answers to Interrogatories | A | | |
| 2 | Any Exhibits Introduced by Debtors | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

LF-49 (rev. 05/20/2020)                                              Page | 1

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:

Case No. 17-20358-LMI
Chapter 13

Josue Cepero and Leticia Cepero

Plaintiff

Adv. No.

vs.

Defendant

_____/

## SUPPLEMENTAL EXHIBIT

Exhibits Submitted on behalf of:    ☐ Plaintiff  ☐ Defendant  ☒ Debtor  ☐ Other: _____

Submitted By:    Michael J. Brooks, Esq, 8410 S.W 40th Street, Miami, FL.33155, 954-859-6661
                 (name, address, and phone number)

Date of Hearing/Trial:    December 30, 2021    Type of Hearing/Trial:    Trial

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| # 13 | The shooting recording. | A | | |
| 2 14 | The hedge getting pulled out recording. | A | | |
| 3 15 | A lady knocking on the door and leaving. | A | | |
| 16 | Dr. Stoper Report J. Cepero | A | | |
| 17 | Dr. Stoper Report L Cepero | A | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

LF-49 (rev. 05Josue Cepero and Leticia Cepero /20/2020)

Page | 1