| | | |
|---|---|---|
| bel Matrix for local noticing<br>3C-1<br>se 17-20358-LMI<br>uthern District of Florida<br>ami<br>d Sep 23 10:04:49 EDT 2020 | Hammocks Community Association, Inc<br>Law Offices of Miguel Parlade, P.A.<br>PO Box 771747<br>Miami, FL 33177-0030 | JPMorgan Chase Bank, N.A.<br>c/o Kelley Kronenberg Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 |
| lls Fargo Bank, NA.<br>o Lindsey Savastano<br>24 North Federal Highway #360<br>ca Raton, FL 33431-7780 | AT&T<br>POB 5014<br>Carol Stream, IL 60197-5014 | Aes/nelnet<br>Pob 61047<br>Harrisburg, PA 17106-1047 |
| hley Funding Services, LLC its successors<br>signs as assignee of Laboratory<br>rporation of America Holdings<br>surgent Capital Services<br>Box 10587<br>eenville, SC 29603-0587 | Aventura Hospital<br>POB 9060<br>Clearwater, FL 33758-9060 | Berks Credit & Coll<br>900 Corporate Dr<br>Reading, PA 19605-3340 |
| )CAPITAL ONE<br>BOX 30285<br>LT LAKE CITY UT 84130-0285 | Chase Auto<br>Po Box 901003<br>Ft Worth, TX 76101-2003 | Comenity Bank/anntylr<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| menity Bank/limited<br>Box 182789<br>lumbus, OH 43218-2789 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| nb Bloom<br>11 Duke Blvd<br>son, OH 45040-8999 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 | ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 |
| )US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>TN ROBERT ZAYAC<br>MARIETTA ST SUITE 300<br>LANTA GA 30303-2812 | Hammocks Community Association<br>9020 Hammocks Blvd<br>Miami, FL 33196-1301 | Hammocks Community Association, Inc<br>c/o Basulto, Robbins & Associates, LLP<br>14160 NW 77th Court, Suite 22<br>Miami Lakes, FL 33016-1506 |
| llcrest Davidson & A<br>5 N Glenville Dr Ste 4<br>chardson, TX 75081-2879 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 |
| NV Funding, LLC its successors and assigns<br>signee of FNBM, LLC<br>surgent Capital Services<br>Box 10587<br>eenville, SC 29603-0587 | Mabtc/tfc<br>Po Box 13306<br>Virginia Beach, VA 23464 | Miami Dade County<br>200 NW 2 Ave<br>3rd Floor<br>Miami, FL 33128-1733 |
| VIENT SOLUTIONS, LLC OBO ECMC<br>BOX 16408<br>. PAUL, MN 55116-0408 | (p)NATIONWIDE RECOVERY SERVICE<br>545 W INMAN ST<br>CLEVELAND TN 37311-1768 | Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |

| | | |
|---|---|---|
| fice of the US Trustee<br>S.W. 1st Ave.<br>ite 1204<br>ami, FL 33130-1614 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| antum3 Group LLC as agent for<br>MA Funding LLC<br>Box 788<br>rkland, WA 98083-0788 | Quest Diagonistics<br>c/o CCS<br>725 Canton St<br>Norwood, MA 02062-2679 | Santander Bank Na<br>865 Brook St<br>Rocky Hill, CT 06067-3444 |
| uth Miami Criticare<br>B 431840<br>ami, FL 33243-1840 | Special Assistant United States<br>Associates Area Counsel (SBSE) - Miami<br>PO BOX 9, Stop 8000<br>51 SW 1st Avenue<br>Miami, FL 33130-1608 | Special Assistant United States<br>Associates Area Counsel (SBSE) -Ft. Laud<br>1000 S. Pine Island Road<br>Suite 300<br>Fort Lauderdale, FL 33324-3910 |
| e Honorable Benjamin Greenberg<br>ited States Attorney<br>NE 4th Street<br>ami, FL 33132-2131 | The Honorable Jeff Sessions<br>United States Attorney General<br>Department of Justice, Room 4400<br>950 Pennsylvania Avenue N.W.<br>Washington, DC 20530-0001 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 |
| bbank/fingerhut<br>50 Ridgewood Road<br>int Cloud, MN 56303-0820 | Wells Fargo<br>POB 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Bank, NA<br>c/o Lindsey Savastano<br>Shapiro, Fishman & Gache, LLP<br>2424 N. Federal Highway<br>Suite 360<br>Boca Raton, FL 33431-7701 |
| st Kendall Hospital<br>B 830880<br>ami, FL 33283-0880 | Josue Cepero<br>9541 SW 148 Place<br>Miami, FL 33196-1514 | Leticia Cepero<br>9541 SW 148 Place<br>Miami, FL 33196-1514 |
| rglli Gallego<br>20 Hammocks Blvd.<br>ami, FL 33196-1301 | Michael J Brooks Esq<br>8410 SW 40 St<br>Miami, FL 33155-3200 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| pital One<br>000 Capital One Dr<br>chmond, VA 23238 | HUD<br>451 7th St SW<br>Washington, DC 20410 | Internal Revenue Service<br>Insolvency Support Group, Unit 1<br>Stop 5730<br>7850 SW 6th Court, Room 165<br>Fort Lauderdale, FL 33318 |
| tionwide Recovery Sv<br>Box 8005<br>eveland, TN 37320 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Tidewater Finance Company<br>PO Box 13306<br>Chesapeake, VA 23325 |

)U.S. Department of Housing and Urban Devel
1 7th Street S.W.
shington, DC 20410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)Miami

(d)Hammocks Community Association, Inc.
c/o Basulto, Robbins & Associates, LLP
14160 NW 77th Court, Suite 22
Miami Lakes, FL 33016-1506

End of Label Matrix
Mailable recipients    50
Bypassed recipients     2
Total                  52