| | | |
|---|---|---|
| Global Process Services Corp<br>P.O. Box 961556<br>Miami, FL 33296<br>Phone: (786) 287-0606<br>30-0778601 | **INVOICE** | Invoice #GER-2021002730<br>12/29/2021<br> |

Michael J. Brooks, Esq.
Law Office Of Michael J. Brooks, P.A.
8410 Sw 40th Street
Miami, FL 33155

Reference Number: MJBPA

**Case Number: Southern 17-20358-LMI**

**IN RE: JOSUE AND LETICIA CEPERO, Debtor**

Received: 12/29/2021    Served: 12/29/2021 12:57 pm  SUBSTITUTE - RESIDENTIAL
To be served on: MONICA GHILARDI, INDIVIDUAL AT THE HAMMOCKS HOMEOWNERS ASSOCIATION

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 40.00 | 40.00 |
| Rush Fee | 1.00 | 40.00 | 40.00 |
| Additional Addresses | 2.00 | 40.00 | 80.00 |
| Skip Trace $75 - Discount $15 | 1.00 | 60.00 | 60.00 |
| **TOTAL CHARGED:** | | | $220.00 |

| | |
|---|---|
| **BALANCE DUE:** | $220.00 |

**Comments pertaining to this invoice:**
12/29/2021 11:12 am Attempted service at 9020 HAMMOCKS BLVD., MIAMI, FL 33196, per assistant, Ms Ghilardi has not been in during covid. No forwarding information available
12/29/2021 12:00 pm Attempted service at 15241 SW 80TH STREET, APT. 203, MIAMI, FL 33193, spoke with Raima Rodriguez who is the current occupant for two years. Defendant not known
12/29/2021 12:23 pm Attempted service at 9020 HAMMOCKS BLVD., MIAMI, FL 33196, came back, they are closed. Front door is chained and locked
12/29/2021 12:57 pm Attempted service at 14717 SW 107TH TERR., MIAMI, FL 33196, served Dante Chauca as Husband/Co-resident

Please enclose a copy of this invoice with your payment.
Thank you for your business!

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c