UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

JOSUE CEPERO and
LETICIA CEPERO,

Debtor

Case No. 17-20358-LMI
Chapter 13

_____/

**HAMMOCKS COMMUNITY ASSOCIATION INC.'S AND
MARGLLI GALLEGO'S DESIGNATION OF ITEMS TO
BE INCLUDED IN THE RECORD AND ISSUES ON APPEAL**

Appellants', Hammocks Community Association Inc. (the "Association") and Marglli Gallego ("Gallego") (collectively, the "Appellants"), pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), file this designation of items to be included in the record on appeal and issues on Appeal.

**A.    DESIGNATION OF RECORD ON APPEAL**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 12/04/2018 | DE189 | Agreed Order On Debtor's Amended Motion for Contempt against Hammocks Community Association, Inc., and it's President, Marglli Gallego, (Re: # 159) |
| 12/07/2018 | DE191 | Order On Debtor's Amended Motion For Contempt Against Hammocks Community Association Inc And It's President Marglli Gallego (Re: 159 Amended Motion filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero). |
| 09/17/2019 | DE199 | Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero (Attachments: # 1 Exhibit Sworn Affidavit of Maria Alonso # 2 Exhibit police report # 3 Exhibit Petition # 4 Exhibit Circuit Court docket # 5 Exhibit resident letter, cover sheet for temporay injunction and Miami dade criminal record for Josue Cepero) |

1

| | | |
|---|---|---|
| 11/04/2019 | DE216 | Response to (199 Motion For Contempt filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero) Filed by Creditor Hammocks Community Association, Inc. |
| 08/27/2020 | DE255 | Transcript of 2/26/2020 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 199 Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero (Attachments: # 1 Exhibit Sworn Affidavit of Maria Alonso # 2 Exhibit police report # 3 Exhibit Petition # 4 Exhibit Circuit Court docket # 5 Exhibit resident letter, cover sheet for temporay injuction and Miami dade criminal record for Josue Cepero), 240 Motion in Limine Filed by 3rd Pty Defendant Marglli Gallego, Creditor Hammocks Community Association, Inc) |
| 12/29/2020 | DE267 | Supplemental Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero |
| 12/29/2020 | DE269 | Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero |
| 12/29/2020 | DE271 | Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero |
| 01/06/2021 | DE288 | Response to (267 Supplemental Motion For Contempt filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 280 Motion Supplement Witness List filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 281 Motion to Reopen Direct Examination filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero) Filed by 3rd Pty Defendant Marglli Gallego, Creditor Hammocks Community Association, Inc |
| 01/07/2021 | DE289 | Amended Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero |
| 03/03/2021 | DE321 | Transcript of 2/11/2021 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 199 Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero (Attachments: # 1 Exhibit Sworn Affidavit of Maria Alonso # 2 Exhibit police report # 3 Exhibit Petition # 4 Exhibit Circuit Court docket # 5 Exhibit resident letter, cover sheet for temporay injuction and Miami dade criminal record for Josue Cepero), 267 Supplemental Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 289 Amended Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero). |

| 03/03/2021 | DE322 | Transcript of 2/12/2021 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 199 Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero (Attachments: # 1 Exhibit Sworn Affidavit of Maria Alonso # 2 Exhibit police report # 3 Exhibit Petition # 4 Exhibit Circuit Court docket # 5 Exhibit resident letter, cover sheet for temporay injunction and Miami dade criminal record for Josue Cepero), 267 Supplemental Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 289 Amended Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 310 Motion to Reconsider Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero (Attachments: # 1 Exhibit Transcript)). |
|---|---|---|
| 03/08/2021 | DE324 | Debtors' Closing Argument On Amended Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero. |
| 04/06/2021 | DE325 | Respondents' Closing Argument Filed by 3rd Pty Defendant Marglli Gallego, Creditor Hammocks Community Association, Inc. |
| 04/06/2021 | DE326 | Reply to (325 Document filed by Creditor Hammocks Community Association, Inc, 3rd Pty Defendant Marglli Gallego) Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero |
| 07/19/2021 | DE328 | Order Finding Hammocks Community Association Inc. And Marglli Gallego In Contempt (Re: # 289) |
| 03/03/2021 | DE322 | Transcript of 2/12/2021 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 199 Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero (Attachments: # 1 Exhibit Sworn Affidavit of Maria Alonso # 2 Exhibit police report # 3 Exhibit Petition # 4 Exhibit Circuit Court docket # 5 Exhibit resident letter, cover sheet for temporay injunction and Miami dade criminal record for Josue Cepero), 267 Supplemental Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 289 Amended Motion For Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 310 Motion to Reconsider Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero (Attachments: # 1 Exhibit Transcript)). |
| 10/28/2021 | DE339 | Order on Sanctions and Setting Further Evidentiary Hearing (Re: 335 Debtors Statement of Damages on Order of |

