

**ORDERED in the Southern District of Florida on September 14, 2022.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

IN RE:                                                                      CASE NO. 17-20358-LMI

                                                                                   CHAPTER 13

JOSUE CEPERO
LETICIA CEPERO

      Debtors,
_____/

## FINAL JUDGMENT

**THIS CAUSE** came to be heard before this court on *Debtor's Motion to Alter or Amend Judgment for Rehearing, Relief from Judgment and/or Reconsideration* as to ECF 480. Upon the entry of the Order Granting in part the *Motion to Alter or Amend Judgment for Rehearing, Relief from Judgment and/or Reconsideration* as to ECF 480 and the failure of the Hammocks Community Association and Marglli Gallego, to pay the amount order to pay to the Debtors within 30 days on the date of the Order, it is;

**ORDERED AND ADJUGED**

    1. The Debtors are entitled to $25,000.00 in damages for emotional distress against Marglli Gallego and the Hammocks Homeowner Association jointly and severally.

2. The Debtors are entitled to attorney fees in the amount of $101,718.80 against Marglli Gallego and the Hammocks Homeowner Association jointly and severally.

3. The Debtors are entitled to punitive damages in the amount of $126,718.80 against Marglli Gallego and the Hammocks Homeowner Association jointly and severally.

4. A final Judgment on behalf of the Debtors, Josue Cepero and Leticia Cepero, against Marglli Gallego and Hammocks Community Association jointly and severally, in the total amount of $253,437.60 for emotional distress and attorney fees, and punitive damages with statutory interest for which sum let execution issue.

# # #

Michael J. Brooks is directed to serve a copy of this Final Judgment upon all required parties not entitled to electronic service, and to file a certificate of service with the Clerk of the Court.