# EXHIBIT B

## AFFIDAVIT OF DONALD KEARNS

STATE OF FLORIDA )
)
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority personally appeared Donald Kearns, who after being duly sworn, deposes and says:

1. I am over 18 years of age and have personal knowledge of the facts contained in this Affidavit.

2. At all material times hereto, I have been the owner of a residence located in the community governed by the Hammocks Community Association Incorporated (the "Association").

3. I am also a member of the Advisory Committee established by the Court in the case styled *Ana Danton, individually and for the use and benefit of other property owners within the Hammocks Community Association Incorporated v. Hammocks Community Association Incorporated*, Case No. 2022-007798-CA-01, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "Receivership Action"), to assist the court-appointed Receiver for the Association, the Honorable David M. Gersten (Retired).

4. I am aware that, years prior to the Receivership Action, some of the Association's homeowners became concerned about potential fraudulent conduct and self-dealing by former Association Board Treasurer and President Marglli Gallego ("Gallego"), and other self-interested members of the Association's Board, as well as actions undertaken by Gallego (and those other Board members) to harass and intimidate homeowners. I am aware that those concerns were reported to the Miami-Dade State Attorney's Office ("SAO"). As a result, the SAO began investigating the Association.

5. As a result of the SAO's investigation: a) in April 2021, Gallego was charged with Organized Scheme to Defraud and Grand Theft; and, b) in November 2022, additional charges were filed against Gallego, and charges were filed against four (4) other Board members, for Racketeering, Organized Scheme to Defraud, Money Laundering, Grand Theft and Fabricating Physical Evidence.

6. I recently learned that Josue Cepero and Leticia Cepero (the "Ceperos") have obtained a judgment against Gallego and the Association for $253,437.60, which the Ceperos are seeking to collect from the Association, based upon: a) physical threats by Gallego towards Mrs. Cepero; 2) an incident in May 2019 during which Gallego parked in front of the Ceperos' vehicle to trap and attempt to intimidate them; and, 3) a 2020 defamation lawsuit filed by Gallego and the Association against Mrs. Cepero.

7. Approximately 5.5 years ago, while apologizing to me for slanderous statements that they made about me, the Ceperos advised me that Mr. Cepero assisted Gallego in misappropriating Association monies. More particularly, the Ceperos advised me that Mr. Cepero and Gallego had agreed that: a) Mr. Cepero would provide, through his independent company, electrician services to the Association; and, b) in return, Mr. Cepero would pay to Gallego, personally, a portion of the funds paid by the Association to Mr. Cepero for those electrician services. In other words, Mr. Cepero agreed to provide a kickback to Gallego.

8. Mr. Cepero advised me that, at some point, Gallego demanded half of the monies paid by the Association to Mr. Cepero, to which Mr. Cepero objected. The Ceperos advised me that at that point, after Mr. Cepero had already made numerous kickback payments to Gallego pursuant to their original agreement, the kickback payments from Mr. Cepero to Gallego ceased.

9. In light of the foregoing, I was shocked to learn that the Ceperos, who were admittedly involved in Gallego's scheme to defraud the Association, are now seeking to collect from the Association over $250,000.00 based upon Gallego's aforementioned bad acts, which acts appear to have occurred, based upon my knowledge, after Mr. Cepero's kickback payments to Gallego.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and the facts stated above are true.

DATED this 24th day of ~~January~~ February, 2023.

_____
Donald Kearns

STATE OF FLORIDA )
) ss
COUNTY OF MIAMI-DADE )

The foregoing instrument was acknowledged before me this 24th day of ~~January~~ February, 2023, by Donald Kearns, who is personally known to me or who has produced FLDC as identification.

S. Diaz
Notary Public, State of Florida

Sebastian Diaz
Print or Type Name

Commission expires: 8/25/2024

Notary Public State of Florida
SEBASTIAN DIAZ
My Commission HH 036272
Expires 08/25/2024

3