|  |  | Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 337 Objection filed by Creditor Hammocks Community Association, Inc, Creditor Marglli Gallego). |
|---|---|---|
| 11/01/2021 | DE340 | Motion to Reconsider (Re: 339 Order Setting Hearing) Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero |
| 11/19/2021 | DE346 | Response to (340 Motion to Reconsider (Re: 339 Order Setting Hearing) filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero) Filed by Creditors Marglli Gallego, Hammocks Community Association, Inc |
| 12/23/2021 | DE371 | Proposed Exhibits ranging from 1 to 1 . 2 documents attached filed by Miguel Parlade on behalf of Hammocks Community Association, Inc, Marglli Gallego. Creditor's "Exhibits" (related document(s) 339 ). (admin) (Entered: 12/23/2021) |
| 12/23/2021 | DE369 | Proposed Exhibits ranging from 1 to 12 . 13 documents attached filed by Michael Brooks on behalf of Josue Cepero, Leticia Cepero. Exhibits For Trial (related document(s) 339 ) |
| 12/24/2021 | DE373 | Response to (354 Motion to Reconsider (Re: 351 Order on Motion To Reconsider) filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero) Filed by Creditors Marglli Gallego, Hammocks Community Association, Inc |
| 12/27/2021 | DE374 | Proposed Exhibits ranging from 1 to 3 . 4 documents attached filed by Michael Brooks on behalf of Josue Cepero, Leticia Cepero. Supplemental Exhibits (related document(s) 339 ). |
| 2/1/2022 | DE403 | Transcript of 12/30/2021 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 335 Debtors Statement of Damages on Order of Contempt Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero (Re: 328 Order on Motion for Contempt). (Attachments: # 1 Exhibit Michael Brooks Timesheet # 2 Exhibit Louis Arslanian Time Sheet # 3 Exhibit Debtors Cost), 354 Motion to Reconsider (Re: 351 Order on Motion To Reconsider) Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 378 Motion to Strike *Expert Witnesses* 369 Witness List Filed by Creditors Marglli Gallego, Hammocks Community Association, Inc, 380 Motion in Limine Filed by Creditors Marglli Gallego, Hammocks Community Association, Inc). |

4

| | | |
|---|---|---|
| 2/17/2022 | DE407 | Respondents' Closing Argument on Order on Sanctions and Setting Further Evidentiary Hearing (ECF 339) Filed by Creditors Marglli Gallego, Hammocks Community Association, Inc (Re: 339 Order Setting Hearing). (Parlade, Miguel) (Entered: 02/17/2022) |
| 3/1/2022 | DE411 | DEBTORS CLOSING ARGUMENT ON HEARING ON ORDER ON SANCTIONS AND SETTING FURTHER EVIDENTIARY HEARING (ECF #339) Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero (Re: 339 Order Setting Hearing). |
| 3/10/2022 | DE418 | Response to (411 Document filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero) Filed by Creditors Marglli Gallego, Hammocks Community Association, Inc |
| 6/8/2022 | DE480 | Order On Damages |
| 6/8/2022 | DE481 | Exhibit Register (After Hearing) Filed by Debtor Josue Cepero (Re: 335 Document filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 337 Objection filed by Creditor Hammocks Community Association, Inc, Creditor Marglli Gallego) |
| 6/8/22 | DE482 | Exhibit Register (After Hearing) Filed by Creditor Hammocks Community Association, Inc (Re: 335 Document filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero, 337 Objection filed by Creditor Hammocks Community Association, Inc, Creditor Marglli Gallego). |
| 6/17/2022 | DE489 | Motion to Alter or Amend Judgment, for Rehearing, Relief from Judgment as to ECF 480 Filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero (Attachments: # 1 Exhibit Matrix) |
| 7/7/2022 | DE502 | Memorandum of Law in Opposition Filed by Creditors Marglli Gallego, Hammocks Community Association, Inc (Re: 489 Motion to Alter or Amend Judgment, for Rehearing, Relief from Judgment as to ECF 480 filed by Debtor Josue Cepero, Joint Debtor Leticia Cepero). |
| 8/10/2022 | DE510 | Order Granting In Part Motion To Alter Or Amend Judgement For Rehearing, Relief From Judgment And/Or Reconsideration As To ECF 480 Re: # 489 |

B.  **DESIGNATION OF ISSUES ON APPEAL**

1. Whether the Bankruptcy Court erred in granting the Debtors Jose and Leticia Cepero's ("Debtors")'s Motion for Contempt Against the Association and Ms. Gallego for Failure to Abide by the court's Agreed Order (DE189) and the court's Order (DE191) on the Debtors' Amended Motion for Contempt against Appellants (DE199) (the "2019 Contempt Motion") based on a confrontation that occurred on May 15, 2019.

2. Whether the Bankruptcy Court erred in granting the Debtors' 2019 Contempt Motion against the Association based on a confrontation that occurred on May 15, 2019.

3. Whether the Bankruptcy Court erred in granting the Debtors' Amended Motion for Contempt against the Appellants for Failure to Abide by the court's Agreed Order (DE189) and the court's Order (ECF191) on the Debtor's Amended Motion for Contempt (DE289) (the "Amended Contempt Motion") on the basis that the Appellants violated the automatic stay by filing a lawsuit in November 2020 (the "November 2020 Lawsuit").

4. Whether the Bankruptcy Court erred in granting Debtor's Motion To Alter Or Amend Judgement For Rehearing, Relief From Judgment And/Or Reconsideration (DE510).

    Respectfully submitted,

    ACE LAW, P.A.
    Counsel for Appellants
    14200 S.W. 232nd St.
    Miami, Fla. 33170
    Telephone No: (305) 542-0544

By:   */s/ Annette C. Escobar*
    Annette C. Escobar
    Florida Bar No.: 369380
    aescobar@acelawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case on September 6, 2022.

By: /s/ Annette C. Escobar
Annette C. Escobar